# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

        Plaintiffs,

v.                            Case No:  6:14-cv-758-Orl-31KRS

SHANE WILLIAMS, JAY STOLLENWERK, JODI DONALDSON JAIMAN, HARRISON T. SLAUGHTER, JR. , MICHAEL C. MAHER, SCOTT M. GOLDBERG, MATTHEW SCOTT MOKWA, AARON CARTER BATES, ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL, ERIC LANGLEY, LINDSAY REESE, SCOTT SHUKER, ELIZABETH GREEN, ROY KOBERT, TODD NORMAN, NICOLETTE VILMOS, ROBERT O'MALLEY, ROBERT W. CUTHILL, JR. , BALCH & BINGHAM LLP, BROAD AND CASSEL, P.A., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, MAHER LAW FIRM, PA, NEXIA STRATEGY CORPORATION and AQMI STRATEGY CORPORATION,

        Defendants.
_____

## NOTICE TO COUNSEL

**Darren Marshall Hart, Richard John Knapp, Dennis Joseph Whelan, III,  Michael W. Smith, David Brandan Lacy, Michael Edward Lacy, Massie Payne Cooper, John Ryan Owen, Julie Smith Palmer, Patricia Bugg Turner,  Robert M. Tyler,  Robert T. Hicks**

Please review Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida for non-resident attorneys.  Note the fourteen (14) day deadline. Please go to www.flmd.uscourts.gov under the Attorney Resources section for further information or call the Clerk's Office for the division in which you will be filing.

**Motion to Appear Pro Hac Vice:**

Local Counsel: Please file a Motion to Appear Pro Hac Vice electronically on behalf of the non-resident attorney(s).

**Special Admission Attorney Certification Form:**

Please complete the Special Admission Attorney Certification form. This is a required document for non-resident attorneys in this Court located on our website at [www.flmd.uscourts.gov](www.flmd.uscourts.gov) under Attorney Resources. Please mail this form with the $10.00 fee to the Clerk's Office. Checks should be made payable to Clerk, U.S. District Court.

**Special Admission Fee:**

The $10.00 fee is per attorney appearing Pro Hac Vice per case. (To be submitted with the Special Admission Attorney Certification form).

                                              SHERYL L. LOESCH, CLERK

                                              s/I. Cammarota, Deputy Clerk