UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

      Plaintiff,

vs.                         CASE NO.: 6:14-cv-758-Orl-31GJK

SHANE WILLIAMS, JAY STOLLENWERK, JODI DONALDSON JAIMAN, HARRISON T. SLAUGHTER, JR., MICHAEL C. MAHER, SCOTT M. GOLDBERG, MATTHEW SCOTT MOKWA, AARON CARTER BATES, ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL, ERIC LANGLEY, LINDSAY REESE, SCOTT SHUKER, ELIZABETH GREEN, ROY KORBERT, TODD NORMAN, NICOLETTE VILMOS, ROBERT O'MALLEY, ROBERT W. CUTHILL, JR., BALCH & BINGHAM LLP, BROAD AND CASSEL, P.A., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, MAHER LAW FIRM, PA, NEXIA STRATEGY CORPORATION and AQMI STRATEGY CORPORATION

      Defendants.
_____/

## DEFENDANT, ROBERT O'MALLEY'S AGREED MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 2.03(b) and other authority, Defendant ROBERT O'MALLEY moves this Honorable Court to allow the following substitution of counsel. Defendant, ROBERT O'MALLEY, requests that this Court permit Cole, Scott & Kissane, P.A., and attorneys Christina L. Bredahl, Esq. (Florida Bar No. 0055462) and Patrick R. Ruttinger, Esq. (Florida Bar No. 0077069), to be substituted as counsel of record for the

CASE NO.: 6:13-cv-00843 (ACC/GJK)

Defendant, ROBERT O'MALLEY, in place of Robert M. Tyler, Esq., and Patricia Bugg Turner, Esq. with the law firm of Spotts Fain PC.

Spotts Fain PC, Robert M. Tyler, Esq., and Patricia Bugg Turner, Esq. further request that this Honorable Court enter an order relieving Spotts Fain PC, Robert M. Tyler, Esq., and Patricia Bugg Turner, Esq. from any further responsibility to Defendant ROBERT O'MALLEY in this matter from the date of entry of an order in conformity with this Motion.

The substituting attorneys and withdrawing attorneys hereby consent to the above-requested substitution.

| | |
|---|---|
| Christie L. Bredahl, Esq.<br>Florida Bar No. 0055462<br>Cole, Scott & Kissane, P.A. | Robert M. Tyler, Esq.<br>Virginia Bar No. 37861<br>Spotts Fain PC |
| Patrick R. Ruttinger, Esq.<br>Florida Bar No. 0077069<br>Cole, Scott & Kissane, P.A. | Patricia Bugg Turner, Esq.<br>Virginia Bar No. 72775<br>Spotts Fain PC |

The contact information for attorneys Christina L. Bredahl, Esq. (Florida Bar No. 0055462) and Patrick R. Ruttinger, Esq. (Florida Bar No. 0077069) is as follows:

Cole, Scott & Kissane, P.A.
1900 Summit Tower Blvd., Ste. 750
Orlando, FL 32810
Telephone: (321) 972-0000
Facsimile: (321) 972-0099
Email: christie.bredahl@csklegal.com
   patrick.ruttinger@csklegal.com
   jeanna.bond@csklegal.com

As it is the desire of Defendant ROBERT O'MALLEY to substitute his counsel. Defendant ROBERT O'MALLEY consents to the substitution of Cole, Scott & Kissane,

CASE NO.: 6:13-cv-00843 (ACC/GJK)

P.A., and attorneys Christina L. Bredahl, Esq. and Patrick R. Ruttinger, Esq. for Robert M. Tyler, Esq., and Patricia Bugg Turner, Esq. with the law firm of Spotts Fain PC.

*ROBERT O'MALLEY*

### Notice Given to Opposing Counsel and Certificate of Good-Faith Conference

Pursuant to Local Rule 2.03(b) and 3.01(g), Christina L. Bredahl has given notice to opposing counsel, Richard Knapp, Esq., on May 21, 2014, concerning the substitution of Cole, Scott & Kissane, P.A., and attorneys Christina L. Bredahl, Esq. and Patrick R. Ruttinger, Esq. for Robert M. Tyler, Esq., and Patricia Bugg Turner, Esq. with the law firm of Spotts Fain PC and opposing counsel does not oppose the proposed substitution.

Dated: May 27, 2014

Christina L. Bredahl, Esq.
Florida Bar Number 055462

CASE NO.: 6:13-cv-00843 (ACC/GJK)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY on this 27 day of May 2014 that a true and correct copy of the foregoing has been electronically filed the foregoing with the Clerk of Courts for the Middle District of Florida's using the Court's CM/ECF system.

_____
Christina L. Bredahl, Esq.
Florida Bar Number 055462
COLE, SCOTT & KISSANE, P.A.
Attorney for Defendant Robert O'Malley
Tower Place, Suite 750
1900 Summit Boulevard
Orlando, FL  32810
Telephone: (321) 972-0025
Facsimile: (321) 972-0099
Primary email: christie.bredahl@csklegal.com
Secondary email: jeanna.bond@csklegal.com