UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

    Plaintiffs,

v.                                         Case No. 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, e*t al,*

    Defendants.

## UNOPPOSED MOTION FOR COURT APPROVAL OF WITHDRAWAL OF CO-COUNSEL DENNIS J. WHELAN, III WITHOUT SUBSTITUTION

Pursuant to Local Rule 2.03 of the United States District Court or the Middle District of Florida, Defendant HARRISON T. SLAUGHTER, JR., by and through undersigned counsel, hereby petitions the Court to approve the withdrawal of attorney Dennis J. Whelan, III as co-counsel of record for Mr. Slaughter.  Mr. Whelan is not admitted to practice in Florida and was retained solely to act as co-counsel in the Eastern District of Virginia with undersigned counsel prior to the transfer of this case to the Middle District of Florida.  He has not made application to appear specially as counsel of record for Mr. Slaughter in this District. Pursuant to Local Rule 2.03(b) and 3.01(g), undersigned counsel certifies that he provided advance notice of this motion to counsel for the Plaintiffs on May 21, 2014, and opposing counsel has indicated that they do not

oppose the withdrawal. Undersigned counsel Kenton V. Sands will remain as trial counsel for Mr. Slaughter.

Respectfully submitted this 28th day of May, 2014.

/s/**Kenton V. Sands**

By Counsel (Trial Counsel)
Kenton V. Sands, Esq.
Fl. Bar No. 788708
Sands White & Sands, P.A.
760 White Street
Daytona Beach, FL 32114
(386) 258-1622
Fax: (386) 238-3703
kent@sandswhitesands.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2014, a true and correct copy of the foregoing has been electronically filed with the Clerk of Clerk of Court using the Court's CM/ECF system.

/s/**Kenton V. Sands**
By Counsel (Trial Counsel)
Kenton V. Sands, Esq.
Fl. Bar No. 788708
Sands White & Sands, P.A.
760 White Street
Daytona Beach, FL 32114
(386) 258-1622
Fax: (386) 238-3703
kent@sandswhitesands.com