UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

      Plaintiff,

vs.                                  CASE NO.: 6:14-cv-758-Orl-31GJK

SHANE WILLIAMS, JAY STOLLENWERK, JODI DONALDSON JAIMAN, HARRISON T. SLAUGHTER, JR., MICHAEL C. MAHER, SCOTT M. GOLDBERG, MATTHEW SCOTT MOKWA, AARON CARTER BATES, ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL, ERIC LANGLEY, LINDSAY REESE, SCOTT SHUKER, ELIZABETH GREEN, ROY KORBERT, TODD NORMAN, NICOLETTE VILMOS, ROBERT O'MALLEY, ROBERT W. CUTHILL, JR., BALCH & BINGHAM LLP, BROAD AND CASSEL, P.A., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, MAHER LAW FIRM, PA, NEXIA STRATEGY CORPORATION and AQMI STRATEGY CORPORATION

      Defendants.
_____/

## NOTICE OF APPEARANCE

Pursuant to Local Rule 2.03, Geremy Gregory of the law firm of Balch & Bingham LLP, hereby enters his appearance in the above captioned matter as counsel of record for Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese and Balch & Bingham LLP. Notices or other materials may be sent to:

Geremy Gregory, Esq.
Florida Bar No. 102645
BALCH & BINGHAM LLP
841 Prudential Drive, Suite 1400
Jacksonville, FL  32207
Telephone: (904) 348-6876
Facsimile: (904) 396-9001
Primary email: ggregory@balch.com

Respectfully submitted this 28th day of May, 2014.

*/s/Geremy Gregory*
Geremy Gregory, Esq.
Florida Bar No. 102645
BALCH & BINGHAM LLP
841 Prudential Drive, Suite 1400
Jacksonville, FL  32207
Telephone: (904) 348-6876
Facsimile: (904) 396-9001
Primary email: ggregory@balch.com
Counsel for Defendants, Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese and Balch & Bingham LLP

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY on this 28th day of May 2014 that a true and correct copy of the foregoing has been electronically filed the foregoing with the Clerk of Courts for the Middle District of Florida's using the Court's CM/ECF system.

*/s/Geremy Gregory*
Geremy Gregory, Esq.
Florida Bar No. 102645
BALCH & BINGHAM LLP
841 Prudential Drive, Suite 1400
Jacksonville, FL  32207
Telephone: (904) 348-6876
Facsimile: (904) 396-9001
Primary email: ggregory@balch.com
Counsel for Defendants, Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese and Balch & Bingham  LLP