UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

    Plaintiffs,

v.

SHANE WILLIAMS, BROAD
AND CASSEL, et al.,

    Defendants.
_____/

CASE NO. 6:14-cv-758-Orl-28GJK

## BROAD DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    *Mirabalis, Nexia v. Palaxar*, 6:07-cv-1788-Orl-28GJK
    *In Re Mirabalis Ventures, Inc.*, 6:08-bk-4327-KSJ
    *U.S. v. Amodeo*, 6:08-cr-176 MDFla.
    *U.S. v. Aem, Inc.*, 6:08-cr-231 MDFla.
    *Mirabalis v. Rachlin, Cohen*, 6:09-cv-271-Orl-31DAB

____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

/s/Isaac J. Mitrani
Florida Bar No. 348538
imitrani@mitrani.com
Loren H. Cohen
Florida Bar. No. 303879
lcohen@mitrani.com
MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel.:    305/358-0050
Fax:    305/358-0550
Attorney for Broad and Cassel
Nicolette Vilmos
Roy Kobert
Todd Norman

## **C E R T I F I C A T E**

I hereby certify that on the 28th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeanna Bond - jeanna.bond@csklegal.com

Christine Bredhal -  Christie.bredhal@csklegal.com

Massie Payne Cooper - massie.cooper@troutmansanders.com

Geremy Gregory - ggregory@balch.com

Darren Marshall Hart - Info@Richmond-Law.com

Robert Thomas Hicks  -   robert.hicks@hklaw.com, bill.wilson@hklaw.com, min.cho@hklaw.com

Richard John Knapp - richard@rknappesq.com

David Brendan Lacy - dlacy@cblaw.com, sbeverly@cblaw.com

Michael Edward Lacy -   michael.lacy@troutmansanders.com,
                         carol.stanton@troutmansanders.com

John Ryan Owen - jowen@hccw.com, ajernigan@hccw.com, mcrouch@hccw.com

Julie Smith Palmer - jpalmer@hccw.com, ksantoro@hccw.com

Patrick Ryan Ruttinger - patrick.ruttinger@csklegal.com; patrickruttinger@yahoo.com

Kenton Voges Sands - kent@sandswhitesands.com

Michael W. Smith - msmith@cblaw.com

Patricia Bugg Turner - pturner@spottsfain.com, kdesai@spottsfain.com

Robert Michael Tyler - rtyler@spottsfain.com, tzalewski@spottsfain.com

Dennis Joseph Whelan, III - djw@djwlegal.com

**Notice has been delivered by mail to:**

Frank L. Amodeo
48883-018
B-3
FCC Coleman-Low
P.O. Box 1031
Coleman, FL 33521-1031

Scott M. Goldberg
7773 Sugar Bend Drive
Orlando, FL 32819

Jodi Donaldson Jaiman
533 Tuten Trail
Orlando, FL 32828

Jay Stollenwerk
5009 Pelleport Avenue
Belle Isle, FL 32812

Shane Williams
1562 Hanks Avenue
Orlando, FL 32814

              By:  Loren H. Cohen