**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PALAXAR GROUP, LLC, and PALAXAR
HOLDINGS, LLC,

       Plaintiffs,

v.

SHANE WILLIAMS, JAY STOLLENWERK, JODI DONALDSON JAIMAN, HARRISON T. SLAUGHTER, JR., MICHAEL C. MAHER, SCOTT M. GOLDBERG, MATTHEW SCOTT MOKWA, AARON CARTER BATES, ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL, ERIC LANGLEY, LINDSAY REESE, SCOTT SHUKER, ELIZABETH GREEN, ROY KOBERT, TODD NORMAN, NICOLETTE VILMOS, ROBERT O'MALLEY, ROBERT W. CUTHILL, JR., BALCH & BINGHAM LLP, BROAD AND CASSEL, P.A., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, MAHER LAW FIRM, PA, NEXIA STRATEGY CORPORATION and AQMI STRATEGY CORPORATION,

       Defendants.
_____/

Case No: 6:14-cv-758-Orl-28GJK

**NOTICE OF APPEARANCE AS COUNSEL OF**
**RECORD FOR DEFENDANT ROBERT W. CUTHILL, JR.**

William B. Wilson of Holland & Knight LLP, hereby enters his appearance as counsel of record for Defendant, Robert W. Cuthill, Jr., and requests that all pleadings, motions, and other papers be served to the address below.

## CERTIFICATE OF SERVICE

I CERTIFY that on May 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ William B. Wilson_____
William B. Wilson
Florida Bar Number: 153167
Min K. Cho
Florida Bar Number: 754331
HOLLAND & KNIGHT LLP
200 S. Orange Ave., Suite 2600
Orlando, Florida 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
Email: bill.wilson@hklaw.com
Attorneys for Defendant Robert W. Cuthill, Jr.

#30080615_v1