**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,**

      **Plaintiffs,**      Case No.: 6:14-cv-758-Orl-28GJK

**vs.**

**SHANE WILLIAMS, et al.,**

      **Defendants.**

_____

## NOTICE OF APPEARANCE

  Stephen G. Charpentier of the Charpentier Law Firm, P.A. hereby enters his appearance as counsel of record on behalf of Defendants Michael C. Maher, Matthew S. Mokwa, Aaron C. Bates and the Maher Law Firm, P.A.  Notices and other documents may be sent to:

Stephen G. Charpentier
THE CHARPENTIER LAW FIRM, P.A.
2285 W. Eau Gallie Blvd.
Melbourne, FL 32935
Phone: (321) 308-8020
Fax: (321) 631-5446
Email: steve@brevardlawyer.com

  Respectfully submitted this 28th day of May, 2014,

              */s/ Stephen G. Charpentier*_____
              Stephen G. Charpentier
              THE CHARPENTIER LAW FIRM, P.A.
              FL Bar. No. 328006
              2285 W. Eau Gallie Blvd.
              Melbourne, FL 32935
              Phone: (321) 308-8020
              Facsimile: (321) 631-5446
              steve@brevardlawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

*/s/ Stephen G. Charpentier*_____
Stephen G. Charpentier
