UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and             <u>Unopposed</u>
PALAXAR HOLDINGS, LLC,

      Plaintiff,

vs.                                                   CASE NO.:  6:14-cv-758-Orl-31GJK

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR., MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
ALLEN MCLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KORBERT, TODD NORMAN, NICOLETTE
VILMOS, ROBERT O'MALLEY, ROBERT
W. CUTHILL, JR., BALCH & BINGHAM LLP,
BROAD AND CASSEL, P.A., LATHAM,
SHUKER, EDEN & BEAUDINE, LLP,
MAHER LAW FIRM, PA, NEXIA
STRATEGY CORPORATION and AQMI
STRATEGY CORPORATION

      Defendants.
_____/

**THE BALCH DEFENDANTS' MOTION FOR
ADMISSION PRO HAC VICE OF
<u>MICHAEL W. SMITH and DAVID B. LACY</u>**

      Defendants, Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay

Reese and Balch & Bingham LLP (collectively, the "Balch Defendants"), pursuant to

Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District

of Florida, move this Court for permission to allow Michael W. Smith, Esquire and David B. Lacy, Esquire of the law firm of Christian & Barton LLP, 909 East Main Street, Suite 1200, Richmond, Virginia 23219, to be admitted to appear before this Court *Pro Hac Vice* for the purposes of representing the Balch Defendants in the above-styled action.

Michael Smith is not a resident of Florida, and does not personally maintain an office for the practice of law in Florida. Michael Smith is a member in good standing of the Bar of the State of Virginia, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern and Western Districts of Virginia and the United States District of South Carolina.

David Lacy is not a resident of Florida, and does not personally maintain an office for the practice of law in Florida. David Lacy is a member in good standing of the Bar of the State of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States District Court for the Eastern and Western Districts of Virginia.

The Balch Defendants have locally retained Geremy Gregory, Esquire[1] of the law firm of Balch & Bingham LLP, 841 Prudential Drive, Suite 1400 Jacksonville, Florida 32207, to represent them in this matter. Local counsel is a member of the Florida Bar, is a member in good standing in the United States District Court for the Middle District of Florida, attests to the good character and reputation of Michael Smith and David Lacy and that they have received and reviewed the Local Rules of this Court, and affirms they

---

[1] Mr. Gregory is not a named Balch Defendant in this action, nor was he involved in the prior lawsuit underlying this action.

will abide by those rules. Local counsel will continue as attorney of record in this matter in accordance with Local Rule 2.02, and will be available for communication with opposing counsel and the Court.

Local counsel certifies that Michael Smith and David Lacy's Special Admission Attorney Certifications, together with the proper fee, have previously been filed with the Court. Local counsel further certifies that Michael Smith and David Lacy have valid e-mail addresses and will maintain such e-mail as registered with the Court throughout the duration of their appearance in this matter.

Consistent with Rule 3.01(g) of the Local Rules, United States District Court Middle District of Florida, Local counsel has conferred with counsel for the Plaintiff, and counsel for Plaintiff does not oppose this motion.

**MEMORANDUM OF LAW**

Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District of Florida provides any attorney, who is not a resident of Florida, but who is a member in good standing of the bar of any District Court of the United States outside Florida may appear specially as counsel of record, provided such privilege is not abused and provided further that the non-resident attorney comply with local rules regarding pro hac vice admission.

Accordingly, pursuant to Local Rule 2.02, Defendant requests this Court enter an Order permitting the special appearance of Michael Smith and David Lacy. Michael Smith is a member in good standing of the Bar of the State of Virginia, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern

and Western Districts of Virginia and the United States District of South Carolina. David Lacy is a member in good standing of the Bar of the State of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States District Court for the Eastern and Western Districts of Virginia. Local counsel, who is a member in good standing of the Bar of the State of Florida as well as the United States District Court for the Middle District of Florida, agrees to be available for communication with the Court and opposing counsel, as well as for service of pleadings.

Respectfully submitted this 29th day of May, 2014.

*/s/Geremy Gregory*
Geremy Gregory, Esq.
Florida Bar No. 102645
BALCH & BINGHAM LLP
841 Prudential Drive, Suite 1400
Jacksonville, FL  32207
Telephone: (904) 348-6876
Facsimile: (904) 396-9001
Primary email: ggregory@balch.com
Counsel for Defendants, Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese and Balch & Bingham  LLP


