IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC
and PALAXAR HOLDINGS, LLC,   Case No. 6:14-CV-758-ORL-28GJK

    Plaintiffs,

v.

SHANE WILLIAMS, et al.,

    Defendants.
_____/

**JOHN OWEN'S AND JULIE PALMER'S UNOPPOSED MOTION
TO WITHDRAW AS COUNSEL FOR THE BROAD DEFENDANTS**

John Owen ("Owen") and Julie Palmer ("Palmer") move to withdraw as counsel for Defendants Broad and Cassel, a Florida general partnership (hereinafter "Broad"), Todd Norman ("Norman"), Roy Kobert ("Kobert"), and Nicolette Vilmos ("Vilmos") (collectively, "Broad Defendants"), and state as follows:

1. Owen and Palmer were retained solely to act as co-counsel in the Eastern District of Virginia with undersigned counsel prior to the transfer of this case to the Middle District of Florida. They have not made application to appear specially as counsel of record for the Broad Defendants in this District.

2. This matter was transferred to the Middle District of Florida by the Eastern District of Virginia.

3. Owen and Palmer are not members of the Florida Bar.

4. The Broad Defendants are represented in this matter by Isaac J. Mitrani, lead trial counsel, and Loren H. Cohen, who appeared specially *pro hac vice* in the Eastern District of Virginia and continue to represent the Broad Defendants in this District.

5. Mitrani and Cohen are members of the Florida Bar and Middle District of Florida.

6. Cohen and Mitrani will continue to represent the Broad Defendants.

7. Pursuant to Local Rules 2.03(b) and 3.01(g), undersigned counsel certifies that he conferred with Richard Knapp, counsel for the Plaintiffs on May 29, 2014, and Plaintiffs' has indicated that Plaintiffs do not oppose the withdrawal of Owen and Palmer.

WHEREFORE, John Owen and Julie Palmer, through Florida counsel for the Broad Defendants, move to withdraw as counsel of record for the Broad Defendants in this action.

/s/Loren H. Cohen
Florida Bar No. 303879
lcohen@mitrani.com
Isaac J. Mitrani
Florida Bar No. 348538
imitrani@mitrani.com
MITRANI, RYNOR,
   ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel.:   305/358-0050
Fax:   305/358-0550
Attorneys for Broad and Cassel
Nicolette Vilmos, Roy Kobert, and
Todd Norman

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeanna Bond -           jeanna.bond@csklegal.com
Christine Bredhal - Christie.bredhal@csklegal.com

Stephen G. Charpentier – steve@brevardlawyer.com

Massie Payne Cooper - massie.cooper@troutmansanders.com

Geremy Gregory - ggregory@balch.com

Darren Marshall Hart - Info@Richmond-Law.com

Robert Thomas Hicks  -  robert.hicks@hklaw.com
William B. Wilson -       bill.wilson@hklaw.com
Min K. Cho -                 min.cho@hklaw.com

Richard John Knapp - richard@rknappesq.com

David Brendan Lacy - dlacy@cblaw.com
                         sbeverly@cblaw.com
Michael W. Smith -    msmith@cblaw.com

Michael Edward Lacy - michael.lacy@troutmansanders.com
Carol Stanton -             carol.stanton@troutmansanders.com

John Ryan Owen -   jowen@hccw.com
                       ajernigan@hccw.com
                       mcrouch@hccw.com
Julie Smith Palmer - jpalmer@hccw.com
                       ksantoro@hccw.com

Patrick Ryan Ruttinger - patrick.ruttinger@csklegal.com
                              patrickruttinger@yahoo.com

Kenton Voges Sands - kent@sandswhitesands.com

Patricia Bugg Turner - pturner@spottsfain.com
                         kdesai@spottsfain.com
Robert Michael Tyler - rtyler@spottsfain.com
                           tzalewski@spottsfain.com

Dennis Joseph Whelan, III - djw@djwlegal.com

 **Notice has been delivered by mail to:**

Frank L. Amodeo
48883-018
B-3
FCC Coleman-Low
P.O. Box 1031
Coleman, FL 33521-1031

Scott M. Goldberg
7773 Sugar Bend Drive
Orlando, FL 32819

Jodi Donaldson Jaiman
533 Tuten Trail
Orlando, FL 32828

Jay Stollenwerk
5009 Pelleport Avenue
Belle Isle, FL 32812

Shane Williams
1562 Hanks Avenue
Orlando, FL 32814

                                      By:  Loren H. Cohen