UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and                                    CASE NO. 6:14-cv-758-Orl-28GJK
PALAXAR HOLDINGS, LLC,

      Plaintiffs,

v.

SHANE WILLIAMS, BROAD
AND CASSEL, et al.,

      Defendants.

_____/

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**
**AND CERTIFICATE OF INTERESTED PARTIES**

      Pursuant to the Order Requiring Scheduling Report and Certificate of Interested Parties

[DE 157] and Rule 7.1 of the Federal Rules of Civil Procedure, the Broad Defendants state as

follows:

      1.    *Corporate disclosure statement.*  There are no parent corporations or publicly

held corporations owning more than 10 percent of the stock of any of the defendant professional

associations.

      2.    *Certificate of interested parties.*  The following persons and entities have a

financial interest in the outcome of this case:

Broad and Cassel, a Florida general partnership
Broad and Cassel, P.A.
Roy Kobert, P.A.
Roy Kobert
Nicolette Corso Vilmos, P.L.
Nicolette Vilmos
Todd K. Norman, P.A.
Todd Norman

Insurers: A.F. Beazley Syndicate 2623/623 at Lloyd's, managed by Beazley Furlonge Ltd.; Faraday; Antares Syndicate 1274; and Ironshore.

/s/Isaac J. Mitrani
Florida Bar No. 348538
imitrani@mitrani.com
Loren H. Cohen
Florida Bar. No. 303879
lcohen@mitrani.com
MITRANI, RYNOR,
   ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel.:   305/358-0050
Fax:   305/358-0550
Attorney for Broad and Cassel,
   Nicolette Vilmos, Roy Kobert
   and Todd Norman

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 30th day of May, 2014, I electronically filed the

foregoing document with the Clerk of Court via CM/ECF and that the foregoing document is

being served this day on all counsel of record identified below in the manner specified.

Jeanna Bond -      jeanna.bond@csklegal.com
Christine Bredhal -  Christie.bredhal@csklegal.com

Stephen G. Charpentier – steve@brevardlawyer.com

Massie Payne Cooper - massie.cooper@troutmansanders.com

Geremy Gregory - ggregory@balch.com

Darren Marshall Hart - Info@Richmond-Law.com

Robert Thomas Hicks  -  robert.hicks@hklaw.com
William B. Wilson -       bill.wilson@hklaw.com
Min K. Cho -             min.cho@hklaw.com

Richard John Knapp - richard@rknappesq.com

David Brendan Lacy - dlacy@cblaw.com
                     sbeverly@cblaw.com
Michael W. Smith -       msmith@cblaw.com

Michael Edward Lacy -   michael.lacy@troutmansanders.com
Carol Stanton -          carol.stanton@troutmansanders.com

John Ryan Owen -   jowen@hccw.com
                   ajernigan@hccw.com
                   mcrouch@hccw.com
Julie Smith Palmer - jpalmer@hccw.com
                     ksantoro@hccw.com

Patrick Ryan Ruttinger - patrick.ruttinger@csklegal.com
                         patrickruttinger@yahoo.com

Kenton Voges Sands - kent@sandswhitesands.com

Patricia Bugg Turner - pturner@spottsfain.com
                       kdesai@spottsfain.com
Robert Michael Tyler - rtyler@spottsfain.com
                       tzalewski@spottsfain.com

Dennis Joseph Whelan, III - djw@djwlegal.com

**Notice has been delivered by mail to:**

Frank L. Amodeo
48883-018
B-3
FCC Coleman-Low
P.O. Box 1031
Coleman, FL 33521-1031

Scott M. Goldberg
7773 Sugar Bend Drive
Orlando, FL 32819

Jodi Donaldson Jaiman
533 Tuten Trail
Orlando, FL 32828

Jay Stollenwerk
5009 Pelleport Avenue
Belle Isle, FL 32812

Shane Williams
1562 Hanks Avenue
Orlando, FL 32814
Broad/Palaxar/Pldg/Corp Discl State & Cert Interested Parties

                              By:  Loren H. Cohen