**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,**

          **Plaintiffs,**          Case No.: 6:14-cv-758-Orl-28GJK

**vs.**

**SHANE WILLIAMS, et al.,**

          **Defendants.**

## MOTION FOR ADMISSION PRO HAC VICE

    Plaintiffs, Michael C. Maher, Matthew S. Mokwa, Aaron C. Bates and the Maher Law Firm, P.A. (the "Maher Defendants"), request the Court enter an order permitting Dennis J. Whelan, III, of the Law of Office of Dennis J. Whelan, P.C., 2222 Monument Avenue, Richmond, Virginia 23220, to practice before this Court in this action, and state:

    1.    The Maher Defendants have retained the services of Mr. Whelan for the purpose of assisting with the above matter.

    2.    Mr. Whelan is a non-resident attorney in good standing and admitted to practice law in the States of Virginia, California and the District of Columbia. Mr. Whelan is also in good standing and admitted to practice law before the following federal courts: United States District Court for the Eastern District of Virginia, Western District of Virginia, District of Columbia, Western District of Pennsylvania, Southern District of California, Central District of California, Northern District of California, 4th Circuit Court of Appeals, 9th Circuit Court of Appeals, and The United States Supreme Court.

1

3. The Maher Defendants wish to have Mr. Whelan appear *pro hac vice* as counsel on their behalf. Mr. Whelan has extensive knowledge about the issues involved in this litigation.

4. Pursuant to Middle District of Florida Local Rule 2.02, Stephen G. Charpentier (FL Bar No. 328006), of The Charpentier Law Firm, P.A., 2285 W. Eay Gallie Blvd., Melbourne, FL 32935, attorney for the Maher Defendants in the above-styled action, will act as the resident Florida attorney who may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

WHEREFORE, Defendants, Michael C. Maher, Matthew S. Mokwa, Aaron C. Bates and the Maher Law Firm, P.A. respectfully request this Court enter an order specially admitting Dennis J. Whelan, III to practice before this Court for the limited purpose of representing the Maher Defendants in this action.

Dated: May 30, 2014

        Respectfully submitted,

        */s/ Stephen G. Charpentier*_____
        Stephen G. Charpentier
        THE CHARPENTIER LAW FIRM, P.A.
        FL Bar. No. 328006
        2285 W. Eau Gallie Blvd.
        Melbourne, FL 32935
        Phone: (321) 308-8020
        Facsimile: (321) 631-5446

**CERTFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Pursuant to L.R. 3.01(g), counsel has conferred with counsel for Plaintiffs Palaxar Group, LLC and Palaxar Holdings, LLC, and they <u>do not</u> object to the relief set forth herein.

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

>                            /s/ Stephen G. Charpentier
>                            Stephen G. Charpentier

## SERVICE LIST

Richard J. Knapp
Richard J. Knapp, P.C.
2800 Patterson Ave., Suite 101
Richmond, VA 23221
Tel: 804-377-8848
Fax: 804-377-8851
Richard@Rknappesq.com

Darren M. Hart
9025 Forest Hill Ave., 1st Floor
Richmond, VA 23221
Tel.: 804-673-9339
Fax: 804-673-9969
Info@Richmond-Law.com

**Counsel for Plaintiffs**

William B. Wilson
Min K. Cho
Holland & Knight LLP
200 S. Orange Ave., Suite 2600
Orlando, FL 32801
Tel.: 407-425-8500
Bill.wilson@hklaw.com
Min.cho@hklaw.com

**Counsel for Robert W. Cuthill, Jr.**

John R. Owen
Julie S. Palmer
Harman Claytor Corrigan & Wellman
4951 Lake Brook Dr., Suite 100
Glen Allen, VA 23059
Tel: 804-747-5200
jowen@hccw.com
jpalmer@hccw.com

Isaac J. Mitrani
Loren H. Cohen
Mitrani, Rynor, Adamsky & Toland, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel: 305-358-0050
imatrani@mitrani.com

**Counsel for Roy Kobert, Todd Norman, Nicolette Vilmos, and Broad and Cassel, P.A.**

Christie L. Bredahl
Patrick R. Ruttinger
Cole Scott & Kissane, P.A.
1900 Summit Tower Blvd., Ste. 750
Orlando, FL 32810
Telephone: 321-972-0000
Christie.bredahl@csklegal.com
Patrick.ruttinger@csklegal.com

**Counsel for Robert O'Malley**

Kenton V. Sands
Sands White & Sands, P.A.
760 White Street
Daytona Beach, FL 32114
Tel: 386-258-1622
kent@sandswhitesands.com

**Counsel for Harrison "Butch" Slaughter**

G. Wingate Grant
U.S. Attorney's Office
600 E. Main St. 18th Floor
Richmond, VA 23219

**Interested Party**

Michael W. Smith
David B. Lacy
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, VA 23219

Geremy Gregory
Balch & Bingham, LLP
841 Prudential Drive, Suite 1400
Jacksonville, FL 32207
Tel: 904-348-6876
ggregory@balch.com

**Counsel for Balch & Bingham, LLP, Allen Estes, John Russell Campbell, Eric Langley, and Lindsay Reese**

Michael E. Lacy
Massie P. Cooper
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Tel.: 804-697-1200
Michael.lacy@troutmansanders.com
Massie.cooper@troutmansanders.com

**Counsel for Latham Shuker Eden & Beaudine, LLP, Scott Shuker, and Elizabeth Green**

Shane Williams
1562 Hanks Avenue
Orlando, FL 32814-6704

**Pro Se**

Jodi Donaldson Jaiman
533 Tuten Trail
Orlando, FL 32828-8364

**Pro Se**

Jay Stollenwerk
5009 Pelleport Avenue
Belle Isle, FL 32812-1124

**Pro Se**

Scott M. Goldberg
7773 Sugar Bend Drive
Orlando, FL 32819-7278

**Pro Se**