IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

        Plaintiffs,        Case No.: 6:14-cv-758-Orl-28GJK

vs.

SHANE WILLIAMS, et al.,

        Defendants.

---

**WRITTEN DESIGNATION AND CONSENT TO ACT BY NON-RESIDENT COUNSEL FOR DEFENDANTS MICHAEL C. MAHER, MATTHEW S. MOKWA, AARON C. BATES AND THE MAHER LAW FIRM, P.A.**

Dennis J. Whelan, III, non-resident counsel for Defendants Michael C. Maher, Matthew S. Mokwa, Aaron C. Bates and The Maher Law Firm, P.A., pursuant to Local Rule 2.02 of the Middle District of Florida, hereby designates Stephen G. Charpentier (FL Bar No. 328006), of the THE CHARPENTIER LAW FIRM, P.A., 2285 W. Eau Gallie Blvd., Melbourne, FL 32935, Telephone (321) 308-8020, Facsimile (321) 631-5446, as a member of the Bar of this Court, resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case, including trial in default of the non-resident attorney.

Mr. Whelan certifies that he is a member in good standing of the State Bars of Virginia (VA Bar No. 23220), California (CA Bar 161638) and the District of Columbia (DC Bar No. 451658), as well as the United States District Court for the Eastern District of Virginia, Western District of Virginia, District of Columbia, Western District of Pennsylvania, Southern District of California, Central District of California, Northern District of California, 4th Circuit Court of Appeals, 9th Circuit Court of Appeals, and The United States Supreme Court.  Mr. Whelan

1

further certifies that he has not abused the privilege of appearing specially before this Court by frequent or regular appearances in separate cases so as to constitute the maintenance of a regular practice of law in the State of Florida.

Dennis J. Whelan, III certifies that he has submitted the Ten Dollars ($10.00) Special Admission Fee to the Clerk as required by Local Rule 2.01(d) and that he will comply with the electronic mail registration requirements.

Dated: May 30, 2014

Respectfully submitted,

*/s/ Stephen G. Charpentier*_____
Stephen G. Charpentier
THE CHARPENTIER LAW FIRM, P.A.
FL Bar. No. 328006
2285 W. Eau Gallie Blvd.
Melbourne, FL 32935
Phone: (321) 308-8020
Facsimile: (321) 631-5446

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

*/s/ Stephen G. Charpentier*_____
Stephen G. Charpentier

# SERVICE LIST

Richard J. Knapp
Richard J. Knapp, P.C.
2800 Patterson Ave., Suite 101
Richmond, VA 23221
Tel: 804-377-8848
Fax: 804-377-8851
Richard@Rknappesq.com

Darren M. Hart
9025 Forest Hill Ave., 1st Floor
Richmond, VA 23221
Tel.: 804-673-9339
Fax: 804-673-9969
Info@Richmond-Law.com

**Counsel for Plaintiffs**

William B. Wilson
Min K. Cho
Holland & Knight LLP
200 S. Orange Ave., Suite 2600
Orlando, FL 32801
Tel.: 407-425-8500
Bill.wilson@hklaw.com
Min.cho@hklaw.com

**Counsel for Robert W. Cuthill, Jr.**

Kenton V. Sands
Sands White & Sands, P.A.
760 White Street
Daytona Beach, FL 32114
Tel: 386-258-1622
kent@sandswhitesands.com

**Counsel for Harrison "Butch" Slaughter**

G. Wingate Grant
U.S. Attorney's Office
600 E. Main St. 18th Floor
Richmond, VA 23219

**Interested Party**

John R. Owen
Julie S. Palmer
Harman Claytor Corrigan & Wellman
4951 Lake Brook Dr., Suite 100
Glen Allen, VA 23059
Tel: 804-747-5200
jowen@hccw.com
jpalmer@hccw.com

Isaac J. Mitrani
Loren H. Cohen
Mitrani, Rynor, Adamsky & Toland, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel: 305-358-0050
imatrani@mitrani.com

**Counsel for Roy Kobert, Todd Norman, Nicolette Vilmos, and Broad and Cassel, P.A.**

Christie L. Bredahl
Patrick R. Ruttinger
Cole Scott & Kissane, P.A.
1900 Summit Tower Blvd., Ste. 750
Orlando, FL 32810
Telephone: 321-972-0000
Christie.bredahl@csklegal.com
Patrick.ruttinger@csklegal.com

**Counsel for Robert O'Malley**

Michael E. Lacy
Massie P. Cooper
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Tel.: 804-697-1200
Michael.lacy@troutmansanders.com
Massie.cooper@troutmansanders.com

**Counsel for Latham Shuker Eden & Beaudine, LLP, Scott Shuker, and Elizabeth Green**

3

Michael W. Smith
David B. Lacy
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, VA 23219

Geremy Gregory
Balch & Bingham, LLP
841 Prudential Drive, Suite 1400
Jacksonville, FL 32207
Tel: 904-348-6876
ggregory@balch.com

**Counsel for Balch & Bingham, LLP, Allen Estes, John Russell Campbell, Eric Langley, and Lindsay Reese**

Shane Williams
1562 Hanks Avenue
Orlando, FL 32814-6704

**Pro Se**

Jodi Donaldson Jaiman
533 Tuten Trail
Orlando, FL 32828-8364

**Pro Se**

Jay Stollenwerk
5009 Pelleport Avenue
Belle Isle, FL 32812-1124

**Pro Se**

Scott M. Goldberg
7773 Sugar Bend Drive
Orlando, FL 32819-7278

**Pro Se**