**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PALAXAR GROUP, LLC, et al.,

      Plaintiffs,

v.                              Case No. 6:14-cv-00758-JA-GJK

SHANE WILLIAMS, et al.,

      Defendants.


**NOTICE OF APPEARANCE**

Dennis P. Waggoner of the law firm of Hill, Ward & Henderson, P.A. hereby gives notice of his appearance in this matter on behalf of Defendants Scott Shuker and Latham, Shuker, Eden & Beaudine, LLP.

The undersigned also certifies that he is admitted to practice in this Court and is registered with CM/ECF.

Date:  May 30, 2014          Respectfully submitted,


s/ Dennis P. Waggoner
Dennis P. Waggoner (FBN 509426)
dwaggoner@hwhlaw.com
HILL, WARD & HENDERSON P.A.
101 East Kennedy Blvd., Suite 3700
P.O. Box 2231
Tampa, FL 33602
Phone: (813) 221-3900
Fax: (813) 221-2900

**ATTORNEYS FOR DEFENDANTS
SCOTT SHUKUR AND LATHAM, SHUKER,
EDEN & BEAUTINE, LLP.**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.


s/ Dennis P. Waggoner