# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PALAXAR GROUP, LLC, and PALAXAR
HOLDINGS, LLC,

        Plaintiffs,

                                           Case No: 6:14-cv-758-Orl-28GJK

v.

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR., MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
 ALLEN MCLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT
O'MALLEY, ROBERT W. CUTHILL,
 JR., BALCH & BINGHAM LLP, BROAD
AND CASSEL, P.A., LATHAM,
SHUKER, EDEN & BEAUDINE, LLP,
MAHER LAW FIRM, PA, NEXIA
STRATEGY CORPORATION and AQMI
STRATEGY CORPORATION,

        Defendants.

_____/

## ROBERT T. HICKS' UNOPPOSED MOTION TO
## WITHDRAW AS COUNSEL FOR CUTHILL

      Robert T. Hicks ("Hicks") moves to withdraw as counsel for Defendant, Robert W.

Cuthill, Jr. ("Cuthill"), and states as follows:

      1.      Hicks was retained solely to act as counsel in the Eastern District of Virginia

prior to the transfer of this case to the Middle District of Florida.  He has not made

application to appear specially as counsel of record for Cuthill in the Middle District of Florida.

2.      This matter was transferred to the Middle District of Florida by the Eastern District of Virginia.

3.      Hicks is not a member of the Florida Bar.

4.      Cuthill is represented in this matter by William B. Wilson ("Wilson") and Min K. Cho ("Cho"), who recently filed notices of appearances as counsel of record for Cuthill in the Middle District of Florida.  (Doc. No. 163 & 164).

5.      Wilson and Cho are members of the Florida Bar and Middle District of Florida.

6.      Wilson and Cho will represent Cuthill in the Middle District of Florida.

7.      Pursuant to Local Rules 2.03(b) and 3.01(g), on May 30, 2014, Cuthill's counsel conferred with Plaintiffs' counsel, regarding the foregoing motion.  Plaintiffs do not oppose the withdrawal of Hicks.

WHEREFORE, Robert T. Hicks, through Florida counsel for Cuthill, moves to withdraw as counsel of record for Cuthill in this action.

## CERTIFICATE OF SERVICE

I CERTIFY that on May 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Min K. Cho
William B. Wilson
Florida Bar Number: 153167
Min K. Cho

Florida Bar Number: 754331
HOLLAND & KNIGHT LLP
200 S. Orange Ave., Suite 2600
Orlando, Florida 32801
Telephone: (407) 425-8500
Facsimile:  (407) 244-5288
Email: min.cho@hklaw.com
Attorneys for Defendant Robert W. Cuthill, Jr.

#30110670_v1