# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

Palaxar Group, LLC

Palaxar Holdings, LLC
Plaintiff(s)/Petitioner(s),
v.

Shane Williams, et al.

CASE NO. 6:14-cv-00758-JA-GJK

Defendant(s)/Respondent(s)

I, David B. Lacy (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Balch & Bingham, Estes, Campbell, Langley and Reece (party represented).

## ATTORNEY INFORMATION

Firm Name: Christian & Barton, LLP

Address: 909 E. Main St., Suite 1200

City: Richmond      State: VA      Zip: 23219

Firm/Business Phone: 804 . 697 . 4100      Alternate Phone: 804 . 697 . 4121

Firm/Business Fax: 804 . 697 . 6121

E-mail Address: dlacy @ cblaw.com

## ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. NOTE: If proceedings ARE pending at this time, please explain on the reverse side of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Signature                                   Date May 27, 2014   DBL