**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PALAXAR GROUP, LLC, et al.,

    Plaintiffs,

v.                                Case No. 6:14-cv-00758-JA-GJK

SHANE WILLIAMS, et al.,

    Defendants.

## NOTICE OF APPEARANCE

Dennis P. Waggoner of the law firm of Hill, Ward & Henderson, P.A. hereby gives notice of his appearance in this matter on behalf of Defendant Elizabeth Green.

The undersigned also certifies that he is admitted to practice in this Court and is registered with CM/ECF.

Date:  June 2, 2014                  Respectfully submitted,

                                          s/ Dennis P. Waggoner
                                          Dennis P. Waggoner (FBN 509426)
                                          dwaggoner@hwhlaw.com
                                          HILL, WARD & HENDERSON P.A.
                                          101 East Kennedy Blvd., Suite 3700
                                          P.O. Box 2231
                                          Tampa, FL 33602
                                          Phone: (813) 221-3900
                                          Fax: (813) 221-2900

                                          **ATTORNEYS FOR DEFENDANTS**
                                          **SCOTT SHUKUR, LATHAM, SHUKER, EDEN**
                                          **& BEAUDINE, LLP and ELIZABETH GREEN**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 2, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                                  s/ Dennis P. Waggoner