**IN THE UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PALAXAR GROUP, LLC, et al.,

    Plaintiff(s),

v.                                      Case No.: 6:14-cv-00758-JA-GJK

SHANE WILLIAMS, et al.,

    Defendant(s).
_____/

**NOTICE OF APPEARANCE**

Cory B. Kravit of the law firm of Kravit Law, P.A., hereby gives notice of appearance as counsel for the Plaintiffs, PALAXAR GROUP, LLC, and PALAXAR HOLDINGS, LLC, in the above-styled cause, and accordingly requests that copies of all pleadings filed in this cause be served on Cory B. Kravit, Esq. of the aforesaid law firm, at the address listed below.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that June 2, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                  KRAVIT LAW, P.A.
                                  Attorneys for Plaintiffs
                                  7000 W. Palmetto Park Rd.,
                                  Suite 210
                                  Boca Raton, FL 33433
                                  Tel: (561) 922-8536 Fax: (561) 447-8190
                                  Email: corykravit@kravitlaw.net

                                  /s/   Cory B. Kravit_____
                                  Cory B. Kravit, Esq.
                                  Florida Bar No. 0021051