# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PALAXAR GROUP, LLC and**
**PALAXAR HOLDINGS, LLC,**

       **Plaintiffs,**

v.                                                      Case No:   6:14-cv-758-Orl-28GJK

**SHANE WILLIAMS, JAY STOLLENWERK, JODI DONALDSON JAIMAN, HARRISON T. SLAUGHTER, JR. , MICHAEL C. MAHER, SCOTT M. GOLDBERG, MATTHEW SCOTT MOKWA, AARON CARTER BATES, ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL, ERIC LANGLEY, LINDSAY REESE, SCOTT SHUKER, ELIZABETH GREEN, ROY KOBERT, TODD NORMAN, NICOLETTE VILMOS, ROBERT O'MALLEY, ROBERT W. CUTHILL, JR. , BALCH & BINGHAM LLP, BROAD AND CASSEL, P.A., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, MAHER LAW FIRM, PA, NEXIA STRATEGY CORPORATION and AQMI STRATEGY CORPORATION,**

       **Defendants.**

## ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

- 2 -

| | |
|---|---|
| **MOTION:** | **BROAD DEFENDANTS' UNOPPOSED MOTION TO STAY REQUIREMENTS OF INITIAL RULE 26 DISCLOSURES AND DISCOVERY PENDING RULINGS ON THE PENDING RULE 12 MOTIONS TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTIONS TO DISMISS FOR FAILURE TO STATE A CLAIM (Doc. No. 178)** |
| **FILED:** | May 30, 2014 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. Rule 26 disclosures and general discovery are **STAYED** pending the Court's resolution of the motions to dismiss (Doc. Nos. 27-28, 38-39, 41, 49-51, 57-58, 62-63, 64-65, 68-69). *See* Doc. No. 178 (order transferring to this Court those portions of Doc. Nos. 41, 49, 50, and 68 that request dismissal under Rule 12(b)(6), Federal Rules of Civil Procedure). Rule 26 disclosures and general discovery shall commence upon the Court's disposition of the above-referenced motions to dismiss.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties