# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

      Plaintiffs,

v.

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR., MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
ALLEN McLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT
O'MALLEY, ROBERT W. CUTHILL,
JR., BALCH & BINGHAM LLP,
BROAD AND CASSEL, P.A.,
LATHAM, SHUKER, EDEN &
BEAUDINE, LLP, MAHER LAW FIRM,
PA, NEXIA STRATEGY
CORPORATION and AQMI
STRATEGY CORPORATION

      Defendants.

Case No.: 6:14-cv-758-ORL-28GJK

## UNOPPOSED MOTION FOR
## LEAVE TO WITHDRAW AS COUNSEL FOR THE LATHAM DEFENDANTS

Michael E. Lacy ("Lacy"), Massie P. Cooper ("Cooper") and John C. Lynch

("Lynch") of the law firm of Troutman Sanders LLP, move to withdraw as counsel for

Defendants LATHAM, SHUKER, EDEN & BEAUDINE, LLP, SCOTT SHUKER and

ELIZABETH GREEN (collectively the "Latham Defendants") pursuant to Local Rule 2.03(b), and state as follows:

1. Lacy, Cooper and Lynch were retained to represent the Latham Defendants in the Eastern District of Virginia prior to the transfer of this case to the Middle District of Florida. They have not made application to appear specially as counsel of record for the Latham Defendants in this District.

2. This matter was transferred to the Middle District of Florida by the Eastern District of Virginia.

3. Lacy, Cooper and Lynch are not members of the Florida Bar.

4. The Latham Defendants are currently represented by undersigned counsel, of the law firm of Hill, Ward & Henderson, P.A., who previously filed a Notice of Appearance in this action. (Dkt. Nos. 177 & 182)

5. Pursuant to Local Rules 2.03(b) and 3.01(g), undersigned counsel certifies that, on June 4, 2014, he conferred with Richard Knapp and Darren Hart, counsel for the Plaintiffs, and was informed that Plaintiffs do not oppose the withdrawal of Lacy, Cooper and Palmer.

WHEREFORE, Michael E. Lacy, Massie P. Cooper and John C. Lynch of the law firm of Troutman Sanders LLP and through undersigned counsel for the Latham Defendants, respectfully request that this Court grant this motion for leave to withdraw as attorneys of record for the Latham Defendants, effective immediately.

Respectfully submitted this 4th day of June, 2014,

/s/ Mark J. Criser
Dennis P. Waggoner (FBN:  509426)
dennis.waggoner@hwhlaw.com
Mark J. Criser (FBN: 141496)
Mark.criser@hwhlaw.com
HILL WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, FL  33601
(813) 221-3900 (Telephone)
(813) 221-2900 (Facsimile)
*Attorneys for Defendants*
*Latham, Shuker, Eden & Beaudine, LLP, Scott*
*Shuker and Elizabeth Green*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of June, 2014, a true and correct copy of the foregoing

was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of

electronic filing to counsel of record.

/s/ Mark J. Criser
Mark J. Criser

5495526v3