**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PALAXAR GROUP, LLC, et al.,**

     **Plaintiffs,**     **Case No.: 6:14-cv-758-Orl-28GJK**

**vs.**

**SHANE WILLIAMS, et al.,**

     **Defendants.**

_____

**MAHER DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Defendants, Michael C. Maher, Matthew S. Mokwa, Aaron C. Bates and the Maher Law Firm, P.A. (collectively the "Maher Defendants"), by and through the undersigned attorneys, hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to the party:

   1. Michael C. Maher

   2. Matthew S. Mokwa

   3. Aaron C. Bates

   4. The Maher Law Firm, P.A.

   5. Stephen G. Charpentier

6.      The Charpentier Law Firm, P.A.

7.      Dennis J. Whelan, III

8.      Dennis J. Whelan, P.C.

9.       Palaxar Group, LLC

10.     Palaxar Holdings, LLC

11.     Edith Curry

12.     Terrence Chu

13.     Shane Williams

14.     Jodi Jaiman

15.     Jay Stollenwerk

16.     Robert W. Cuthill, Jr.

17.     Harrison T. Slaughter, Jr.

18.     Scott M. Goldberg

19.     Allen McLean Estes

20.     John Russell Campbell

21.     Eric Langley

22.     Lindsay Reese

23.     Scott Shuker

24.     Elizabeth Green

25.     Roy Kobert

26.     Todd Norman

27.     Nicolette Vilmos

28.     Robert O'Malley

29.    Balch & Bingham, LLP

30.    Broad & Cassel, P.A.

31.    Latham, Shuker, Eden & Beaudine, LLP

32.    Nexia Strategy Corporation

33.    AQMI Strategy Corporation

34.    Frank Amodeo

2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

The Maher Defendants are not presently aware of any such entities.

3)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

The Maher Defendants are not presently aware of any such entities.

4)    The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The Maher Defendants are not presently aware of any such persons.

I certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this 5th day of June, 2014,


                                        /s/ Stephen G. Charpentier_____
                                        Stephen G. Charpentier
                                        THE CHARPENTIER LAW FIRM, P.A.
                                        FL Bar. No. 328006
                                        2285 W. Eau Gallie Blvd.

Melbourne, FL 32935
Phone: (321) 308-8020
Facsimile: (321) 631-5446
steve@brevardlawyer.com

Dennis J. Whelan, III
DENNIS J.WHELAN, P.C.
2222 Monument Avenue
Richmond, Virginia 23220
Phone: (804) 359-4123
Fax: (804) 359-4124
djw@djwlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2014, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to all

attorneys of records.

*/s/ Stephen G. Charpentier_____*
Stephen G. Charpentier

## **SERVICE LIST**

Richard J. Knapp
Richard J. Knapp, P.C.
2800 Patterson Ave., Suite 101
Richmond, VA 23221
Tel: 804-377-8848
Fax: 804-377-8851
Richard@Rknappesq.com

Darren M. Hart
9025 Forest Hill Ave., 1st Floor
Richmond, VA 23221
Tel.: 804-673-9339
Fax: 804-673-9969
Info@Richmond-Law.com

John R. Owen
Julie S. Palmer
Harman Claytor Corrigan & Wellman
4951 Lake Brook Dr., Suite 100
Glen Allen, VA 23059
Tel: 804-747-5200
jowen@hccw.com
jpalmer@hccw.com

Isaac J. Mitrani
Loren H. Cohen
Mitrani, Rynor, Adamsky & Toland, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Tel: 305-358-0050

**Counsel for Plaintiffs**

William B. Wilson
Min K. Cho
Holland & Knight LLP
200 S. Orange Ave., Suite 2600
Orlando, FL 32801
Tel.: 407-425-8500
Bill.wilson@hklaw.com
Min.cho@hklaw.com

**Counsel for Robert W. Cuthill, Jr.**

Kenton V. Sands
Sands White & Sands, P.A.
760 White Street
Daytona Beach, FL 32114
Tel: 386-258-1622
kent@sandswhitesands.com

**Counsel for Harrison "Butch" Slaughter**

G. Wingate Grant
U.S. Attorney's Office
600 E. Main St. 18th Floor
Richmond, VA 23219

**Interested Party**

Michael W. Smith
David B. Lacy
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, VA 23219

Geremy Gregory
Balch & Bingham, LLP
841 Prudential Drive, Suite 1400
Jacksonville, FL 32207
Tel: 904-348-6876
ggregory@balch.com

**Counsel for Balch & Bingham, LLP, Allen Estes, John Russell Campbell, Eric Langley, and Lindsay Reese**

imatrani@mitrani.com

**Counsel for Roy Kobert, Todd Norman, Nicolette Vilmos, and Broad and Cassel, P.A.**

Christie L. Bredahl
Patrick R. Ruttinger
Cole Scott & Kissane, P.A.
1900 Summit Tower Blvd., Ste. 750
Orlando, FL 32810
Telephone: 321-972-0000
Christie.bredahl@csklegal.com
Patrick.ruttinger@csklegal.com

**Counsel for Robert O'Malley**

Michael E. Lacy
Massie P. Cooper
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Tel.: 804-697-1200
Michael.lacy@troutmansanders.com
Massie.cooper@troutmansanders.com

**Counsel for Latham Shuker Eden & Beaudine, LLP, Scott Shuker, and Elizabeth Green**

Shane Williams
1562 Hanks Avenue
Orlando, FL 32814-6704

**Pro Se**

Jodi Donaldson Jaiman
533 Tuten Trail
Orlando, FL 32828-8364

**Pro Se**

Jay Stollenwerk
5009 Pelleport Avenue
Belle Isle, FL 32812-1124

**Pro Se**

5

Scott M. Goldberg
7773 Sugar Bend Drive
Orlando, FL 32819-7278

**Pro Se**