**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PALAXAR GROUP, LLC and**
**PALAXAR HOLDINGS, LLC,**

       **Plaintiffs,**

v.                                                                             Case No.: 6:14-cv-758-Orl-28GJK

**SHANE WILLIAMS**, *et al.*,

       **Defendants.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), Defendant, SCOTT M. GOLDBERG, *pro se*, certifies that the instant action:

**_X_** IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        Palaxar v. Williams; 3:13-cv-614 (E.D. Va.)

        Mirabilis v. Palaxar; 6:07-cv-1788-Orl (M.D. Fla.)

____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

    Date:   June 6, 2014.

Respectfully submitted,

s/ Scott M. Goldberg
Scott M. Goldberg, Esq.
Florida Bar # 100005
*Pro Se Defendant*
7773 Sugar Bend Drive
Orlando, Florida 32819
Phone:  (407) 313-0111
sgoldberglaw@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Shane Williams
1562 Hanks Avenue
Orlando, FL 32814-6704

Jodi D. Jaiman
533 Tuten Trail
Orlando, FL 32828-8364

Jay Stollenwerk
5009 Pelleport Avenue
Belle Isle, FL 32812-1124

s/ Scott M. Goldberg
Scott M. Goldberg, Esq.
Florida Bar # 100005
*Pro Se Defendant*
7773 Sugar Bend Drive
Orlando, Florida 32819
Phone:  (407) 313-0111
sgoldberglaw@gmail.com