IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

Plaintiffs,

v.                                              Case No.: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY STOLLENWERK, JODI DONALDSON JAIMAN, HARRISON T. SLAUGHTER, JR., MICHAEL C. MAHER, SCOTT M. GOLDBERG, MATTHEW SCOTT MOKWA, AARON CARTER BATES, ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL, ERIC LANGLEY, LINDSAY REESE, SCOTT SHUKER, ELIZABETH GREEN, ROY KOBERT, TODD NORMAN, NICOLETTE VILMOS, ROBERT O'MALLEY, ROBERT W. CUTHILL, JR.
, BALCH & BINGHAM LLP, BROAD AND CASSEL, P.A., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, MAHER LAW FIRM, PA, NEXIA STRATEGY CORPORATION and AQMI STRATEGY CORPORATION,

Defendants.

## NOTICE OF SERVICE

Defendant, Palaxar Group, LLC and Palaxar Holdings, LLC, by and through its undersigned counsel, hereby files the attached Related Case Order and Track Two Notice and attachments thereto.

{601, 001, JAKEK, RKNIGHT, 00015750.1 }

**KANEY & OLIVARI, P.L.**

_____
Jonathan D. Kaney III
Florida Bar Number: 23426
55 Seton Trail
Ormond Beach, FL 32176
Telephone: (386) 675-0691
Facsimile: (386) 672-7003
Email: jake@kaneyolivari.com
         louise@kaneyolivari.com
         randy@kaneyolivari.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

_____
Jonathan D. Kaney III

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

      Plaintiffs,

v.                                                Case No: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR. , MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
ALLEN MCLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT
O'MALLEY, ROBERT W. CUTHILL,
JR. , BALCH & BINGHAM LLP,
BROAD AND CASSEL, P.A., LATHAM,
SHUKER, EDEN & BEAUDINE, LLP,
MAHER LAW FIRM, PA, NEXIA
STRATEGY CORPORATION and
AQMI STRATEGY CORPORATION,

      Defendants.

RELATED CASE ORDER
AND TRACK TWO NOTICE

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a

similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a Track Two case. All parties must comply with the requirements established in Local Rule 3.05 for **Track Two** cases. Counsel and any unrepresented party shall meet within sixty days after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management Report. The parties shall utilize the Case Management Report form located at the Court's website www.flmd.uscourts.gov under 'Judicial Information' and under assigned Judge John Antoon II, United States District Judge. Unless otherwise ordered by the Court, a party may not seek discovery from any source before the meeting. Fed. R. Civ. P. 26 (d); Local Rule 3.05(c)(2)(B). *Plaintiff is responsible for serving a copy of this notice and order with attachments upon each party no later than fourteen days after appearance of the party.*

May 23, 2014

| ANNE C. CONWAY | CHARLENE EDWARDS HONEYWELL |
|---|---|
| Anne C. Conway [22] | Charlene Edwards Honeywell [36] |
| Chief United States District Judge | United States District Judge |
| | |
| ROY B. DALTON, JR. | |
| Roy B. Dalton, Jr. [37] | |
| United States District Judge | |
| | |
| GEORGE C. YOUNG | G. KENDALL SHARP |
| George C. Young [06] | G. Kendall Sharp [18] |
| Senior United States District Judge | Senior United States District Judge |
| | |
| PATRICIA C. FAWSETT | GREGORY A. PRESNELL |
| Patricia C. Fawsett [19] | Gregory A. Presnell [31] |
| Senior United States District Judge | Senior United States District Judge |
| | |
| JOHN ANTOON II | |

John Antoon II [28]
Senior United States District Judge

| DAVID A. BAKER | KARLA R. SPAULDING |
|---|---|
| David A. Baker [DAB] | Karla R. Spaulding [KRS] |
| United States Magistrate Judge | United States Magistrate Judge |
| GREGORY J. KELLY | THOMAS B. SMITH |
| Gregory J. Kelly [GJK] | Thomas B. Smith [TBS] |
| United States Magistrate Judge | United States Magistrate Judge |

Attachments: Notice of Pendency of Other Actions [mandatory form]
  Magistrate Judge Consent / Letter to Counsel
  Magistrate Judge Consent Form / Entire Case
  Magistrate Judge Consent / Specified Motions

Web Case Management Form: www.flmd.uscourts.gov [mandatory form]

Copies to:  All Counsel of Record
  All *Pro Se* Parties

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

Plaintiffs,

v.  Case No.: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY
STOLLENWERK, JODI
DONALDSON JAIMAN, HARRISON
T. SLAUGHTER, JR., MICHAEL C.
MAHER, SCOTT M. GOLDBERG,
MATTHEW SCOTT MOKWA,
AARON CARTER BATES, ALLEN
MCLEAN ESTES, JOHN RUSSELL
CAMPBELL, ERIC LANGLEY,
LINDSAY REESE, SCOTT SHUKER,
ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT
O'MALLEY, ROBERT W. CUTHILL,
JR., BALCH & BINGHAM LLP,
BROAD AND CASSEL, P.A.,
LATHAM, SHUKER, EDEN &
BEAUDINE, LLP, MAHER LAW
FIRM, PA, NEXIA STRATEGY
CORPORATION and AQMI
STRATEGY CORPORATION,

Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In acordance4 with Local Rule 1.04(d), I certify that the instant action:

___X___ IS     related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

6:07-CV-1788-ORL-28-KRS

_____ IS NOT    related to pending or closed civil or criminal case(s) previously filed with this Court, or any other Federal or State court, or administrative agency as indicated below:'

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: June 6, 2014

KANEY & OLIVARI, P.L.

*/s/ Jonathan D. Kaney III*

Jonathan D. Kaney III
Florida Bar Number: 23426
55 Seton Trail
Ormond Beach, FL  32176
Telephone: (386) 675-0691
Facsimile: (386) 672-7003
Email:  jake@kaneyolivari.com
            louise@kaneyolivari.com
            randy@kaneyolivari.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

Jonathan D. Kaney III

{601, 001, JAKEK, LOUISES, 00015748.1 }