UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

Plaintiff,

vs. CASE NO.: 6:14-cv-758-Orl-31GJK

SHANE WILLIAMS, JAY STOLLENWERK, JODI DONALDSON JAIMAN, HARRISON T. SLAUGHTER, JR., MICHAEL C. MAHER, SCOTT M. GOLDBERG, MATTHEW SCOTT MOKWA, AARON CARTER BATES, ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL, ERIC LANGLEY, LINDSAY REESE, SCOTT SHUKER, ELIZABETH GREEN, ROY KORBERT, TODD NORMAN, NICOLETTE VILMOS, ROBERT O'MALLEY, ROBERT W. CUTHILL, JR., BALCH & BINGHAM LLP, BROAD AND CASSEL, P.A., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, MAHER LAW FIRM, PA, NEXIA STRATEGY CORPORATION and AQMI STRATEGY CORPORATION

Defendants.
_________________________________/

**DEFENDANT, ROBERT O'MALLEY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Robert O'Malley, hereby discloses the following pursuant to this Court's Interested Persons Order [DE 158]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-

traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Robert W. Cuthill, Jr.
Palaxar Group, LLC
Palaxar Holdings, LLC
Edith Curry
Terrence Chu
Shane Williams
Jay Stollenwerk
Jodi Donaldson Jaiman
Harrison T Slaughter, Jr.
Michael C. Maher
Scott M, Goldberg
Matthew Scott Mokwa
Aaron Carter Bates
Allen McLean Estes
John Russell Campbell
Eric Langley
Lindsay Reese
Scott Shuker
Elizabeth Green
Robert O'Malley
Roy Kobert
Broad & Cassel, P.A.
Maher Law Firm, P.A.
Nexia Strategy Corporation
AQMI Strategy Corporation
Latham, Shuker, Eden & Beaudine, LLP
William B. Wilson, Esq. (counsel for Robert W. Cuthill, Jr.)
Min K. Cho, Esq. (counsel for Robert W. Cuthill, Jr.)
Holland & Knight LLP (counsel for Robert W. Cuthill, Jr.)
Issaac J. Mitrani (attorney for Broad Defendants)
Loren H. Cohen (attorney for Broad Defendants)
Mitrani, Rynor, Adamsky & Toland, P.A. (attorney for Broad Defendants)
Kenton V. Sands (attorney for Harrison Slaughter, Jr.)
Sands White & Sands, P.A. (attorney for Harrison Slaughter, Jr.)
Balch & Bingham LLP (attorney for Estes)
Geremy Gregory (attorney for Balch defendants)
Broad & Cassel, a Florida general partnership
Frank Amodeo, pro se movant
Cory Brian Kravit (attorney for Palaxar)
Kravit Law, P.A. (attorney for Palaxar)
Darren Marshall Hart (attorney for Palaxar)
Hart & Associates, P.A. (attorney for Palaxar)
Richard Knapp (attorney for Palaxar)
Richard J. Knapp. P.C. (attorney for Palaxar)

Stephen Charpentier (attorney for Maher defendants)
Charpentier Law Firm, P.A. (attorney for Maher defendants)
Dennis Whelan, III (attorney for Maher defendants)
Dennis J. Whelan, PC (attorney for Maher defendants)
David Lacy (attorney for Balch defendants)
Michael W. Smith (attorney for Balch defendants)
Christian Barton, LLP (attorney for Balch defnedants)
Dennis Waggoner (attorney for Shuker)
Mark Criser (attorney for Shuker)
Hill, Ward, Henderson, P.A. (attorney for Shuker)
Michael Lacy (attorney for Shuker)
Troutman, Sanders LLP (attorney for Shuker)
Massey Cooper (attorney for Shuker)
Christina Bredahl (attorney for O'Malley)
Cole, Scott & Kissane, P.A. (attorney for O'Malley)
Patrick Ruttinger (attorney for O'Malley)
RSUI Group, Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy case:

None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known except for the allegations of the Plaintiffs.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 6, 2014

*s/Christina Bredahl*
Christina L. Bredahl, Esq.
Florida Bar Number 055462

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY on this 6th day of June 2014 that a true and correct copy of the foregoing has been electronically filed the foregoing with the Clerk of Courts for the Middle District of Florida's using the Court's CM/ECF system.

*s/ Christina L. Bredahl*

Christina L. Bredahl, Esq.
Florida Bar Number 055462
COLE, SCOTT & KISSANE, P.A.
Attorney for Defendant Robert O'Malley
Tower Place, Suite 750
1900 Summit Boulevard
Orlando, FL 32810
Telephone: (321) 972-0025
Facsimile: (321) 972-0099
Primary email: christie.bredahl@csklegal.com
Secondary email: jeanna.bond@csklegal.com