IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

    Plaintiffs,

v.                                                                                          Case No.: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR. , MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
ALLEN MCLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC LANGLEY,
LINDSAY REESE, SCOTT SHUKER,
ELIZABETH GREEN, ROY KOBERT,
TODD NORMAN, NICOLETTE VILMOS,
ROBERT O'MALLEY, ROBERT W.
CUTHILL, JR., BALCH & BINGHAM
LLP, BROAD AND CASSEL, P.A.,
LATHAM, SHUKER, EDEN &
BEAUDINE, LLP, MAHER LAW FIRM,
PA, NEXIA STRATEGY CORPORATION
and AQMI STRATEGY CORPORATION,

    Defendants.
_____/

## UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE
## OF RICHARD J. KNAPP AND DARREN MARSHALL HART

Plaintiffs, Palaxar Group, L.L.C. and Palaxar Holdings, L.L.C. (hereinafter collectively "Palaxar"), request the Court enter an order permitting Richard J. Knapp, Esquire of Richard J. Knapp, P.C. located at 2800 Patterson Avenue, Suite 101, Richmond, VA 23221, and Darren Marshall Hart, Esquire of Hart & Assoc., P.C. located at 9025 Forest Hill Avenue, Richmond, VA 23235 to practice before this Court in this action, and state:

1. Palaxar previously retained and continues to retain Messrs. Knapp and Hart for the purpose of assisting with the above matter.

2. Mr. Knapp is a non-resident attorney in good standing and admitted to practice law in the Commonwealth of Virginia. Mr. Knapp is in good standing and admitted to practice before the following federal courts: the Fourth Circuit Court of Appeals, the United States District Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, and the United States Bankruptcy Court for the Eastern District of Virginia.

3. Mr. Hart is a non-resident attorney in good standing and admitted to practice law in the Commonwealth of Virginia and the State of Illinois, in which state he is on inactive status. Mr. Hart is in good standing and admitted to practice before the following federal courts: the Fourth Circuit Court of Appeals, the United States District Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, and the United States Bankruptcy Court for the Eastern District of Virginia. Additionally, Mr. Hart has previously been granted *pro hac vice* admission into the United States District Court for the Eastern District of Missouri.

4. Palaxar wishes to have Messrs. Knapp and Hart appear *pro hac vice* as counsel on their behalf. Messrs. Knapp and Hart have extensive knowledge about the issues involved in this litigation.

5. Pursuant to Middle District of Florida Local Rule 2.02, Jonathan D. Kaney III, of Kaney & Olivari, P.L., 55 Seton Trail, Ormond Beach, FL 32176, attorney for Palaxar, Plaintiffs, in the above-styled action, will act as the resident Florida attorney who may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

6. Undersigned counsel certifies that Richard J. Knapp and Darren Marshall Hart have previously filed their Special Admission Attorney Certifications, together with the proper fee, with the Court, and further certifies that Richard J. Knapp and Darren Marsh Hart have valid e-mail addresses and will maintain such e-mail as registered with the Court throughout the duration of their appearance in this matter.

WHEREFORE, Plaintiffs, Palaxar Group, L.L.C. and Palaxar Holdings, L.L.C., respectfully request this Court enter an order specially admitting Richard J. Knapp and Darren Marshall Hart to practice before this Court for the limited purpose of representing the Plaintiffs, Palaxar Group, L.L.C. and Palaxar Holdings, L.L.C. in this action.

Dated: June 13, 2014

KANEY & OLIVARI, P.L.

Jonathan D. Kaney III
Florida Bar Number: 23426
55 Seton Trail
Ormond Beach, FL 32176
Telephone: (386) 675-0691
Facsimile: (386) 672-7003
Email: jake@kaneyolivari.com
louise@kaneyolivari.com
randy@kaneyolivari.com
COUNSEL FOR PLAINTIFFS

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to L.R. 3.01(g), counsel has conferred with counsel for Defendants, and they <u>do not</u> object o the relief set forth herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all

{601, 001, JAKEK, RKNIGHT, 00015741.1 }    3

attorneys of record through Notice of Electronic Filing (NEF). I also certify that on this date, a true and correct copy of the foregoing was furnished via U.S. Mail to the following non-ECF Defendants and/or interested parties:

Shane Williams
1562 Hanks Avenue
Orlando, FL  32814

Jodi Donaldson Jaiman
1334 Royal St. George Dr.
Orlando, FL  32828

United States of America
U.S. Attorney's Office
600 E. Main St., 18th Floor
Richmond, VA  23219

Jay Stollenwerk
5009 Pelleport Avenue
Belle Isle, FL  32812

Frank L. Amodeo
P.O. Box 1031
Coleman, FL  33521

_____
Jonathan D. Kaney III