**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

      **Plaintiffs,**

v.                                  **Case No:   6:14-cv-758-Orl-28GJK**

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR. , MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
ALLEN MCLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT
O'MALLEY, ROBERT W. CUTHILL,
JR. , BALCH & BINGHAM LLP,
BROAD AND CASSEL, P.A., LATHAM,
SHUKER, EDEN & BEAUDINE, LLP,
MAHER LAW FIRM, PA, NEXIA
STRATEGY CORPORATION and
AQMI STRATEGY CORPORATION,

      **Defendants.**

_____

**ORDER**

      This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO APPEAR PRO HAC VICE** **(Doc. No. 218)** |
| **FILED:** | **June 13, 2014** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The motion to appear *pro hac vice* of Richard J. Knapp, Esq. and Darren Marshall Hart, Esq. (Doc. No. 218), is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court.   After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."   Counsel admitted to appear pro hac vice must take the tutorial offered on the website before using the system.

Local counsel, Jonathan D. Kaney, Esq., fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney.   If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order.

**DONE** and **ORDERED** in Orlando, Florida on June 18, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -