IN THE UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC, et al.,

    Plaintiff(s),

v.     Case No.: 6:14-cv-00758-JA-GJK

SHANE WILLIAMS, et al.,

    Defendant(s).

_____/

## CORY B. KRAVIT'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFFS, PALAXAR GROUP, LLC AND PALAXAR HOLDINGS, LLC

Cory B. Kravit ("Kravit") of the law firm of Kravit Law, P.A., hereby moves to withdraw as counsel for Plaintiffs PALAXAR GROUP, LLC, and PALAXAR HOLDINGS, LLC, (individually and collectively, "Palaxar") and states as follows:

1. Kravit was retained by Palaxar and filed his Notice of Appearance in this matter.

2. Unknowingly, Kravit's admission to the Middle District of Florida was administratively revoked for not paying a renewal fee to the Clerk of the Court.

3. As such, Kravit is not admitted to practice in the Middle District of Florida and is filing this Motion to Withdraw accordingly.

4. Palaxar has retained new local counsel that is admitted to practice in the Middle District of Florida.

5. Pursuant to Local Rule 2.03(b) and 3.01(g), undersigned counsel certifies that he conferred with counsel for the Defendants and there is no opposition to an entry of an Order granting this Motion to Withdraw.

*BOA v. Williams*
*CASE NO. 11-13458 (11)*
*Page 2*

---

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that June 27, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                        KRAVIT LAW, P.A.
                        Attorneys for Plaintiffs
                        7000 W. Palmetto Park Rd.,
                        Suite 210
                        Boca Raton, FL 33433
                        Tel: (561) 922-8536 Fax: (561) 447-8190
                        Email: corykravit@kravitlaw.net


                        /s/  Cory B. Kravit
                        Cory B. Kravit, Esq.
                        Florida Bar No. 0021051