UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC, and PALAXAR
HOLDINGS, LLC,

        Plaintiffs,

v.

        Case No: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR., MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
ALLEN MCLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT
O'MALLEY, ROBERT W. CUTHILL,
JR., BALCH & BINGHAM LLP, BROAD
AND CASSEL, P.A., LATHAM,
SHUKER, EDEN & BEAUDINE, LLP,
MAHER LAW FIRM, PA, NEXIA
STRATEGY CORPORATION and AQMI
STRATEGY CORPORATION,

        Defendants.

_____/

**DEFENDANT, ROBERT W. CUTHILL, JR.'S, JOINDER IN JOINT MOTION TO TRANSFER RELATED CASE AND INCORPORATED MEMORANDUM OF LAW**

Defendant, ROBERT W. CUTHILL, JR., joins in the JOINT MOTION TO TRANSFER RELATED CASE AND INCORPORATED MEMORANDUM OF LAW (the "Motion") (Docket No. 229) and hereby adopts the arguments and rationale set forth in the Motion and incorporates them herein as if set forth verbatim.

WHEREFORE, Defendant, ROBERT W. CUTHILL, JR., respectfully requests entry of an Order transferring this case for reassignment to the Honorable John Antoon II, and granting such other relief as the Court deems appropriate.

/s/ William B. Wilson
William B. Wilson
Florida Bar Number: 153167
Email: bill.wilson@hklaw.com
Min K. Cho
Florida Bar Number: 754331
Email: min.cho@hklaw.com
HOLLAND & KNIGHT LLP
200 S. Orange Ave., Suite 2600
Orlando, Florida 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
Attorneys for Defendant Robert W. Cuthill, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all counsel of record. I further certify that copies have been furnished by mail to Shane Williams, 1562 Hanks Avenue, Orlando, FL 32814; Jay Stollenwerk, 5009 Pelleport Ave., Belle Isle, FL 32812; Jodi Donaldson Jaiman, 1334 Royal St. George Drive, Orlando, FL 32828; Scott M. Goldberg, 773 Sugar Bend Drive, Orlando FL 32819 and Frank L. Amodeo, 48883-019, FCC Coleman - Low, B-3, P. O Box 1031 Coleman, FL 32521-1031.

/s/ William B. Wilson
William B. Wilson

#31515542_v1