IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

**Plaintiffs,**

v.                                                                        Case No.: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY STOLLENWERK,
JODI DONALDSON JAIMAN,
HARRISON T. SLAUGHTER, JR.,
MICHAEL C. MAHER, SCOTT MARSHALL
GOLDBERG, MATTHEW SCOTT MOKWA,
AARON CARTER BATES, ALLEN MCLEAN
ESTES, JOHN RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN, NICOLETTE
VILMOS, ROBERT O'MALLEY, ROBERT
W. CUTHILL, JR., BALCH & BINGHAM
LLP, BROAD AND CASSEL, P.A., LATHAM
SHUKER EDEN & BEAUDINE LLP, THE
MAHER LAW FIRM, PA, NEXIA
STRATEGY CORPORATION, and AQMI
STRATEGY CORPORATION,

**Defendants.**

## PLAINTIFFS' OPPOSITION AND MEMORANDUM OF LAW TO FRANK AMODEO'S, AQMI STRATEGY CORPORATION, NEXIA STRATEGY CORPORATION OBJECTIONS [ECF 242, 246] TO THE MAGISTRATE'S ORDER OF AUGUST 13, 2014

COMES NOW Plaintiffs Palaxar Holdings, LLC and Palaxar Group, LLC (hereinafter collectively "Palaxar"), by counsel, pursuant to *Federal Rule of Civil Procedure 12(f)* and *Local Rules 2.01 & 2.03* and move the Court to deny Frank Amodeo's ("Mr. Amodeo") latest filings [ECF 242, 246]; and in support thereof says:

*Summary*

Mr. Amodeo is not (i) a party to this matter, (ii) a licensed attorney in any state, or the District of Columbia, (iii) admitted to practice before this or any Court. Therefore, Mr. Amodeo not entitled to the relief he is requesting of this Court.

## I. PROCEDURAL HISTORY

1. On April 25, 2014, Mr. Amodeo, a non-party, filed a *Motion to Appoint a Guardian Ad Litem or Prochiem Ami to Represent Frank L. Amodeo as Successor-in-Interest to AQMI Strategy Corporation* [ECF 144]. Palaxar timely filed its *Motion to Strike and Memorandum of Law* [ECF 145-147].

2. On June 27, 2014 Mr. Amodeo filed successive *Motions* [ECF 221, 222, and 223], to which Palaxar *Opposed* [ECF 227].

3. On August 12, 2014, this Court granted Plaintiffs' *Motions* [ECF 145-147, 227] and Mr. Amodeo's filings [ECF 144, 222, 221 and 223] were stricken from the record. [ECF 241].

4. Like his previous filings, Mr. Amodeo's current filings should be denied as they are redundant, immaterial and impertinent, FRCP 12(f).

5. Palaxar incorporates by reference, as if fully set forth herein, its previous *Memoranda of Law*, ECF 145-147, 227.

## II. DISCUSSION

6. This Court has held that a party must present sufficient grounds for this Court to even consider the request. See, e.g., Sec. and Exc. Comm'n v. Seahawk Deep Ocean Tech., Inc., 74 F.Supp. 2d 1188, 1192 (M.D. Fla.1999)(internal citations omitted)(denying motion to reconsider on grounds that the motion offered no new arguments, issues, case law or

evidence and presented no basis on which the court should reconsider its order except that the party disagreed with the result).

7. Moreover, this Court will not reconsider a previous ruling when a "party's motion fails to raise new issues and, instead, only re-litigates what has already been found lacking." *Lamar Adver. of Mobile, Inc.,* 189 F.R.D. at 489 (citing *Gov't Pers. Serv., Inc. v. Gov't Pers. Mut. Life Ins. Co.,* 759 F.Supp. 792, 793 (M.D.Fla.1991)). "The decision to alter or amend judgment is committed to the sound discretion of the district judge and will not be overturned on appeal absent an abuse of discretion." *See Am. Home Assurance Co.,* 763 F.2d at 1238-39 (internal citations omitted).

8. This Court has already determined that Mr. Amodeo is not a party to this matter. [ECF 241 at pg. 3, 4]. It further held that *Local Rule* 2.02 and *Local Rule* 2.03(e) prohibit Mr. Amodeo's representation of AQMI and Nexia as Mr. Amodeo is not an attorney licensed to practice and not admitted to this or any Court. Mr. Amodeo has offered no new facts, issues or arguments that that support this Court's reconsideration of its prior rulings.

WHEREFORE, for the reasons set forth herein, Palaxar respectfully requests that the Court deny Mr. Amodeo's request.

PALAXAR GROUP, LLC
PALAXAR HOLDINGS, LLC
      /S/
Richard J. Knapp, Esq. VSB No. 15834
RICHARD J. KNAPP, P.C.
2800 Patterson Avenue, Suite 101
Richmond, VA 23221
804-377-8848 - Phone
804-377-8851 - Fax
Richard@RKnappesq.com

Darren Marshall Hart, Esq. VSB No. 36794
HART & ASSOC., P.C.

>9025 Forrest Hill Avenue, 1st Floor
>Richmond, VA 23221
>804-673-9339 - Phone
>804-673-9969 - Fax
>Info@Richmond-Law.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on August 3, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel who are subscribed to the CM/ECF system and I will provide notice, via first class mail to non-party Mr. Amodeo at:

Frank L. Amodeo
48883-018
FCC-Low Unit B-3
P.O. Box 1031
Coleman, FL 33521-1031

>_____/S/_____
>
>Richard J. Knapp, Esq.
>Counsel for Palaxar Group, L.L.C. &
>    Palaxar Holdings, L.L.C.