# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

       Plaintiffs,

v.                                                   Case No:   6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR. , MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
ALLEN MCLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT
O'MALLEY, ROBERT W. CUTHILL,
JR. , BALCH & BINGHAM LLP,
BROAD AND CASSEL, P.A., LATHAM,
SHUKER, EDEN & BEAUDINE, LLP,
MAHER LAW FIRM, PA, NEXIA
STRATEGY CORPORATION and
AQMI STRATEGY CORPORATION,

       Defendants.

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  MOTION FOR RECUSAL (Doc. No. 249)
>
> **FILED:**  September 15, 2014
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED AS MOOT**.

On September 15, 2014, Frank Amodeo, a non-party, filed a Motion for Recusal (the "Motion"), requesting that the undersigned United States Magistrate Judge recuse from these proceedings. Doc. No. 249. Mr. Amodeo, a non-lawyer, sought to appear, intervene, and file pleadings on behalf of two corporate defendants – Nexia Strategy Corporation and AQMI Strategy Corporation. See Doc. Nos. 241, 248. On September 18, 2014, the District Court entered an order finding that Mr. Amodeo "has no standing to act on behalf of AQMI or Nexia, and there is no basis for him to intervene in this lawsuit on his own behalf or on behalf of those corporations." Doc. No. 251 at 3. Thus, Mr. Amodeo remains a non-party and may not appear on behalf of the above-stated corporate defendants. Accordingly, the Motion is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on September 22, 2014.

_GREGORY J. KELLY_
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties