IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

**Plaintiffs,**

v.                                                                Case No.: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY STOLLENWERK,
JODI DONALDSON JAIMAN,
HARRISON T. SLAUGHTER, JR.,
MICHAEL C. MAHER,
SCOTT MARSHALL GOLDBERG,
MATTHEW SCOTT MOKWA,
AARON CARTER BATES,
ALLEN MCLEAN ESTES,
JOHN RUSSELL CAMPBELL,
ERIC LANGLEY, LINDSAY REESE,
SCOTT SHUKER, ELIZABETH GREEN,
ROY KOBERT, TODD NORMAN,
NICOLETTE VILMOS,
ROBERT O'MALLEY,
ROBERT W. CUTHILL, JR.,
BALCH & BINGHAM LLP,
BROAD AND CASSEL, P.A.,
LATHAM SHUKER EDEN & BEAUDINE
LLP,
THE MAHER LAW FIRM, PA,
NEXIA STRATEGY CORPORATION, and
AQMI STRATEGY CORPORATION,

**Defendants.**

### PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE [ECF 253]

COMES NOW Plaintiffs Palaxar Holdings, LLC and Palaxar Group, LLC (hereinafter collectively "Palaxar"), by counsel, in response to this Court's *Order to Show Cause* why

Defendant Broad and Cassel, P.A. (hereinafter "Broad") should not be corrected to Broad and Cassel, a Florida General Partnership pursuant to their filing[1] and in support thereof says:

*Summary*

Unlike Broad and Cassel, P. A. which has been registered in the State of Florida since at least 1997, "Broad and Cassel, a Florida General Partnership" is not registered in the State of Florida, pursuant to Part II of Chapter 620, Florida Statutes; either as an entity, or as a fictitious name. (Exhibit 1)

Absent discovery, undersigned counsel is unable to verify Broad's assertions, its existence as a general partnership, or the general partners of "Broad and Cassel, a Florida General Partnership" (hereinafter "General Partnership") with the Florida Department of State, Division of Corporations or any of Florida's licensing agencies.

I. PROCEDURAL BACKGROUND AND DISCUSSION

1. The Florida Revised Uniform Partnership Act ("FRUPA") governs the formation, operation and dissolution of Florida general partnerships. Statement of Partnership Registration with the State which must include: (1) the name of the general partnership; (2) the address of the chief executive officer of the partnership and the address for the principal office of the partnership; and (3) the names of and mailing addresses of all the partners or the name and address of an agent who shall maintain a list of the names and addresses of all of the partners. The State of Florida has no such statement regarding to the General Partnership. Absent such a statement, Plaintiffs had no reasonable way to know of the existence of the General Partnership or its general partners.

2. Since January 28, 2014, counsel for Broad filed several motions and voluminous exhibits; ECF 24-30. These motions included an affidavit from Broad's Chief Operating

---

[1] *See* ECF 26 at 1 & n.1; ECF 83 at 1 & n.1; to which Palaxar opposed, *see* ECF 72 at I 1, ECF 72-1, ECF 70 at I 1, ECF 70-1.

Officer, Concetta Smekens, wherein she attests to several matters that are unsupported by the record and publically available information.  *See* ECF 70 at I 1, and ECF 70-1; ECF 72 at I 1, and ECF 72-1.

3. On June 5, 2014, Broad filed their Amended Corporate Disclosure Statement and Certificate of Interested Parties, listing Broad and Cassel, P.A. and the General Partnership.  ECF 193.

4. Undersigned counsel has again conducted a search of Florida's Department of State, Division of Corporations and was unable to confirm the existence of the General Partnership in the official records of the State of Florida, but has found several similar instances wherein counsel for Broad has responded to causes of action against "Broad and Cassel, P.A." as if the parties were in fact one and the same. (Exhibit 2).

5. Until such time as additional facts can be established through discovery, Plaintiffs would not object to the addition of the General Partnership as an additional defendant, together with Broad & Cassel, P.A. in this cause of action.

Respectfully submitted,

> PALAXAR GROUP, LLC
> PALAXAR HOLDINGS, LLC
>
>   /s/Darren Marshall Hart_____
> Darren Marshall Hart, Esq. VSB No. 36794
> HART & ASSOC., P.C.
> 9025 Forrest Hill Avenue, 1st Floor
> Richmond, VA 23221
> 804-673-9339 - Phone
> 804-673-9969 - Fax
> Info@Richmond-Law.com
>
> Richard J. Knapp, Esq. VSB No. 15834
> RICHARD J. KNAPP, P.C.
> 2800 Patterson Avenue, Suite 101
> Richmond, VA 23221

        804-377-8848 - Phone
        804-377-8851 - Fax
        Richard@RKnappesq.com

        Jonathan D. Kaney, III, Esq. FSB No. 23426
        Kaney & Olivari, PL
        55 Seton Trail
        Ormond Beach, FL 32176
        386/675-0691-0691
        386/672-7003 (fax)
        jake@kaneyolivari.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on September 26, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel who are subscribed to the CM/ECF system.

        /s/ Darren Marshall Hart_____
        Darren Marshall Hart, Esq. VSB No. 36794
        HART & ASSOC., P.C.
        9025 Forrest Hill Avenue, 1st Floor
        Richmond, VA 23221
        804-673-9339 - Phone
        804-673-9969 - Fax
        Info@Richmond-Law.com