UNITED STATES
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR Group, LLC and
PALAXAR Holdings, LLC,
       Plaintiff,

-vs-                                       Case #: 6:14-cv-758-Orl-28-KRS

Shane Williams, Jay Stollenwerk,
AQMI Strategy Corportation,
Nexia Strategy Corportation,
Frank L. Amodeo, (Intervention-pending) et al.
       Defendants.

_____/

MEMORANDUM IN SUPPORT OF MY OBJECTIONS TO THE
MAGISTRATE'S REPORT, MY MOTION TO RECONSIDER THE
MAGISTRATE'S ORDER, AND ALONG WITH MY MOTION TO APPOINT
A GUARDIAN AD LITEM

My mental health issue permeates both this proceeding and a variety of related or parallel proceedings. It seems society, including this court, has a profound misunderstanding of mental illness generally and bipolar disease in particular. That misunderstanding wraps itself around and infuses itself within every analysis of my circumstances, invariably drawing the analyst to inaccurate conclusions. In the absence of an advocate, I am forced to try to explain my bipolar disease and how the disease impacts me in these lawsuits.

Arguably, the disease renders me insane [1], but it does not make me stupid. Quite the contrary, in the hypomanic stage, I have eidetic recall and can easily carry on multiple conversations simultaneously. In the manic stage my thoughts race from topic to topic, but I see connections between disparate events that others do not even imagine. Although this is seemingly a great advantage, it comes with two fatal flaws: first, when manic, I can never let an idea rest - I must always change it, and second, the intuitive connection does not include the ability to identify all the foundational premises. As it turns out in building that syllogistic bridge from one premise to another premise there often occurs circumstances where the intuitive link fails as a practical manner if not as a logical matter. Of course, as a manic I can never settle down long enough to figure this out. In the depressive stage, I have an overriding need to sleep. When I cannot sleep, my subconscious appears to animate my delusions; generating fantasies, which in turn prevent a complete and prolonged collapse into depression. But it does so at the expense of comprehending a more normal view of reality. [2] Additionally and unfortunately, I am afflicted with a not so common feature of the disease; I am a rapid cycler. In a matter of minutes, I can change from manic to depressed and back again. [3] See generally American Psychiatric Association: Diagnostic Statistical Manual, p. 382, 413-14, 427-28 (4th Ed.). This makes my circumstances considerably more arduous than even that experienced by the average bipolar individual. By example, if some event causes me to cycle more abnormally than usual, then my antidepressant "delusions" can spike my resurgent elated mood into a prolonged manic episode; or I can be what is generally perceived as sane at the

---

[1] The State of Florida believes so. And this circuit's jurisprudence contains definitions which comprise my condition.

[2] Dr. Choras of McLean Hospital first identified this effect; he believed that my "emperor delusions" are deeply ingrained defense mechanism to avoid depression.

[3] It was this phenomena that Mr. Gold and the special agents' witnessed during the debriefing at the Rule 11 hearing they acknowledged having observed the phenomena; but obviously, they did not comprehend the phenomena's significance. (Tr. Change of Plea Hearing).

beginning of, and at the end of, a conversation, but in the middle, I have beliefs completely disaligned with what 'normal's' consider real. This cycling phenomenon makes it much harder not only for me to function on a day-to-day basis, but also for the doctors to select the correct treatment plan, especially one involving a substantial medication regimen.

Notably, this aspect of my disease helps explain two puzzling events: first, why Dr. Krotenberg prescribed such large dosages of antipsychotic drugs; and second, why Dr. Antonio believes I am masking my delusions, that is, trying to appear normal.

Whether consciously or in reaction to an inability to affect my delusions, [4] my treating doctors decided that the high dosages of psychotropics were needed to truncate my mood swings and to render me susceptible to treatment for the delusions. [5] The (apparently) unintended effect of the drug cocktail, however, was that the drugs meant to address my depression augmented the manic stage of my cycle. These unexpected effects made me functionally incompetent, prone to suggestion, and intellectually duller. In other words, because I cycle so fast and so often from one stage to the other stage, the drugs meant to control the depressive condition exacerbated the manic stage and vice versa. The medication had the same effect on my condition as a person pushing a swing. With each action the intensity of the opposite swing motion increases. It takes only a small step in reasoning to realize that the swing-effect is what caused me to degenerate into the drooling, word-slurring, spontaneously-falling-asleep individual that the State of Florida declared incompetent. Similarly, the recoil from those medicines generated

