**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PALAXAR GROUP, LLC and PALAXAR
HOLDINGS, LLC,

        Plaintiffs,

v.

Case No: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR., MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
ALLEN MCLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT
O'MALLEY, ROBERT W. CUTHILL, JR.,
BALCH & BINGHAM LLP, BROAD AND
CASSEL, P.A., LATHAM, SHUKER,
EDEN & BEAUDINE, LLP, MAHER LAW
FIRM, PA, NEXIA STRATEGY
CORPORATION and AQMI STRATEGY
CORPORATION,

        Defendants.

## ORDER

This cause is before the Court on review of the record in this matter.

The Court has dismissed Plaintiffs' claims against twenty-three of the twenty-five Defendants in this case. (See Am. Order, Doc. 259). Prior to the transfer of the case from the Eastern District of Virginia to this Court, Plaintiffs successfully moved for entry of default against the other two Defendants, Nexia Strategy Corporation and AQMI Strategy

Corporation. (See Order, Doc. 138; Entry of Default, Doc. 139). Plaintiffs have described both Nexia Strategy Corporation and AQMI Strategy Corporation as "defunct corporate shells." (Doc. 127 at 1). It is unclear to the Court whether Plaintiffs are going to attempt to continue to pursue their claims against Nexia Strategy Corporation and AQMI Strategy Corporation.

Accordingly, it is **ORDERED** that **no later than Friday, October 17, 2014**, Plaintiffs shall advise the Court whether they intend to proceed against defaulted Defendants Nexia Strategy Corporation and AQMI Strategy Corporation.

**DONE** and **ORDERED** in Orlando, Florida, on October 6, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties