IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

Plaintiffs,

v.                                                                  Case No.: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY STOLLENWERK,
JODI DONALDSON JAIMAN,
HARRISON T. SLAUGHTER, JR.,
MICHAEL C. MAHER,
SCOTT MARSHALL GOLDBERG,
MATTHEW SCOTT MOKWA,
AARON CARTER BATES,
ALLEN MCLEAN ESTES,
JOHN RUSSELL CAMPBELL,
ERIC LANGLEY, LINDSAY REESE,
SCOTT SHUKER, ELIZABETH GREEN,
ROY KOBERT, TODD NORMAN,
NICOLETTE VILMOS,
ROBERT O'MALLEY,
ROBERT W. CUTHILL, JR.,
BALCH & BINGHAM LLP,
BROAD AND CASSEL, P.A.,
LATHAM SHUKER EDEN & BEAUDINE LLP,
THE MAHER LAW FIRM, PA,
NEXIA STRATEGY CORPORATION, and
AQMI STRATEGY CORPORATION,

Defendants.

**PLAINTIFFS PALAXAR GROUP, LLC AND PALAXAR HOLDINGS, LLC NOTICE OF INTENT TO PROCEED AGAINST DEFAULTED DEFENDANTS NEXIA STRATEGY CORP. AND AQMI STRATEGY CORP.**

Plaintiffs Palaxar Holdings, LLC and Palaxar Group, LLC, by counsel, pursuant to this

Court's order dated October 6, 2014, submit this Notice of Intent to Proceed against Defaulted

1

Defendants Nexia Strategy Corp. and AQMI Strategy Corp.

                                    PALAXAR GROUP, LLC
                                    PALAXAR HOLDINGS, LLC

                                      _____/S/_____
                                      Richard J. Knapp, Esq. VSB No. 15834
RICHARD J. KNAPP, P.C.
2800 Patterson Avenue, Suite 101
Richmond, VA 23221
804-377-8848 - Phone
804-377-8851 - Fax
Richard@RKnappesq.com

Darren Marshall Hart, Esq. VSB No. 36794
HART & ASSOC., P.C.
9025 Forrest Hill Avenue, 1st Floor
Richmond, VA 23221
804-673-9339 - Phone
804-673-9969 - Fax
Info@Richmond-Law.com

Jonathan D. Kaney, III, Esq. FSB No. 23426
Kaney & Olivari, PL
55 Seton Trail
Ormond Beach, FL 32176
386/675-0691-0691
386/672-7003 (fax)
jake@kaneyolivari.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on October 16, 2014, I electronically filed the foregoing *Opposition* with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel who are subscribed to the CM/ECF system and I will provide a courtesy copy, via first class mail to non-party movant, Mr. Amodeo:

Frank L. Amodeo #48883-018
Federal Correctional Complex-Low,
Unit B-3
P.O. Box 1031
Coleman, FL 33521-1031


                                                                  _____/S/_____
                                                          Richard J. Knapp, Esq. VSB No. 15834
                                                          RICHARD J. KNAPP, P.C.
                                                          2800 Patterson Avenue, Suite 101
                                                          Richmond, VA 23221
                                                          804-377-8848 - Phone
                                                          804-377-8851 - Fax
                                                          [Richard@RKnappesq.com](mailto:Richard@RKnappesq.com)
                                                          Counsel for Palaxar Group, LLC &
                                                          Palaxar Holdings, LLC