IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PALAXAR GROUP, LLC and**
**PALAXAR HOLDINGS, LLC,**

**Plaintiffs,**

**v.**                                                     **Case No.: 6:14-cv-758-Orl-28GJK**

**SHANE WILLIAMS, JAY STOLLENWERK,**
**JODI DONALDSON JAIMAN,**
**HARRISON T. SLAUGHTER, JR.,**
**MICHAEL C. MAHER,**
**SCOTT MARSHALL GOLDBERG,**
**MATTHEW SCOTT MOKWA,**
**AARON CARTER BATES,**
**ALLEN MCLEAN ESTES,**
**JOHN RUSSELL CAMPBELL,**
**ERIC LANGLEY, LINDSAY REESE,**
**SCOTT SHUKER, ELIZABETH GREEN,**
**ROY KOBERT, TODD NORMAN,**
**NICOLETTE VILMOS,**
**ROBERT O'MALLEY,**
**ROBERT W. CUTHILL, JR.,**
**BALCH & BINGHAM LLP,**
**BROAD AND CASSEL, P.A.,**
**LATHAM SHUKER EDEN & BEAUDINE LLP,**
**THE MAHER LAW FIRM, PA,**
**NEXIA STRATEGY CORPORATION, and**
**AQMI STRATEGY CORPORATION,**

**Defendants.**

**PLAINTIFFS PALAXAR GROUP, LLC AND PALAXAR HOLDINGS, LLC, SECOND**
**AMENDED NOTICE OF INTENT TO PROCEED AGAINST DEFAULTED**
**DEFENDANTS NEXIA STRATEGY CORP. AND AQMI STRATEGY CORP.**

        Plaintiffs Palaxar Holdings, LLC and Palaxar Group, LLC, by counsel, pursuant to this

Court's order dated October 6, 2014, submit this Notice of Intent to Proceed against Defaulted

1

Defendants Nexia Strategy Corp. and AQMI Strategy Corp.

PALAXAR GROUP, LLC
PALAXAR HOLDINGS, LLC

_____ /s/ Richard J. Knapp _____
Richard J. Knapp, Esq. VSB No. 15834
RICHARD J. KNAPP, P.C.
2800 Patterson Avenue, Suite 101
Richmond, VA 23221
804-377-8848 - Phone
804-377-8851 - Fax
Richard@RKnappesq.com

Darren Marshall Hart, Esq. VSB No. 36794
HART & ASSOC., P.C.
9025 Forrest Hill Avenue, 1st Floor
Richmond, VA 23221
804-673-9339 - Phone
804-673-9969 - Fax
Info@Richmond-Law.com

Jonathan D. Kaney, III, Esq. FSB No. 23426
Kaney & Olivari, PL
55 Seton Trail
Ormond Beach, FL 32176
386/675-0691-0691
386/672-7003 (fax)
jake@kaneyolivari.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on October 22, 2014, I electronically filed the foregoing *Opposition* with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel who are subscribed to the CM/ECF system and I will provide a courtesy copy, via first class mail to non-party movant, Mr. Amodeo:

Frank L. Amodeo #48883-018
Federal Correctional Complex-Low,
Unit B-3
P.O. Box 1031
Coleman, FL 33521-1031

                                           _____ /s/ Richard J. Knapp_____
                                           Richard J. Knapp, Esq. VSB No. 15834
                                           RICHARD J. KNAPP, P.C.
                                           2800 Patterson Avenue, Suite 101
                                           Richmond, VA 23221
                                           804-377-8848 - Phone
                                           804-377-8851 - Fax
                                           Richard@RKnappesq.com