IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PALAXAR GROUP, LLC and**
**PALAXAR HOLDINGS, LLC,**

**Plaintiffs,**

v.  Case No.: 6:14-cv-758-Orl-28GJK

**SHANE WILLIAMS,**
**JAY STOLLENWERK,**
**JODI DONALDSON JAIMAN,**
**HARRISON T. SLAUGHTER, JR. ,**
**MICHAEL C. MAHER,**
**SCOTT M. GOLDBERG,**
**MATTHEW SCOTT MOKWA,**
**AARON CARTER BATES,**
**ALLEN MCLEAN ESTES,**
**JOHN RUSSELL CAMPBELL,**
**ERIC LANGLEY,**
**LINDSAY REESE,**
**SCOTT SHUKER,**
**ELIZABETH GREEN,**
**ROY KOBERT,**
**TODD NORMAN,**
**NICOLETTE VILMOS,**
**ROBERT O'MALLEY,**
**ROBERT W. CUTHILL, JR., \\**
**BALCH & BINGHAM LLP,**
**BROAD AND CASSEL, P.A.,**
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP,**
**MAHER LAW FIRM, PA,**
**NEXIA STRATEGY CORPORATION**
**and**
**AQMI STRATEGY CORPORATION,**

**Defendants.**

NOTICE OF APPEAL

Notice is hereby given that Palaxar Group, LLC and Palaxar Holdings, LLC above

named, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the

Order entered in this action on the 30th day of September, 2014 and as amended on the 1st day of October, 2014, dismissing with prejudice defendants Shane Williams, Jay Stollenwerk, Jodi Donaldson Jaiman, Harrison T. Slaughter, Jr. , Michael C. Maher, Scott M. Goldberg, Matthew Scott Mokwa, Aaron Carter Bates, Allen Mclean Estes, John Russell Campbell, Eric Langley, Lindsay Reese, Scott Shuker, Elizabeth Green, Roy Kobert, Todd Norman, Nicolette Vilmos, Robert O'Malley, Robert W. Cuthill, Jr., Balch & Bingham LLP, Broad and Cassel, P.A., Latham, Shuker, Eden & Beaudine, LLP, and Maher Law Firm, P.A. pursuant to the Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and/or 12(b)(6) motions, as well as lack of subject matter jurisdiction and general dismissal motions filed on their behalf.

                                      RESPECTFULLY SUBMITTED,

                                      PALAXAR GROUP, LLC
                                      PALAXAR HOLDINGS, LLC

                                      _/s/ Richard J. Knapp _____
                                      Richard J. Knapp, Esq. VSB No. 15834
                                      RICHARD J. KNAPP, P.C.
                                      2800 Patterson Avenue, Suite 101
                                      Richmond, VA 23221
                                      804-377-8848 - Phone
                                      804-377-8851 - Fax
                                      Richard@RKnappesq.com

                                      Darren Marshall Hart, Esq. VSB No. 36794
                                      HART & ASSOC., P.C.
                                      9025 Forrest Hill Avenue, 1st Floor
                                      Richmond, VA 23221
                                      804-673-9339 - Phone
                                      804-673-9969 - Fax
                                      Info@Richmond-Law.com

                                      Jonathan D. Kaney, III, Esq. FSB No. 23426
                                      Kaney & Olivari, PL
                                      55 Seton Trail
                                      Ormond Beach, FL 32176
                                      386/675-0691-0691 386/672-7003 (fax)
                                      jake@kaneyolivari.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on October 30, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel who are subscribed to the CM/ECF system.

    _/s/ Richard J. Knapp _____
Richard J. Knapp, Esq. VSB No. 15834
RICHARD J. KNAPP, P.C.
2800 Patterson Avenue, Suite 101
Richmond, VA 23221
804-377-8848 - Phone
804-377-8851 - Fax
Richard@RKnappesq.com