(Form 4)

# Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States District Court for the **Middle** District of **Florida**

A. B., Plaintiff **Palaxar, LLC, et al.**

v.

Case No. **6:14-cv-00758-JA-GJK**

C. D., Defendant **Frank Amodeo, et al.**

---

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0,", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

---

**Affidavit in Support of Motion** *Obviously, I do not have the legal*
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

*capacity to sign this application, but*

Date: **11/21/14**   Signed: *presumably I have the capacity to state what I am saying is true.*

---

My issues on appeal are:

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 2080 | $ N/A | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interests and dividends | $ | $ | $ | $ |
| Gifts | $ 800 | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as Social Security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): **Unknown** | $ | $ | $ | $ |
| Total monthly income: | $ 2880 | $ | $ | $ |

Rev.: 12/98

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Fed Bureau of Prisons | Coleman (ccw) | July 2009 to Present | $2.60 |

3. *List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

N/A

4. *How much cash do you and your spouse have?* $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Coleman (ccw) | Inmate Trust | $42 | $ |
| Maybes Bank of America/Clerk (crt) | Savings | $ few hundred | $ |
| | Unknown | $ Unknown | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account. Being provided under separate cover. Unit counselor retired and no one at the prison could provide one.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| None | Unknown | Make & Year: |
| | | Model: |
| | | Registration #: |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| Various - depends but none I have control over to pay the fees | Exact amount unknown >200 Million? | Make & Year: |
| | | Model: |
| | | Registration #: |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Numerous | $120 million liquidated $350 million unliquidated | N/A |

Rev.: 12/98

140

7. *State the persons who rely on your or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| NONE | Children are grown or disabled (covered by trust) | 24 (daughter) 30 (step son) |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ 0 | $ |
| Are real-estate taxes included? ☐ Yes ☐ No | $ 0 | $ |
| Is property insurance included? ☐ Yes ☐ No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and (telephone)) | $ 60 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 150 | $ |
| Clothing | $ 10 | $ |
| Laundry and dry-cleaning | $ 25 | $ |
| Medical and dental expenses | $ 10 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ |
| Homeowner's or renter's | $ 0 | $ |
| Life | $ 0 | $ |
| Health | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Credit card (name): | $ 0 | $ |
| Department store (name): | $ 0 | $ |
| Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): Copy Cost, Stamps, Typists, e-mail, etc. | $ 200 | $ |
| Total monthly expenses | $ 455 | $ |

141

Rev.: 12/98

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes  ☒ No        If yes, describe on an attached sheet.

10. *Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☒ No        If yes, how much: $ _____

    If yes, state the attorney's name, address, and telephone number:

11. *Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

    ☒ Yes  ☐ No        If yes, how much? $ So far all the typing is volunteer but I might have to send the document outside to be prepared. If my sister does them it will be free; a service might charge $1.50 per page

    If yes, state the person's name, address, and telephone number:

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I currently am unable to work because of the prison, the government (at least putatively) has $18 million judgment against me and ~~Alicia~~ my capacity or right to spend money or contract has been taken from me by the State of Florida

    I also pay $50 per month to IRS plus though FRP. And whatever non-interest is collected or has deposit

13. *State the address of your legal residence:*

    Federal Correction Complex (Low)
    P.O. Box 1031 Coleman, FL 33521

    Your daytime phone number: ( N/A )
    Your age: 54        Your years of schooling: 20
    Your Social Security number: 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

Please remember I am not legally able to bind myself to installment payments

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)