UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Palaxar Group, L.L.C. and
Palaxar Holdings, L.L.C.,

    Plaintiff,

-vs-                                Case No.6:14-cv-758-Orl-28KRS

Frank L. Amodeo, et al.,
(intervernor, counter-claim plaintiff)

    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO EXTEND TIME TO FILE OBJECTIONS
TO THE MAGISTRATE'S REPORT**

    The magistrate suggests that my application for in-forma-pauperis status be denied. The magistrate's fundational premise is that I, as a non-party, cannot raise any nonfrivolous claims. A position the magistrate believes true since according to him, but contrary to this court's orders in my criminal case, I retained no interests in the corporate defendants; AQMI Strategy Corporation and Nexia Strategy Corporation.

    First, this is only tenuously related to the current questions before the court; those questions are whether, in the light of my current legal status and my medical infirmity, this court should appoint a guardian to help me decide if I should appeal, and if so, should I pay the fee outright or should I obligate myself under the in forma pauperis statute. And if I should, then should the court appoint someone to assist me with the in forma pauperis application. The magistrate ignores these questions altogether.



Moreover, the magistrate's report relies on a factual premise, which is clearly[1/] inaccurate. The magistrate states that I have no interest in the corporate defendants: AQMI and Nexia. In 2014, this court "returned" ownership of AQMI Strategy Corporation[2/] and Nexia Strategy Corporation[3/] to me so obviously, I have an interest in them. This is one of several issues that needs to be briefed as part of the opposition to the magistrate's report. The complexity of the issues, and the physical anguish caused by self representation lead me to estimate that, in order to submit a proper and comprehensive brief on relevant issues, and a non-manic version of all the events which enshroud this and my (our) other cases, I will need 45 days. Despite this court's refusal to provide me help, thus I need the time to accomplish the task despite my illness, it seems it is time for this to get done. despite this court's refusal to provide me help.

Stated differently, six years ago, if you and Judge Kelly had followed your instincts, instead of trusting in Butch and Randy's reputation, then this burden could have been averted.

---

[1/]. As I am adherent to the Scalia-Garner school of appellate advocacy I shun words like obvious, clearly, etc. and my use of them is exceedingly rare. See Bryan A Garner's The Element's of Legal Style (2d Ed. 2002); Antonin Scalia and Bryan A. Garner, Making Your Case: The Art of Persuading Judges (2008).

[2/]. Actually, AQMI never left my control despite your putative forfeiture order.

[3/]. I never owned Nexia so "returned" is a misnomer, but I certainly have an interest-in it now.



Neither I, you, or the world would have had to suffer through this experience. But you guys did not, (and I understand why). I was too sick and too drugged to intervene and help myself and us. Actually, on reflection, maybe it would have mattered anyway because of my sickness. Now, however, your comment at sentencing seems prescient: its been (more than) five years and these cases are not only back before you, but really they have never left. It seems that time has come to resolve this part of the story. And although still sick I am not drugged, and my therapy has made me an elite grade appellate advocate, so maybe I can help.

In order to accomplish this, I request until March 23, 2015 to file any objections to the magistrate's report and to file a factual brief on the relevant law and facts; both the questions unaddressed by the magistrate, and the recommendations made by the magistrate.

By the way, Coleman prison complex is in training, thus once more it took a week for me to get the magistrates's report of January 23, 2015. This motion (preliminary objections) occurred in about 5 days. A particular difficult task with the new round of Bureau psychiatric treatment under way and the 178 pro bono cases I have still pending.

Respectfully submitted this 4th day of February 2015.

_/s/ Frank L. Amodeo_
Frank L. Amodeo, 48883-019
FCC - Low      Unit B-3
P.O. Box 1031
Coleman, FL 33531-1031

4

## Certificate of Service

This motion was delivered in a pre-addressed, postage-paid envelope to prison authorities on the same day as signed. The parties to this action appear to either be registered, or represented by counsel who is registered with the CM/ECF docketing system: thus the objector request that notice of the filing and service to this motion on the parties occur through that system's electronic medium.

Frank L. Amodeo

## Verification

Under penalty of perjury as authorized in 28 U.S.C. §1746, I declare the factual allegations and factual statements contained in this motion are true and correct to the best of my knowledge.

Frank L. Amodeo