# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PALAXAR GROUP, LLC and**
**PALAXAR HOLDINGS, LLC,**

      **Plaintiffs,**

v.                                                                                            Case No:   6:14-cv-758-Orl-28GJK

**SHANE WILLIAMS, JAY STOLLENWERK, JODI DONALDSON JAIMAN, HARRISON T. SLAUGHTER, JR. , MICHAEL C. MAHER, SCOTT M. GOLDBERG, MATTHEW SCOTT MOKWA, AARON CARTER BATES, ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL, ERIC LANGLEY, LINDSAY REESE, SCOTT SHUKER, ELIZABETH GREEN, ROY KOBERT, TODD NORMAN, NICOLETTE VILMOS, ROBERT O'MALLEY, ROBERT W. CUTHILL, JR. , BALCH & BINGHAM LLP, BROAD AND CASSEL, P.A., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, MAHER LAW FIRM, PA, NEXIA STRATEGY CORPORATION and AQMI STRATEGY CORPORATION,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

- 2 -

> **MOTION:** MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE MAGISTRATE'S REPORT (Doc. No. 278)
>
> **FILED:** February 9, 2015
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**. On or before March 9, 2015, Mr. Amodeo may file an objection to the undersigned's January 23, 2015 report and recommendation. Otherwise, the motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on February 10, 2015.

*[signature]*

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties