IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-14969-CC

PALAXAR GROUP LLC,
a Virginia Limited Liability Company,
PALAXAR HOLDINGS LLC,
a Virginia Limited Liability Company,

                    Plaintiffs-Counter
                    Defendants-Appellants,

versus

SHANE WILLIAMS,
JAY STOLLENWERK,
JODI DONALDSON JAIMAN,
HARRISON T. SLAUGHTER, JR.,
MICHAEL C. MAHER, et al.,

                      Defendants-Appellees,

AQMI STRATEGY CORPORATION,

                      Defendant-Counter
                    Claimant-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

Before: WILLIAM PRYOR, MARTIN and JULIE CARNES, Circuit Judges.

BY THE COURT:

    Appellees' motion to dismiss this appeal for lack of jurisdiction is GRANTED.

Appellants challenge the district court's October 2, 2014 order dismissing their complaint against

all but two defendants—Nexia Strategy Corporation and AQMI Strategy Corporation, both of

whom are in default. The October 2 order is not final at this time because a default judgment has not been entered against those parties, and the amount of damages against them has not been resolved. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) (explaining that order adjudicating fewer than all claims against all parties is not final for purposes of appellate review, and not appealable absent a Rule 54(b) certification); *Arango v. Guzman Travel Advisors*, 761 F.2d 1527, 1530-31 (11th Cir. 1985) (explaining that the absence of a default judgment against defaulted defendants who are the only remaining defendants in a multi-party suit may not destroy finality so long as the district court was aware of the default and the pertinent damages amount already had been determined). Further, the order is not otherwise immediately appealable because the district court has not certified the case for immediate review under Federal Rule of Civil Procedure 54(b). *See* Fed.R.Civ.P. 54(b) (providing that a district court may direct entry of a final judgment as to less than all claims or parties if it expressly determines that there is no just reason for delay).

Therefore, this appeal is DISMISSED, for lack of jurisdiction. All pending motions besides Appellees' motion to dismiss are DENIED as MOOT.

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 12, 2015

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 14-14969-CC
Case Style: Palaxar Group LLC, et al v. Shane Williams, et al
District Court Docket No: 6:14-cv-00758-JA-GJK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter