UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Palaxar Group, LLC,
Palaxar Holdings, LLC,

      Plaintiff,

v.                  Dist. Crt. Case No. 6:14-cv-00758-JA-GJK
                           Appeals Crt. No. 14-14745-C

Balch and Bingham, LLP, et al.; and
Frank Louis Amodeo, Interested Party

      Defendant.

_____/

## NOTICE OF FILING LETTER WITH ELEVENTH CIRCUIT CLERK OF THE COURT

    Coleman (Low) remains without a functioning copy machine and I do not have the access to the appropriate amount of postage. Thus, by cross-filing this notice and attached letter, I am effecting service of the letter through the CM/ECF system.

    Respectfully submitted on this 22d day of March 2015 by:

                                             Frank L. Amodeo
                                             Federal Correctional Complex
                                             Coleman - Low, Unit B-3
                                             P.O. Box 1031
                                             Coleman, Florida 33521-1031

March 22, 2015

Walter C. Pollard
United States Court of Appeals
For the Eleventh Circuit
Elbert Parr Tuttle Court of Appeals Building
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

    Re: Filings in Appeals No. 14-14745-C

Dear Mr. Pollard,

    I have not received any responses filed by the other parties to this court's jurisdictional questions. Could you either send me a copy or direct the parties to mail me a copy?

Sincerely,

*/s/ Frank L. Amodeo*
Frank L. Amodeo
Federal Correctional Complex
Coleman - Low, Unit B-3
P.O. Box 1031
Coleman, Florida 33521-1031

P.S. Also, could you please direct them to send AQMI Strategy Corporation's and Nexia Strategy Corporation's copies to me here at the prison?