**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of May, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Richard J. Knapp<br>Richard J. Knapp, P.C.<br>2800 Patterson Avenue, Suite 101<br>Richmond, VA  23221<br>Tel.:   (804) 377-8848<br>Fax:   (804) 377-8851<br>Richard@RKnappesq.com<br><br>Darren M. Hart<br>9025 Forest Hill Avenue, 1st Floor<br>Richmond, VA  23221<br>Tel.:   (804) 673-9339<br>Fax:   (804) 673-9969<br>Info@Richmond-Law.com<br><br>*Counsel for Plaintiffs* | John R. Owen<br>Julie S. Palmer<br>Harman Claytor Corrigan & Wellman<br>4951 Lake Brook Dr., Suite 100<br>Glen Allen, VA  23059<br>Tel.:   (804) 747-5200<br>jowen@hccw.com<br>jpalmer@hccw.com<br><br>Isaac J. Mitrani (admitted *pro hac vice*)<br>Loren H. Cohen (admitted *pro hac vice*)<br>Mitrani, Rynor, Adamsky & Toland, P.A.<br>301 Arthur Godfrey Road, Penthouse<br>Miami Beach, Florida 33140<br>Tel.:   (305) 358-0050<br>Fax:   (305) 358-0550<br>imitrani@mitrani.com<br><br>*Counsel for Roy Kobert, Todd Norman, Nicolette Vilmos, and Broad and Cassel, P.A.* |
| Stephen G. Charpentier<br>The Charpentier Law Firm, P.A.<br>2285 W. Eau Gallie Blvd.<br>Melbourne, Florida 32935<br>Tel.:   (321) 308-8020<br>Fax:   (321) 631-5446<br>steve@brevardlawyer.com<br><br>*Counsel for The Maher Law Firm, PA, Michael C. Maher, Matthew Scott Mokwa, Aaron Carter Bates and Harrison T. Slaughter, Jr.* | William B. Wilson<br>Min K. Cho<br>Holland & Knight LLP<br>200 S. Orange Ave., Suite 2600<br>Orlando, Florida 32801<br>Tel.:   (407) 425-8500<br>Fax:   (407) 244-5288<br>bill.wilson@hklaw.com<br>min.cho@hklaw.com<br><br>*Counsel for Robert W. Cuthill, Jr.* |

| | |
|---|---|
| Robert M. Tyler | Michael E. Lacy |
| Patricia B. Turner | Massie P. Cooper |
| Spotts Fain, PC | Troutman Sanders LLP |
| 411 E. Franklin St., Suite 600 | 1001 Haxall Point |
| Richmond, VA  23219 | Post Office Box 1122 |
| Tel.:   (804) 697-2000 | Richmond, Virginia 23219 |
| Fax:   (804) 697-2100 | Tel.:   (804) 697-1200 |
| rtyler@spottsfain.com | Fax:   (804) 698-6061 |
| pturner@spottsfain.com | michael.lacy@troutmansanders.com |
| | massie.cooper@troutmansanders.com |

Christie L. Bredahl
Patrick R. Ruttinger
Cole, Scott & Kissane, P.A.
1900 Summit Tower Blvd., Ste. 750
Orlando, FL 32810
Telephone: (321) 972-0000
Facsimile: (321) 972-0099
christie.bredahl@csklegal.com
patrick.ruttinger@csklegal.com

*Counsel for Latham Shuker, Eden & Beaudine, LLP, Scott Shuker, and Elizabeth Green*

*Counsel for Robert O'Malley*

I also certify that on the 29th day of May, 2014, copies of the foregoing were sent via U.S. Mail, postage prepaid to the following non-ECF Defendants:

| | |
|---|---|
| Shane Williams | Jay Stollenwerk |
| 1562 Hanks Avenue | 5009 Pelleport Avenue |
| Orlando, FL  32814-6704 | Belle Isle, FL  32812-1124 |
| Tel.:   (321) 947-9797 | Tel.:   (407) 812-7583 |
| shanewilliams@gmail.com | jstollenwerk@clf.rr.com |
| | |
| *Pro Se* | *Pro Se* |
| | |
| Jodi D. Jaiman | United States of America |
| 533 Tuten Trail | U.S. Attorney's Office |
| Orlando, FL  32828-8364 | 600 E. Main St., 18th Floor |
| Tel.:   (407) 697-7610 | Richmond, Virginia 23219 |
| jodijaiman@gmail.com | Tel.:   (804) 819-5400 |
| | |
| *Pro Se* | *Interested Party* |

Scott M. Goldberg
7773 Sugar Bend Drive
Orlando, FL  32819-7278
Tel.:    (407) 313-0111

*Pro Se*

                */s/Geremy Gregory*
                Geremy Gregory, Esq.
                Florida Bar No. 102645
                BALCH & BINGHAM LLP
                841 Prudential Drive, Suite 1400
                Jacksonville, FL  32207
                Telephone: (904) 348-6876
                Facsimile: (904) 396-9001
                Primary email: ggregory@balch.com
                Counsel for Defendants, Allen
                McLean Estes, John Russell
                Campbell, Eric Langley, Lindsay
                Reese and Balch & Bingham  LLP