---

[4] Again, from my perspective, the delusions cannot be affected because they are not delusions.
[5] I am not speculating about the drug cocktail's purpose – both Dr. Jeffery Krotenberg and Dr. Peter Choras told me that antipsychotics are from the same class of drugs as sodium pentothal; thus designed to make a person susceptible to suggestion. Dr. Krotenberg told me that he would need to "play" with the dosages and frequency of ingestion for a long time to get the mix right.

the flash-thinking frenetic who could not focus on any written document, or even any idea, for more than minutes.

Stated otherwise, while drugged, I was effectively debilitated since the drugs either kept me in a suggestion-ready stupor, reduced me to a drooling idiot, put me into a comatose slumber; or send me bounding off in an uncontrolled frenzy of activity.

I first gained an inkling of these side-effects [6] when, just before sentencing, I was removed from the drugs "cold turkey." The drugs had accumulated to toxic levels in my blood, and probation officer Donna Weebe was sent to ensure first that I was still alive, and second to tell me to cease taking the medications completely; I eagerly complied (I hated the medicine). Unfortunately, just a short while later, immediately after sentencing, the Acute Mental Health Unit forced me to begin the medicine regimen again, unabated. The shock of cessation and reinitiating remains something I cannot articulate or explain; indescribable anguish.

An experience repeated a couple of months later, when Judge Antoon brought me from Coleman prison to act a "counsel" for certain corporate defendants in a related criminal case. An event which reinforced my then developing understanding of the medications' side-effects. What happened was the Bureau of Prisons' transfer process resulted, once again, in my being spontaneously removed from the medication. The uncontrolled cessation instantly caused accelerated cycling; an experience made worse when, upon my return to the prison a few days later, I was shocked back into the truncated cycling by the Bureau suddenly reinitiating the drug treatment.

---

[6] Bipolars, especially when manic are virtually always unaware of their mania. DSM IV, p.359 (2000).

As tortuous as those two experiences were, they helped me understand what a normal bipolar experiences during their prolonged periods of depression and mania. Now I can understand why some bipolars contemplate horrendous conduct, like committing suicide, [7] and why others believe they are being chased by demons.

When I returned to Coleman, I dedicated myself to properly ending my reliance on the medication. [8] While at McLean Hospital, I learned that a couple of years of intense therapy would allow me to phase out or minimize the drugs. Of course that type of treatment was unavailable in the prison. Thus, to keep me on the recovery track, I constructed and instituted an alternative (albeit makeshift) cognitive therapy program to ensure my functionality and stability. Over a period of 30 months, I gradually reduced the ingestion of the drugs; while substituting a vigorous cognitive therapy (L.L.M. Studies and quasi-law practice) [9] which did not have the debilitating side-effects.

In order to ensure that I would comply with the replacement treatment, I decided to use (1) my penchant for wanting to be a "superhero" and (2) the tremendous need, in the prison, for adequate legal knowledge, to keep me

---

[7] E.g., the son of Virginia State Senator Deetz as recounted in a Sixty Minutes episode (the segment was repeated on September 14, 2014 at 8:00 p.m.); CNN's Legal View, September 15, 2014 at 12:30 p.m. (cnn.com) (Police shooting involves untreated bipolar victims); the Robin Williams suicide; even my first defense attorney Jake Waldrop who also recently committed suicide apparently after a sudden change in his depression medication. Of course, a simple Google inquiry will produce thousands of other examples.

[8] The use (and abuse) of prescription drugs (Isoclor in the 1980s and Psuedophed in the 1990s) seems to account for much of my life's problems. Thus, to rely on other drugs seemed eminently foolish. Notably, after the Bureau of Prisons originally diagnosed my bipolar condition, and my addiction to Psuedophed, I stopped taking virtually all medication, even cold medicine and aspirin I would take only in the rarest circumstance.

[9] A traumatic event for the jailhouse lawyers, whose hustles I inadvertently disrupted. That is, I provided for free the 'same' service that the jailhouse lawyers charged hundreds of dollars for. Interestingly, this practice was equally distressing to the Bureau staff because they could not figure out my angle. Ultimately, except for the hustlers, just about everyone (staff and inmate) came to see what a benefit it was to have me competently assisting these helpless (and often wronged) people.

motivated. I not only immersed myself [10] in study of abstract legal theory but also in the application of that knowledge. Significantly, applying this in circumstances which had very real (sometimes life or death) consequences; created an environment which allowed me to gain and perfect the mental tools I needed to manage my disorder as well as to assist the prisoner.

Through the L.L.M. –equivalent course of study, and that education's application in my extensive quasi-practice, I developed a new set of cognitive skills, which allowed me then, and permit me now, not only to survive my bipolar condition, but to optimize its positive aspects and minimize its detriments.

The rigorous syllogistic methodology helped me learn to see how multiple (even conflicting) perspectives on the same issue could all be valid; which in turn resulted in a practical solution for controlling the disfunctionality caused by my disease.

I learned to mentally compensate for the variance between my so-called delusions and the more "normal" view of reality. An adjustment that permits me to consciously alter my behavior and language to comport with a more common view of reality. In other words, a process very similar to how I analyze cases. I develop a case-theory by creating, then amalgamating, the viewpoints of the various stakeholders: agents, attorneys, district judges, appellate judges, defendants, etc. From this amalgamation, I select courses of action that optimally balance the varying perspectives as well as integrating them with the legitimate sources of legal rules: text, drafter's intent, tradition, policy, precedent, scientific fact, and fairness concepts. By applying a similar analytical process to ordinary life; I am able to limit the range of my behavior, regardless of the stage in my bipolar cycle.

---

[10] By the way just so you realize how rigorous the program, I engage in this process from 6:00 a.m. to midnight 7 days a week, quite often working while eating; only breaking for an increasingly rare game of chess or occasionally to enjoy an event like watching a Detroit Tiger baseball game or a Detroit Lion football game.

That is, I conform my behavior to the selected reality rather than my subjective perspective of reality. It is unfortunate that I did not develop this mental discipline when I should have, in law school. My life would undoubtedly have been less tumultuous. [11]

A fair assumption is that this cognitive process resulted in Dr. Antonio's conclusion that I am pretending to be sane. [12] In some sense she is correct; my view of reality has become refined, but not changed. I actually believe that your so-called normal (and from my perspective mundane) view of reality is insanity. [13] I, however, realize my perception is a distinct minority, so I acquiesce to behaving as if the "normal" view is real. As for Dr. Antonio's opinion, I think a better description of the results is that I am behaving sane even if not "thinking" sane. [14]

Summarized differently for emphasis, I simply adjust my actions to comport with what I recognize is a valid alternate (normal and mundane) perception of reality. A process very much the same as when I, in my quasi-practice, create and argue the government's side of a case (frankly, often better than they do). Put another way once more, I recognize that other people see things differently: I

---

[11] In a typical display of my then undiagnosed mania, I was dissatisfied with only going to Emory University's College of Law. Thus, I enrolled in a Georgia State University doctoral program in quantitative finance; interspersing those classes with my law school courses.

[12] Another part of the explanation is that when examining the alleged facts in my own case, I lose the objectivity needed to maintain the disassociated mental state which permits me to ignore virtually all biological imperatives. That's the same reason why I have never been able to read my transcripts, and have such a difficult time reading the pleadings because while doing so I cannot control the disorder. Actually the individuals who assisted me with my "practice" tell me that this emotional spree occurs even when I am just listening to them read my own pleading out loud. Of course I do not realize that it is happening, they however point to the drastically different written notes I take when listening to my facts as hard evidence of their assertion.

[13] I do not alter my attitudes or beliefs, especially since I believe they produce a much more desirable way of life: no smoking, no drugs, no swearing, no drinking, no cheating, never any lying under oath, and now a growing abhorrence of even socially acceptable white lies.

[14] Dr. Antonio's objective tests draw out the underlying thought processes but do not consider my conscious intercession. Plus, her in-person discussions usually focus my personal feelings and events. A focus that causes the grating biological cycles which are not containable by my cognitive methods. In other words, in order to discuss my condition with the doctor, I cannot disassociate myself from my biology, thus the disease rages.

synthesize these perspectives, and usually choose to follow a course of action that, at least, a plurality of society deems normal, even if the course seems silly to me.

### Effect on Current and Past Proceedings

My disease and the general societal misapprehension of that disease has distorted the criminal, civil, and habeas proceedings in which I am involved. In the first instance, when I was "forced" to take medication, the side effects altered not only my thinking abilities but also my judgment and will-power. Second, left without help or proper treatment, I was unable to effectively prosecute or defend the civil proceedings. Especially, since when faced with trying to read or write about my own factual circumstances, I experience; a rollercoaster ride of emotions and physiological changes that equal physical torture. A condition, which not only clouds and impairs my thinking but is so severe that I have never been able to read my transcripts; a condition literally making it physically painful to read the pleadings in my own case.

I provided this (all to personal) description of my experience, thoughts, and sickness in order to help bridge the gap caused by the ubiquitous misunderstanding of what it is like to be sick, pathetic, and helpless. I must have asked this (and other courts) for help at least ten times over the last five years; and you ignored me.

By God's grace, I was able to circumvent the systemic obstacles and master my environment. Therefore, I still have a voice, to ask for help once more. But for most of the imprisoned population (including the many innocent ones),[15] especially those who are mentally ill; they have no voice. They wallow and languish here, disgraced and embittered, and very often mistreated. You have the

---

[15] Amongst my 348 corrected sentences I have overturned 4 convictions entirely and I have another dozen in process. The current criminal justice system convicts a significant number of innocent persons.

power, and the duty to stop this; allowing this mistreatment and injustice to continue denigrates the rule of law and makes a mockery of the republic's ideals.

Stepping down from the proverbial soapbox, I emphasize that despite my "voice," I still need help with these proceedings. I have never been able to read the transcripts or the pleadings in my cases.[16] Thus, in these contests I operate myopically with the obvious disadvantages that condition involves; something due process cannot condone.

Finally, for those of you who are not bipolar, thus do not understand why we (bipolar) abhor certain medication, I need to describe a perspective gained from my unique prison experience. I have met (represented) hundreds of addicts here; and nothing they describe comes even remotely close to the effects of the manic stage of my bipolar condition.[17] My elated state creates a far more energetic high than that experienced by meth users or crack addicts. Similarly, my depressive state generates a pain-numbing affect that would be the envy of any alcoholic or prescription pill addict.[18] It is impossible to convey these experiences through written description, but hopefully these allegories provide an inkling of insight.[19]

In sum, despite (my self-described) elite-level appellate skills, I could not before, and cannot now, conduct my own personal litigation. Thus, once more, I request this court provide the assistance required by both the Constitution and the law.

---

[16] In order for me to respond in these cases, I learned to have other people read the documents and then tell me what they say. Sometimes I have people read them out loud and I listen and memorize. But my reading them is impossible.

[17] I have a truly unique status, my prisoner "clients" tell me their whole stories, they trust communication with me is privileged (and it is despite the absence of a law or rule: personal honor). Thus, I learn what their attorneys do not learn, partially because inmates do not trust attorneys, but mostly because attorneys virtually never talk to their clients. For these readers of this who are not experienced in post-conviction practice more than 80% of the appellants never speak, let alone see their appellate attorneys.

[18] I have always been a much better orator than author; that ability, plus the attendant nonverbal communication, will allow me to better convey the range of emotions when I can present them in person.

[19] I am prepared to present dozens of witnesses who have observed my condition and some who can speak about the effects of addiction.

Respectfully submitted this 25th day of September 2014, by:

*[signature]*

Frank L. Amodeo, 48883-018
FCC – Low Unit B-3
PO Box 1031
Coleman, FL 33521-1031

### Certificate of Service

This motion was delivered in a pre-addressed, postage-paid envelope to the prison mailing authorities on the same day as signed. The parties to action appear to either be registered, or represented by counsel who is registered with the CM/ECF docketing system; thus the objector requests that notice of the filing and services of this motion on the parties occur through that system's electronic medium.

*[signature]*

Frank L. Amodeo

### Verification

Under penalty of perjury as authorized in 28 U.S.C. §1746, I declare that the factual allegations and factual statements contained in this document are true and correct tot eh best of my knowledge.

*[signature]*

Frank L. Amodeo