# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Sheryl L. Loesch | Sara Boswell |
| Clerk | Orlando Division Manager |

**DATE:**     April 8, 2015

**TO:**       Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

**PALAXAR GROUP, LLC and PALAXAR HOLDINGS, LLC,**

             **Plaintiffs,**

**v.**                                    **Case No:  6:14-cv-758-Orl-28GJK**

**SHANE WILLIAMS, JAY STOLLENWERK, JODI DONALDSON JAIMAN, HARRISON T. SLAUGHTER, JR. , MICHAEL C. MAHER, SCOTT M. GOLDBERG, MATTHEW SCOTT MOKWA, AARON CARTER BATES, ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL, ERIC LANGLEY, LINDSAY REESE, SCOTT SHUKER, ELIZABETH GREEN, ROY KOBERT, TODD NORMAN, NICOLETTE VILMOS, ROBERT O'MALLEY, ROBERT W. CUTHILL, JR. , BALCH & BINGHAM LLP, BROAD AND CASSEL, P.A., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, MAHER LAW FIRM, PA, NEXIA STRATEGY CORPORATION and AQMI STRATEGY CORPORATION,**

             **Defendants.**

---

**U.S.C.A. Case No.:**

- Honorable John Antoon II, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

  - Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

SHERYL L. LOESCH, CLERK

By:     s/I. Cammarota, Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Palaxar Group, LLC and
Palaxar Holdings, LLC,

      Plaintiffs,

-vs-                   Case No.6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY STOLLENWERK,
JODI DONALDSON JAIMAN,
HARRISON T. SLAUGHTER, JR.,
MICHEAL C. MAHER, SCOTT M. GOLDBERG,
MATTHEW SCOTT MOKWA, AARON CARTER BATES,
ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL,
ERIC LANGLEY, LINDSAY REESE,
SCOTT SHUKER, ELIZABETH GREEN,
ROY KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT O'MALLEY,
ROBERT W. CUTHILL, JR.,
BALCH & BINGHAM, LLP, BROAD & CASEL, P.A.,
LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
MAHER LAW FIRM, PA, NEXIA STRATEGY
CORPORATION & AQMI STRATEGY CORPORATION,

      Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

    I am filing this notice of intent to appeal this court's judgment, which
was signed and docketed on March 6, 2015, but not "filed" until March 30, 2015.
I am unsure how this happened, but I can speculate, especially in the light
of the coincidence that the Eleventh Circuit granted my request for an extension
of time on the same day (March 6, 2015); thereby allowing me until March 30,
2015 to respond to its subject-matter jurisdiction question.

    Under any circumstance, I intend to appeal this court's order for among
other reasons, the following:

2

1. This court violated due process when it failed to comply with
   Federal Civil Procedure Rule 17(c), and appoint a guardian
   ad litem or attorney ad litem to assist me before addressing
   the in forma pauperis application.

2. This court ignored governing authority, when it did not
   promptly decide whether it had subject-matter jurisdiction. On
   or before March 30, 2015, I crossed-notice this court with my
   response to the Eleventh Circuit's subject-matter jurisdiction
   inquiry. The response reveals prima facie claim that this court
   lacked subject-matter jurisdiction over the complaint. Under
   controlling authority, this court should have taken no further
   action before examining its own subject-matter jurisdiction.

Finally, I point out I received this court's March 6, 2015 order, on April 2,
2015, in an envelope post marked March 31st 2015, which is scarcily
reminiscent of a January 2012 event where this court sent me an order
requiring an amendment two weeks after the deadline for complying with the
order had expired. A repeat of that clerk or postal service mistake is one
more reason why fairness requires providing me assistance without further
delay.

Respectfully submitted this 4th day of April 2015 by:

Frank L. Amodeo #48883-019
FCC - Low    Unit B-3
PO Box 1031
Coleman, FL 33521-1031

### Certificate of Service

This notice was delivered in a pre-addressed, postage-paid envelope to
prison authorities on the same day as signed, The to this action appear to
either be registered or represented by counsel who is registered with, the
CM/ECF docketing system: thus the objector requests that notice of the filing
and service of this notice occur through that system's electronic medium.

Frank L. Amodeo

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and PALAXAR
HOLDINGS, LLC,

       Plaintiffs,

v.                                                                    Case No: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR., MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
ALLEN MCLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT
O'MALLEY, ROBERT W. CUTHILL, JR.,
BALCH & BINGHAM LLP, BROAD AND
CASSEL, P.A., LATHAM, SHUKER,
EDEN & BEAUDINE, LLP, MAHER LAW
FIRM, PA, NEXIA STRATEGY
CORPORATION and AQMI STRATEGY
CORPORATION,

       Defendants.

_____

ORDER

This case is before the Court on the Motion for Permission to Appeal In Forma

Pauperis (Doc. 273) filed by non-party movant Frank L. Amodeo. The assigned United

States Magistrate Judge has submitted a Report (Doc. 277) recommending that the motion

be denied.

After review of the record in this matter, including consideration of the Objection (Doc. 282) and Memorandum (Doc. 283) filed by Mr. Amodeo, the Objection is overruled. The Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is ORDERED as follows:

1.     The Report and Recommendation (Doc. 277) is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Motion for Permission to Appeal In Forma Pauperis (Doc. 273) is DENIED.

3.     This Court certifies that the appeal in this case is not taken in good faith. If Mr. Amodeo wishes to pursue his appeal, he must pay the appellate filing fee.

DONE and ORDERED in Orlando, Florida, on March 6, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Frank L. Amodeo
Clerk, U.S. Court of Appeals for the Eleventh Circuit

2

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-14745-C

PALAXAR GROUP LLC,
a Virginia Limited Liability
Company,
PALAXAR HOLDINGS LLC,
a Virginia Limited Liability
Company,

Plaintiffs - Appellees,

versus

SHANE WILLIAMS, et al.,

Defendants,

FRANK L. AMODEO,

Interested Party - Appellant.

Appeal from the United States District Court
for the Middle District of Florida

ORDER:

Appellant's motion for an extension of time to file response to jurisdiction question is
Granted.

Appellant's response is due March 30, 2015.

UNITED STATES CIRCUIT JUDGE

INTAPP

# U.S. District Court
## Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:14-cv-00758-JA-GJK

Palaxar Group, LLC et al v. Williams et al          Date Filed: 05/15/2014
Assigned to: Judge John Antoon II                   Jury Demand: Both
Referred to: Magistrate Judge Gregory J. Kelly       Nature of Suit: 360 P.I.: Other
Demand: $9,999,000                                  Jurisdiction: Diversity
Case in other court:  USCA, 14-14745
                      Virginia Eastern, 3:13-cv-00641
Cause: 28:1332 Diversity-Personal Injury

## Plaintiff

**Palaxar Group, LLC**                 represented by   **Jonathan D. Kaney , III**
*a Virginia Limited Liability Company*                   Kaney & Olivari, PL
                                                         55 Seton Trail
                                                         Ormond Beach, FL 32176
                                                         386/675-0691
                                                         Fax: 386/672-7003
                                                         Email: jake@kaneyolivari.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Cory Brian Kravit**
                                                         Kravit Law, PA
                                                         7000 W Palmetto Park Rd Suite 210
                                                         Boca Raton, FL 33433-3430
                                                         561-922-8536
                                                         Fax: 561-447-8190
                                                         Email: corykravit@kravitlaw.net
                                                         *TERMINATED: 07/01/2014*

                                                         **Darren Marshall Hart**
                                                         Hart & Assoc., P.C.
                                                         9025 Forest Hill Ave, First Floor
                                                         North Chesterfield, VA 23235
                                                         804-673-9339
                                                         Fax: 804-673-9969
                                                         Email: Info@Richmond-Law.com
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Richard John Knapp**

Richard J. Knapp PC
2800 Patterson Ave
Suite 101
Richmond, VA 23221-1709
(804) 377-8848
Fax: (804) 377-8851
Email: richard@rknappesq.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Palaxar Holdings, LLC**                 represented by **Jonathan D. Kaney , III**
*a Virginia Limited Liability Company*                   (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Cory Brian Kravit**
                                                          (See above for address)
                                                          *TERMINATED: 07/01/2014*

                                                          **Darren Marshall Hart**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Richard John Knapp**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Shane Williams**                        represented by **Shannon Alexis Ligon**
                                                          Ligon Law Group
                                                          126 E Jefferson St
                                                          Orlando, FL 32801
                                                          888/779-7426
                                                          Fax: 305/675-6190
                                                          Email: shannon@ligonlawgroup.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Jay Stollenwerk**                       represented by **Shannon Alexis Ligon**
                                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jodi Donaldson Jaiman**                    represented by   **Shannon Alexis Ligon**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Harrison T. Slaughter, Jr.**                represented by   **Kenton V. Sands**
                                                              Sands, White & Sands, PA
                                                              760 White St
                                                              Daytona Beach, FL 32114
                                                              386/258-1622
                                                              Fax: 386/238-3703
                                                              Email: kent@sandswhitesands.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Dennis Joseph Whelan , III**
                                                              Dennis J. Whelan, PC
                                                              2222 Monument Avenue
                                                              Richmond, VA 23220
                                                              (804) 359-4123
                                                              Fax: 804/359-4124
                                                              Email: djw@djwlegal.com
                                                              *TERMINATED: 06/02/2014*

**Defendant**

**Michael C. Maher**                          represented by   **Stephen G. Charpentier**
                                                              Charpentier Law Firm, PA
                                                              2285 W Eau Gallie Blvd
                                                              Melbourne, FL 32935
                                                              321/308-8020
                                                              Fax: 321-308-8026
                                                              Email: steve@brevardlawyer.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Dennis Joseph Whelan , III**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Scott M. Goldberg**                represented by   **Scott Marshall Goldberg**
                                                      Hetz, Jones & Goldberg, LLC
                                                      Suite 100
                                                      6052 Turkey Lake Rd.
                                                      Orlando, FL 32819
                                                      407/210-6588
                                                      Fax: 866/781-4433
                                                      Email: sgoldberglaw@gmail.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Scott Mokwa**              represented by   **Stephen G. Charpentier**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Dennis Joseph Whelan , III**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Aaron Carter Bates**               represented by   **Stephen G. Charpentier**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Dennis Joseph Whelan , III**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Allen McLean Estes**               represented by   **Geremy Walden Gregory**
                                                      Balch & Bingham, LLP
                                                      841 Prudential Dr. Ste 1400
                                                      Jacksonville, FL 32207
                                                      904/348-6875
                                                      Fax: 904/396-9001
                                                      Email: ggregory@balch.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **David Brendan Lacy**
                                                      Christian Barton, LLP
                                                      Suite 1200
                                                      909 E Main St
                                                      Richmond, VA 23219-3095

804/697-4121
Fax: 804/697-6121
Email: dlacy@cblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W. Smith**
Christian Barton, LLP
Suite 1200
909 E Main St
Richmond, VA 23219-3095
804/697-4100
Email: msmith@cblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Russell Campbell**                 represented by  **Geremy Walden Gregory**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David Brendan Lacy**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael W. Smith**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Langley**                          represented by  **Geremy Walden Gregory**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David Brendan Lacy**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael W. Smith**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Lindsay Reese**                                represented by   **Geremy Walden Gregory**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **David Brendan Lacy**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael W. Smith**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Shuker**                                 represented by   **Dennis Parker Waggoner**
                                                                Hill Ward Henderson, PA
                                                                101 E Kennedy Blvd - Ste 3700
                                                                PO Box 2231
                                                                Tampa, FL 33602-5195
                                                                813/221-3900
                                                                Fax: 813/221-2900
                                                                Email: dwaggoner@hwhlaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Mark J. Criser**
                                                                Hill Ward Henderson, PA
                                                                101 E Kennedy Blvd - Ste 3700
                                                                PO Box 2231
                                                                Tampa, FL 33602-5195
                                                                813/221-3900
                                                                Fax: 813/221-2900
                                                                Email: mark.criser@hwhlaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Massie Payne Cooper**
                                                                Troutman Sanders LLP (Richmond)
                                                                1001 Haxall Point
                                                                Richmond, VA 23219
                                                                804-697-1200
                                                                *TERMINATED: 06/10/2014*

**Michael Edward Lacy**
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
(804) 697-1326
Fax: (804) 698-6061
*TERMINATED: 06/10/2014*

**Defendant**

**Elizabeth Green**                     represented by   **Dennis Parker Waggoner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mark J. Criser**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Massie Payne Cooper**
                                                        (See above for address)
                                                        *TERMINATED: 06/10/2014*

                                                        **Michael Edward Lacy**
                                                        (See above for address)
                                                        *TERMINATED: 06/10/2014*

**Defendant**

**Roy Kobert**                         represented by   **Isaac Jaime Mitrani**
                                                        Mitrani, Rynor, Adamsky & Toland, PA
                                                        Penthouse
                                                        301 Arthur Godfrey Rd
                                                        Miami Beach, FL 33140
                                                        305/358-0050
                                                        Fax: 305-358-0550
                                                        Email: imitrani@mitrani.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Loren H. Cohen**
                                                        Mitrani, Rynor, Adamsky & Toland, PA
                                                        Penthouse
                                                        301 Arthur Godfrey Rd
                                                        Miami Beach, FL 33140
                                                        305/358-0050

Fax: 305/358-0550
Email: lcohen@mitrani.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Ryan Owen**
Harman Claytor Corrigan & Wellman
4951 Lake Brook Dr
Suite 100
Glen Allen, VA 23059
(804) 747-5200
*TERMINATED: 06/02/2014*

**Julie Smith Palmer**
Harman Claytor Corrigan & Willman
PO Box 70280
Richmond, VA 23255
(804) 747-5200
*TERMINATED: 06/02/2014*

**Defendant**

**Todd Norman**               represented by  **Isaac Jaime Mitrani**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Ryan Owen**
(See above for address)
*TERMINATED: 06/02/2014*

**Julie Smith Palmer**
(See above for address)
*TERMINATED: 06/02/2014*

**Loren H. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nicolette Vilmos**           represented by  **Isaac Jaime Mitrani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loren H. Cohen**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Ryan Owen**
(See above for address)
*TERMINATED: 06/02/2014*

**Julie Smith Palmer**
(See above for address)
*TERMINATED: 06/02/2014*

**Defendant**

**Robert O'Malley**                    represented by **Christina Bredahl**
Cole, Scott & Kissane, PA
Suite 750
1900 Summit Tower Blvd
Orlando, FL 32810
321/972-0025
Fax: 321/972-0099
Email: christie.bredahl@csklegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Ryan Ruttinger**
Cole, Scott & Kissane, PA
Suite 750
1900 Summit Tower Blvd
Orlando, FL 32810
321/972-0013
Fax: 321/972-0099
Email: patrick.ruttinger@csklegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia Bugg Turner**
Spotts Fain PC
411 E Franklin St
Suite 600
Richmond, VA 23219
(804) 697-2000
Fax: (804) 697-2088
*TERMINATED: 06/02/2014*

**Robert M. Tyler**
Spotts Fain, PC
411 E Franklin St - Ste 600
PO Box 1555
Richmond, VA 23218-1555

804-697-2083
Fax: 804-697-2183
*TERMINATED: 06/02/2014*

**Defendant**

**Robert W. Cuthill, Jr.**                     represented by   **Min K. Cho**
Holland & Knight, LLP
200 S Orange Ave - Ste 2600
PO Box 1526
Orlando, FL 32802-1526
407/425-8500
Fax: 407/244-5288
Email: min.cho@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Wilson**
Holland & Knight, LLP
200 S Orange Ave - Ste 2600
PO Box 1526
Orlando, FL 32802-1526
407/425-8500
Fax: 407/244-5288
Email: bill.wilson@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert T. Hicks**
Holland & Knight, LLP
1600 Tysons Blvd., Ste. 700
McLean, VA 22102
703/720-8088
Fax: 703/720-8610
*TERMINATED: 06/04/2014*

**Defendant**

**Balch & Bingham LLP**                     represented by   **Geremy Walden Gregory**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Brendan Lacy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W. Smith**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Broad and Cassel, P.A.**          represented by   **Isaac Jaime Mitrani**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Ryan Owen**
(See above for address)
*TERMINATED: 06/02/2014*

**Julie Smith Palmer**
(See above for address)
*TERMINATED: 06/02/2014*

**Loren H. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Latham, Shuker, Eden & Beaudine,**          represented by   **Dennis Parker Waggoner**
**LLP**                                                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Criser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Massie Payne Cooper**
(See above for address)
*TERMINATED: 06/10/2014*

**Michael Edward Lacy**
(See above for address)
*TERMINATED: 06/10/2014*

**Defendant**

**The Maher Law Firm, PA**          represented by   **Stephen G. Charpentier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Joseph Whelan , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nexia Strategy Corporation**

**Defendant**

**Aqmi Strategy Corporation**

**Interested Party**

**United States of America**
US Attorney's Office
18th Floor
600 E. Main St.
Richmond, VA

**Interested Party**

**Frank L. Amodeo**                    represented by   **Frank L. Amodeo**
*TERMINATED: 09/14/2014*                                #48883-019
                                                        FCC Coleman - Low
                                                        Unit B-3
                                                        P.O. Box 1031
                                                        Coleman, FL 33521-1031
                                                        PRO SE

**Counter Claimant**

**Aqmi Strategy Corporation**

V.

**Counter Defendant**

**Palaxar Group, LLC**                  represented by   **Jonathan D. Kaney , III**
*a Virginia Limited Liability Company*                  (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Cory Brian Kravit**
                                                        (See above for address)
                                                        *TERMINATED: 07/01/2014*

                                                        **Darren Marshall Hart**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Richard John Knapp**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Palaxar Holdings, LLC**                represented by   **Jonathan D. Kaney , III**
*a Virginia Limited Liability Company*                    (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Cory Brian Kravit**
                                                          (See above for address)
                                                          *TERMINATED: 07/01/2014*

                                                          **Darren Marshall Hart**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Richard John Knapp**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2013 | 1 | COMPLAINT against All Defendants ( Filing fee $ 400, receipt number 34683022492), filed by Palaxar Group, LLC, Palaxar Holdings, LLC. (Attachments: # 1 Civil Cover Sheet, Exhibits are voluminous and therefore are located in Clerk's Office )(kyou,) (Additional attachment(s) added on 9/19/2013: # 2 Receipt) (kyou, ). [Transferred from vaed on 5/15/2014.] (Entered: 09/18/2013) |
| 09/19/2013 | 2 | Summons Issued as to Aqmi Strategy Corporation, Balch & Bingham, LLP, Aaron Carter Bates, Broad and Cassel, P.A., John Russell Campbell, Robert W. Cuthill, Jr, Allen McLean Estes, Scott M. Goldberg, Elizabeth Green, Jodi Donaldson Jaiman, Roy Kobert, Eric Langley, Latham, Shuker, Eden & Beaudine, LLP, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa, Nexia Strategy Corporation, Todd Norman, Robert O'Malley, Lindsay Reese, Scott Shuker, Harrison T. Slaughter, Jr, Jay Stollenwerk, Nicolette Vilmos, Shane Williams. (kyou, )(placed in pick-up box for counsel) [Transferred from vaed on 5/15/2014.] (Entered: 09/19/2013) |
| 09/19/2013 |  | Service may be attempted by waiver as to Aqmi Strategy Corporation, and Nexia Strategy Corporation. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 09/19/2013) |
| 11/06/2013 | 3 | WAIVER OF SERVICE Returned Executed Aqmi Strategy Corporation waiver sent on 10/18/2013, answer due 12/17/2013. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 11/07/2013) |

| 11/06/2013 | 4 | WAIVER OF SERVICE Returned Executed Nexia Strategy Corporation waiver sent on 10/18/2013, answer due 12/17/2013. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 11/07/2013) |
|---|---|---|
| 11/22/2013 | 5 | Financial Interest Disclosure Statement (Local Rule 7.1) by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 11/22/2013) |
| 12/19/2013 | 6 | Request for Entry of Default as to *AQMI Strategy Corporation and Nexia Strategy Corporation* by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Affidavit Exhibit A Affidavit of Edith L Curry in Support of Request and Motion for Entry of Default)(Knapp, Richard) [Transferred from vaed on 5/15/2014.] (Entered: 12/19/2013) |
| 01/10/2014 | 7 | Summons Returned Unexecuted by Palaxar Group, LLC, Palaxar Holdings, LLC. as to Aaron Carter Bates, Harrison T. Slaughter, Jr. (tjoh, ) [Transferred from vaed on 5/15/2014.] (Entered: 01/10/2014) |
| 01/10/2014 | 8 | Summons Reissued as to Aaron Carter Bates, Harrison T. Slaughter, Jr. (tjoh, ) [Transferred from vaed on 5/15/2014.] (Entered: 01/10/2014) |
| 01/10/2014 | 9 | ORDER denying 6 Motion for Entry of Default. It is so ORDERED. Signed by District Judge James R. Spencer on 1/10/14. (tdai, ) [Transferred from vaed on 5/15/2014.] (Entered: 01/10/2014) |
| 01/13/2014 | 10 | Summons Returned Unexecuted by Palaxar Group, LLC, Palaxar Holdings, LLC. as to Aqmi Strategy Corporation, Nexia Strategy Corporation. (cmcc, ) [Transferred from vaed on 5/15/2014.] (Entered: 01/14/2014) |
| 01/13/2014 | 11 | Summons Reissued as to Aqmi Strategy Corporation, Nexia Strategy Corporation. (cmcc, ) [Transferred from vaed on 5/15/2014.] (Entered: 01/14/2014) |
| 01/15/2014 | 12 | Summons Reissued as to Elizabeth Green, Matthew Scott Mokwa, Scott Shuker. (tjoh, ) Modified on 1/15/2014 to add that Attorney Richard Knapp to return unexecuted summonses above to the Court via U.S. Mail. (tjoh, ). [Transferred from vaed on 5/15/2014.] (Entered: 01/15/2014) |
| 01/23/2014 | 13 | NOTICE of Appearance by Michael Edward Lacy on behalf of Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker (Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 01/23/2014) |
| 01/23/2014 | 14 | Consent MOTION for Extension of Time to File Answer *to Complaint* by Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker. (Attachments: # 1 Proposed Order) (Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 01/23/2014) |
| 01/23/2014 | 15 | NOTICE of Appearance by Massie Payne Cooper on behalf of Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker (Cooper, Massie) [Transferred from vaed on 5/15/2014.] (Entered: 01/23/2014) |
| 01/24/2014 | 16 | ORDER granting 14 Motion for Extension of Time to Answer Latham, Shuker, Eden & Beaudine, LLP answer due 2/7/2014; Scott Shuker answer due 2/7/2014. Signed by District Judge James R. Spencer on 01/24/2014. (tjoh, ) (Main Document 16 replaced |

| | | |
|---|---|---|
| | | on 1/24/2014) (tjoh, ). [Transferred from vaed on 5/15/2014.] (Entered: 01/24/2014) |
| 01/27/2014 | 17 | NOTICE of Appearance by Robert Thomas Hicks on behalf of Robert W. Cuthill, Jr (Hicks, Robert) [Transferred from vaed on 5/15/2014.] (Entered: 01/27/2014) |
| 01/27/2014 | 18 | Consent MOTION for Extension of Time to File Answer re 1 Complaint, by Balch & Bingham, LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Attachments: # 1 Exhibit sketch Order)(Lacy, David) [Transferred from vaed on 5/15/2014.] (Entered: 01/27/2014) |
| 01/28/2014 | 19 | NOTICE of Appearance by Robert Michael Tyler on behalf of Robert O'Malley (Tyler, Robert) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/28/2014 | 20 | NOTICE of Appearance by John Ryan Owen on behalf of Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/28/2014 | 21 | NOTICE of Appearance by Julie Smith Palmer on behalf of Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos (Palmer, Julie) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/28/2014 | 22 | Motion to appear Pro Hac Vice by Isaac Jaime Mitrani and Certification of Local Counsel John R. Owen Filing fee $ 75, receipt number 0422-3831596. by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/28/2014 | 23 | Motion to appear Pro Hac Vice by Loren Harley Cohen and Certification of Local Counsel John R. Owen Filing fee $ 75, receipt number 0422-3831597. by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/28/2014 | 24 | NOTICE by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos *Notice of Filing Exhibits to Motions* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26)(Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/28/2014 | 25 | MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Federal Rule of Civil Procedure 12(b)(2)* by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/28/2014 | 26 | Memorandum in Support re 25 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Federal Rule of Civil Procedure 12(b)(2)* filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/28/2014 | 27 | MOTION to Dismiss for Failure to State a Claim *Pursuant to Federal Rule of Civil Procedure 12(b)(6)* by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |

| | | |
|---|---|---|
| 01/28/2014 | 28 | Memorandum in Support re 27 MOTION to Dismiss for Failure to State a Claim *Pursuant to Federal Rule of Civil Procedure 12(b)(6)* filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/28/2014 | 29 | MOTION to Change Venue *to the Middle District of Florida* by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/28/2014 | 30 | Memorandum in Support re 29 MOTION to Change Venue *to the Middle District of Florida* filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 01/28/2014) |
| 01/30/2014 | 31 | ORDER granting 18 Motion for Extension of Time to Answer Balch & Bingham, LLP answer due 2/10/2014; John Russell Campbell answer due 2/10/2014; Allen McLean Estes answer due 2/10/2014; Eric Langley answer due 2/10/2014; Lindsay Reese answer due 2/10/2014. Signed by District Judge James R. Spencer on 01/30/2014. (tjoh, ) [Transferred from vaed on 5/15/2014.] (Entered: 01/30/2014) |
| 01/30/2014 | 32 | MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by Robert O'Malley. (Attachments: # 1 Proposed Order)(Tyler, Robert) [Transferred from vaed on 5/15/2014.] (Entered: 01/30/2014) |
| 01/30/2014 | 33 | NOTICE of Appearance by Patricia Bugg Turner on behalf of Robert O'Malley (Turner, Patricia) [Transferred from vaed on 5/15/2014.] (Entered: 01/30/2014) |
| 01/30/2014 | 34 | NOTICE of Appearance by Michael Edward Lacy on behalf of Elizabeth Green (Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 01/30/2014) |
| 01/30/2014 | 35 | Consent MOTION for Extension of Time to File Answer re 1 Complaint, by Elizabeth Green. (Attachments: # 1 Proposed Order)(Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 01/30/2014) |
| 01/30/2014 | 36 | NOTICE of Appearance by Massie Payne Cooper on behalf of Elizabeth Green (Cooper, Massie) [Transferred from vaed on 5/15/2014.] (Entered: 01/30/2014) |
| 01/31/2014 | 44 | MOTION to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Improper Venue, or Alternatively, MOTION to Transfer Case by Jay Stollenwerk. (cmcc, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/04/2014) |
| 01/31/2014 | 45 | Memorandum in Support re 44 MOTION to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or Alternatively, MOTION to Transfer Case filed by Jay Stollenwerk. (Attachments: # 1 Exhibit A-Affidavit, # 2 Letter)(cmcc, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/04/2014) |
| 02/03/2014 | 37 | ORDER regarding 32 Defendant Robert O'Malley's Motion for Extension of Time to to Respond to Complaint, a seven-day extension; O'Malley's Motion is hereby GRANTED. Defendant may file a response on or before February 10, 2014. Signed by District Judge James R. Spencer on 2/3/2014. Copies to counsel. (cmcc, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/03/2014) |

| | | |
|---|---|---|
| 02/03/2014 | 38 | MOTION to Dismiss for Lack of Jurisdiction by Robert W. Cuthill, Jr. (Hicks, Robert) [Transferred from vaed on 5/15/2014.] (Entered: 02/03/2014) |
| 02/03/2014 | 39 | Memorandum in Support re 38 MOTION to Dismiss for Lack of Jurisdiction filed by Robert W. Cuthill, Jr. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Hicks, Robert) [Transferred from vaed on 5/15/2014.] (Entered: 02/03/2014) |
| 02/03/2014 | 40 | NOTICE of Appearance by Dennis Joseph Whelan, III on behalf of Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa (Whelan, Dennis) [Transferred from vaed on 5/15/2014.] (Entered: 02/03/2014) |
| 02/03/2014 | 41 | MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)2*, MOTION to Dismiss *for Improper Venue pursuant to Fed. R. Civ. P. 12(b)3*, MOTION to Dismiss for Failure to State a Claim *per FRCP 12(b)6 or, alternatively*, MOTION to Change Venue by Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa. (Whelan, Dennis) [Transferred from vaed on 5/15/2014.] Modified on 6/26/2014 (CH). (Entered: 02/03/2014) |
| 02/03/2014 | 42 | Memorandum in Support re 41 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)2* MOTION to Dismiss *for Improper Venue pursuant to Fed. R. Civ. P. 12(b)3* MOTION to Dismiss for Failure to State a Claim *per FRCP 12(b)6 or, alternatively* MOTION to Change Venue filed by Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa. (Attachments: # 1 Affidavit Exhibit "A" Affidavit of Aaron C. Bates, # 2 Affidavit Exhibit "B" Affidavit of Matthew S. Mokwa, # 3 Affidavit Exhibit "C" Affidavit of Michael C. Maher, # 4 Affidavit Exhibit "D" Affidavit of Cindy K. Harris for The Maher Law Firm, P.A.)(Whelan, Dennis) [Transferred from vaed on 5/15/2014.] (Entered: 02/03/2014) |
| 02/03/2014 | 47 | MOTION to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and Improper Venue, or, Alternatively, MOTION to Transfer Case by Shane Williams. (cmcc, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/04/2014) |
| 02/03/2014 | 48 | Memorandum in Support re 47 MOTION to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and Improper Venue, or, Alternatively, MOTION to Transfer Case filed by Shane Williams. (Attachments: # 1 Exhibit A-Affidavit, # 2 Letter) (cmcc, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/04/2014) |
| 02/04/2014 | 43 | ORDER granting 35 Motion for Extension of Time to File Responsive Pleadings; the date by which Defendant Elizabeth Green may file responsive pleadings is extended through 2/7/2014. Signed by District Judge James R. Spencer on 2/4/2014. Copies to counsel. (cmcc, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/04/2014) |
| 02/04/2014 | 46 | NOTICE by UNITED STATES OF AMERICA re 1 Complaint, *Statement of Lack of Interest* (Grant, G.) [Transferred from vaed on 5/15/2014.] (Entered: 02/04/2014) |
| 02/04/2014 | 49 | MOTION to Dismiss Plaintiffs' Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), 12(b)(6) and/or MOTION to Transfer Venue Under 28 U.S.C. §1404(a) and Memorandum in Support by Scott M. Goldberg. (Attachments: # 1 Exhibit 1, # 2 Letter)(cmcc, ) [Transferred from vaed on 5/15/2014.] Modified on 6/26/2014 (CH). (Entered: 02/04/2014) |

| 02/04/2014 | 50 | MOTION to Dismiss the Complaint by Harrison T. Slaughter, Jr. (cmcc, ) [Transferred from vaed on 5/15/2014.] Modified on 6/26/2014 (CH). (Entered: 02/04/2014) |
| 02/04/2014 | 51 | Memorandum in Support re 50 MOTION to Dismiss the Complaint filed by Harrison T. Slaughter, Jr. (cmcc, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/04/2014) |
| 02/04/2014 | 52 | NOTICE of Filing Exhibits by Harrison T. Slaughter, Jr re 51 Memorandum in Support of His Motion to Dismiss the Complaint. (Attachments: # 1 Exhibit A-Affidavit, # 2 Exhibit B-Civil Action 6:07cv1788-USDC, Middle District of Florida(Orlando))(cmcc, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/04/2014) |
| 02/06/2014 | 53 | So Ordered re 22 Motion to appear Pro Hac Vice by Isaac Jaime Mitrani and Certification of Local Counsel John R. Owen Filing fee $ 75, receipt number 0422-3831596. filed by Broad and Cassel, P.A., Todd Norman, Roy Kobert, Nicolette Vilmos. Signed by District Judge James R. Spencer on 2/6/14. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/06/2014) |
| 02/06/2014 | 54 | So Ordered re 23 Motion to appear Pro Hac Vice by Loren Harley Cohen and Certification of Local Counsel John R. Owen Filing fee $ 75, receipt number 0422-3831597. filed by Broad and Cassel, P.A., Todd Norman, Roy Kobert, Nicolette Vilmos. Signed by District Judge James R. Spencer on 2/6/14. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/06/2014) |
| 02/07/2014 | 55 | MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue, or, Alternatively,*, MOTION to Transfer Case by Elizabeth Green, Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker. (Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 02/07/2014) |
| 02/07/2014 | 56 | Memorandum in Support re 55 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue, or, Alternatively,* MOTION to Transfer Case filed by Elizabeth Green, Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 02/07/2014) |
| 02/07/2014 | 57 | MOTION to Dismiss for Failure to State a Claim by Elizabeth Green, Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker. (Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 02/07/2014) |
| 02/07/2014 | 58 | Memorandum in Support re 57 MOTION to Dismiss for Failure to State a Claim filed by Elizabeth Green, Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 02/07/2014) |
| 02/07/2014 | 59 | MOTION to Dismiss 1 Plaintiff's Complaint by Jodi Donaldson Jaiman. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/10/2014) |
| 02/07/2014 | 60 | MOTION to Change Venue by Jodi Donaldson Jaiman. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/10/2014) |

| 02/07/2014 | 61 | Memorandum in Support re 60 MOTION to Change Venue, 59 MOTION to Dismiss filed by Jodi Donaldson Jaiman. (Attachments: # 1 Affidavit)(kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/10/2014) |
| --- | --- | --- |
| 02/10/2014 | 62 | Joint MOTION to Dismiss for Failure to State a Claim by Balch & Bingham, LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Smith, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 02/10/2014) |
| 02/10/2014 | 63 | Memorandum in Support re 62 Joint MOTION to Dismiss for Failure to State a Claim filed by Balch & Bingham, LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Attachments: # 1 Exhibit 1 -- Second Am. Counterclaims and Third-Party Claims)(Smith, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 02/10/2014) |
| 02/10/2014 | 64 | MOTION to Dismiss for Lack of Jurisdiction *Pursuant to FRCP 12(b)(1)* by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 02/10/2014) |
| 02/10/2014 | 65 | Memorandum in Support re 64 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to FRCP 12(b)(1)* filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 02/10/2014) |
| 02/10/2014 | 66 | Joint MOTION to Dismiss for Lack of Jurisdiction *(Personal) and For Improper Venue, Or, Alternatively,,*, MOTION to Transfer Case by Balch & Bingham, LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Smith, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 02/10/2014) |
| 02/10/2014 | 67 | Memorandum in Support re 66 Joint MOTION to Dismiss for Lack of Jurisdiction *(Personal) and For Improper Venue, Or, Alternatively,* MOTION to Transfer Case filed by Balch & Bingham, LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Attachments: # 1 Exhibit A -- Reese Affidavit)(Smith, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 02/10/2014) |
| 02/10/2014 | 68 | MOTION to Dismiss for Lack of Jurisdiction *, Improper Venue, and Failure to State a Claim on which Relief can be Granted, or, alternatively, to Transfer* by Robert O'Malley. (Tyler, Robert) [Transferred from vaed on 5/15/2014.] Modified on 6/26/2014 (CH). (Entered: 02/10/2014) |
| 02/10/2014 | 69 | Memorandum in Support re 68 MOTION to Dismiss for Lack of Jurisdiction *, Improper Venue, and Failure to State a Claim on which Relief can be Granted, or, alternatively, to Transfer* filed by Robert O'Malley. (Attachments: # 1 Exhibit Declaration of Robert O'Malley)(Tyler, Robert) [Transferred from vaed on 5/15/2014.] (Entered: 02/10/2014) |
| 02/11/2014 | 70 | Memorandum in Opposition re 29 MOTION to Change Venue *to the Middle District of Florida* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit #1 Broad & Cassel PA, # 2 Exhibit #2 Broad & Cassel Filing in VA, # 3 Exhibit #3 - Broad & Cassel Filing Pleading 2013 in VA, # 4 Exhibit #4 Affidavit of Eddie Curry for Palaxar Holdings and Group, # 5 Exhibit #5 Declarations Non Party Witnesses)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: |

| | | |
|---|---|---|
| | | 02/11/2014) |
| 02/11/2014 | 71 | Memorandum in Opposition re 27 MOTION to Dismiss for Failure to State a Claim *Pursuant to Federal Rule of Civil Procedure 12(b)(6)* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit Broad & Cassel Response to Joint Mtn to Strike Afffidavit of R W Cuthill USDC MDFL)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/11/2014) |
| 02/11/2014 | 72 | Memorandum in Opposition re 25 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Federal Rule of Civil Procedure 12(b)(2)* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit Broad & Cassel PA & Web/Contact Directed VA, # 2 Exhibit Broad & Cassel Contacts VA, # 3 Exhibit Broad & Cassel Contact VA 2013, # 4 Exhibit Broad & Cassel Resp Joint Mtn to Strike Affidavit of R W Cuthill & Attached Affidavits, # 5 Exhibit Affidavit of Frank Hailstones)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/11/2014) |
| 02/13/2014 | 73 | Memorandum in Opposition re 44 MOTION to Dismiss MOTION to Transfer Case filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit United States Motion for Final Order for Forfeiture, # 2 Exhibit Nexia Press Release, # 3 Exhibit Press Release Request)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/13/2014) |
| 02/18/2014 | 74 | Memorandum in Opposition re 47 MOTION to Dismiss MOTION to Transfer Case filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit Thom Broadhead Affidavit, # 2 Exhibit Judgmt in VA against Nexia Strategy Corp - Mirablis Ventures for Nexia Strategy HQ Bldg, # 3 Exhibit Resume of Shane Williams, # 4 Exhibit Business & E-mail Contact VA)(Hart, Darren) (Attachment 3 replaced on 2/20/2014 with redacted version at the request of counsel) (kyou, ). [Transferred from vaed on 5/15/2014.] (Entered: 02/18/2014) |
| 02/18/2014 | 75 | Memorandum in Opposition re 49 MOTION to Dismiss MOTION to Transfer Case filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit Business & E-mail Contacts Scott Goldberg, # 2 Exhibit Affidavit of Tom Broadhead, # 3 Exhibit Affidavit of Scott Goldberg, # 4 Exhibit Balch & Bingham Bills - Pre-Filing Mtg)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/18/2014) |
| 02/18/2014 | 76 | Memorandum in Opposition re 38 MOTION to Dismiss for Lack of Jurisdiction filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit Transcript of Proceedings USBankr MDFL Oct 16 2009 - Waiver of Barton Doctrine, # 2 Exhibit Modified Joint Plan of Liquidation USBankr MDFL Oct 15 2009 - Scott Shuker, # 3 Exhibit US Bankr MDFL Order & Notice from USDC MDFL - Mirablis Ventures Not Authorized to Defend Nexia Strategy, # 4 Exhibit Judgmt in VA against Nexia Strategy-Mirablis Venures for Nexia Strategy's HQ Bldg in VA, # 5 Exhibit R W Bill Cuthill, President Hoth Holdings Litigation in VA, # 6 Exhibit Tom Broadhead Affidavit, # 7 Exhibit R W Bill Cuthill Retention of Local Counsel of VA)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/18/2014) |

| 02/18/2014 | 77 | Memorandum in Opposition re 50 MOTION to Dismiss filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/18/2014) |
| 02/18/2014 | 78 | Memorandum in Opposition re 41 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)2* MOTION to Dismiss *for Improper Venue pursuant to Fed. R. Civ. P. 12(b)3* MOTION to Dismiss for Failure to State a Claim *per FRCP 12(b)6 or, alternatively* MOTION to Change Venue filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit Mokwa Business & Other Contacts with VA, # 2 Exhibit Tom Broadhead Affidavit)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/18/2014) |
| 02/19/2014 | 79 | MOTION for Extension of Time to File Response/Reply as to 72 Memorandum in Opposition,, 71 Memorandum in Opposition, 70 Memorandum in Opposition, by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Palmer, Julie) [Transferred from vaed on 5/15/2014.] (Entered: 02/19/2014) |
| 02/19/2014 | 80 | Memorandum in Support re 79 MOTION for Extension of Time to File Response/Reply as to 72 Memorandum in Opposition,, 71 Memorandum in Opposition, 70 Memorandum in Opposition, filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Palmer, Julie) [Transferred from vaed on 5/15/2014.] (Entered: 02/19/2014) |
| 02/19/2014 | 81 | NOTICE by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos *of Filing Exhibits In Support of Reply Memoranda* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 02/19/2014) |
| 02/19/2014 | 82 | REPLY to Response to Motion re 25 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Federal Rule of Civil Procedure 12(b)(2)* filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 02/19/2014) |
| 02/19/2014 | 83 | REPLY to Response to Motion re 27 MOTION to Dismiss for Failure to State a Claim *Pursuant to Federal Rule of Civil Procedure 12(b)(6)* filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 02/19/2014) |
| 02/19/2014 | 84 | REPLY to Response to Motion re 29 MOTION to Change Venue *to the Middle District of Florida* filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 02/19/2014) |
| 02/20/2014 | 85 | REPLY to Response to Motion re 44 MOTION to Dismiss filed by Jay Stollenwerk. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/20/2014) |
| 02/20/2014 | 86 | Memorandum in Opposition re 60 MOTION to Change Venue, 59 MOTION to Dismiss *of Jodi Jaiman as set forth in ECF 59, 60 & 61* filed by Palaxar Group, LLC, |

| | | |
|---|---|---|
| | | Palaxar Holdings, LLC.. (Attachments: # <u>1</u> Exhibit Jaiman Resume - Corp Officer, # <u>2</u> Exhibit Jaiman Contacs with VA)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/20/2014) |
| 02/21/2014 | <u>87</u> | Memorandum in Opposition re <u>55</u> MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue, or, Alternatively,* MOTION to Transfer Case *of Latham Shuker Eden & Beaudine as well as Scott Shuker & Elizabeth Green* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # <u>1</u> Exhibit Hoth Holdings Bankr Statement of Case, # <u>2</u> Exhibit Hoth Holding Litigation filed in VA against VA, # <u>3</u> Exhibit Bach & Bingham Billings, # <u>4</u> Exhibit Exh. 3A in Pleading - LSE&B Billings for Hoth Holdings, # <u>5</u> Exhibit Exh. 4 in Pleading - LSE&B Partner in VA, # <u>6</u> Exhibit Exh. 5 in Pleading - USBankr MDFL Hearings)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/21/2014) |
| 02/21/2014 | <u>88</u> | Memorandum in Opposition re <u>57</u> MOTION to Dismiss for Failure to State a Claim *of Latham Shuker Eden & Beaudine as well as Scott Shuker & Elizabeth Green* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # <u>1</u> Exhibit USBankr MDFL Hrg Transcript June 30, 2009, # <u>2</u> Exhibit USBankr MDFL Hrg Transcript Aug 26, 2009)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/21/2014) |
| 02/24/2014 | <u>89</u> | Memorandum in Opposition re <u>68</u> MOTION to Dismiss for Lack of Jurisdiction *, Improper Venue, and Failure to State a Claim on which Relief can be Granted, or, alternatively, to Transfer of Robert O'Malley* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # <u>1</u> Exhibit O'Malley Press Releases in Substantially Similar Case, # <u>2</u> Exhibit O'Malley Press Releases after MVI Bankruptcy, # <u>3</u> Exhibit OMalley Source for Book about MVI, # <u>4</u> Exhibit O'Malley Representation of CSX in VA, # <u>5</u> Exhibit Balch & Bingham Billings O'Malley attended litigation strategy sessions)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/24/2014) |
| 02/24/2014 | <u>90</u> | REPLY to Response to Motion re <u>38</u> MOTION to Dismiss for Lack of Jurisdiction filed by Robert W. Cuthill, Jr. (Hicks, Robert) [Transferred from vaed on 5/15/2014.] (Entered: 02/24/2014) |
| 02/24/2014 | <u>91</u> | Memorandum in Opposition re <u>66</u> Joint MOTION to Dismiss for Lack of Jurisdiction *(Personal) and For Improper Venue, Or, Alternatively,* MOTION to Transfer Case *of Balch & Bingham, LLP, Allen Mclean Estes, John Russell Campbell, Eric Langley & Lindsay Reese* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # <u>1</u> Exhibit Balch & Bingham Billings)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/24/2014) |
| 02/24/2014 | <u>92</u> | REPLY to Response to Motion re <u>50</u> MOTION to Dismiss filed by Harrison T. Slaughter, Jr. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/24/2014) |
| 02/24/2014 | <u>93</u> | Memorandum in Opposition re <u>64</u> MOTION to Dismiss for Lack of Jurisdiction *Pursuant to FRCP 12(b)(1) of Broad and Cassel, Todd Norman, Roy Kobert, & Nicollete Vilmos* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # <u>1</u> Exhibit Scott Shuker in USBankr MDFL, # <u>2</u> Exhibit USBankr MDFL Barton Doctrine Hrg Transcript, # <u>3</u> Exhibit History of Nexia Strategy, # <u>4</u> Exhibit Holland & Knight Barton Doctrine, # <u>5</u> Exhibit R. W. Cuthill Jr as Independent Contractor)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/24/2014) |

| 02/24/2014 | 94 | Memorandum in Opposition re 62 Joint MOTION to Dismiss for Failure to State a Claim *of Balch & Bingham, LLP, Allen Mclean Estes, John Russell Campbell, Eric Langley, & Lindsay Reese* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/24/2014) |
|---|---|---|
| 02/24/2014 | 95 | REPLY to Response to Motion re 41 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)2* MOTION to Dismiss *for Improper Venue pursuant to Fed. R. Civ. P. 12(b)3* MOTION to Dismiss for Failure to State a Claim *per FRCP 12(b)6 or, alternatively* MOTION to Change Venue filed by Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Whelan, Dennis) [Transferred from vaed on 5/15/2014.] (Entered: 02/24/2014) |
| 02/25/2014 | 96 | Request for Entry of Default as to *Nexia Strategy Corporation and AQMI Strategy Corporation - Renewed -* by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit Affidavit/Declaration of Edith Curry in Support of Entry of Default)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/25/2014) |
| 02/25/2014 | 97 | REPLY to Response to Motion re 49 MOTION to Dismiss and/or MOTION to Transfer Case filed by Scott M. Goldberg. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/25/2014) |
| 02/25/2014 | 98 | REPLY to Response to Motion re 47 MOTION to Dismiss or MOTION to Transfer Case filed by Shane Williams. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/25/2014) |
| 02/26/2014 | 99 | Memorandum in Opposition re 79 MOTION for Extension of Time to File Response/Reply as to 72 Memorandum in Opposition,, 71 Memorandum in Opposition, 70 Memorandum in Opposition, *of Broad and Cassel, Todd Norman, Roy Kobert, & Nicollete Vilmos* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit E-Mail Exchange Broad & Cassel Counsel)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/26/2014) |
| 02/26/2014 | 100 | MOTION to Strike 83 Reply to Response to Motion, 84 Reply to Response to Motion, 82 Reply to Response to Motion, 81 NOTICE, *of Broad and Cassel, Todd Norman, Roy Kobert, & Nicollette Vilmos* by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/26/2014) |
| 02/26/2014 | 101 | Memorandum in Support re 100 MOTION to Strike 83 Reply to Response to Motion, 84 Reply to Response to Motion, 82 Reply to Response to Motion, 81 NOTICE, *of Broad and Cassel, Todd Norman, Roy Kobert, & Nicollette Vilmos* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit Scott Shuker Statements to USBankr MDFL, # 2 Exhibit E-Mail Exchange Broad and Cassel Counsel)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 02/26/2014) |
| 02/27/2014 | 102 | REPLY to Response to Motion re 60 MOTION to Change Venue, 59 MOTION to Dismiss filed by Jodi Donaldson Jaiman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 02/27/2014) |

| 02/27/2014 | 103 | REPLY to Response to Motion re 64 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to FRCP 12(b)(1)* filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Attachments: # 1 Exhibit 1)(Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 02/27/2014) |
| 02/27/2014 | 104 | REPLY to Response to Motion re 57 MOTION to Dismiss for Failure to State a Claim filed by Elizabeth Green, Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker. (Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 02/27/2014) |
| 02/27/2014 | 105 | REPLY to Response to Motion re 55 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue, or, Alternatively,* MOTION to Transfer Case filed by Elizabeth Green, Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 02/27/2014) |
| 02/27/2014 | 106 | Memorandum in Opposition re 100 MOTION to Strike 83 Reply to Response to Motion, 84 Reply to Response to Motion, 82 Reply to Response to Motion, 81 NOTICE, *of Broad and Cassel, Todd Norman, Roy Kobert, & Nicollete Vilmos* filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Palmer, Julie) [Transferred from vaed on 5/15/2014.] (Entered: 02/27/2014) |
| 02/27/2014 | 107 | REPLY to Response to Motion re 79 MOTION for Extension of Time to File Response/Reply as to 72 Memorandum in Opposition,, 71 Memorandum in Opposition, 70 Memorandum in Opposition, filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Palmer, Julie) [Transferred from vaed on 5/15/2014.] (Entered: 02/27/2014) |
| 02/28/2014 | 108 | NOTICE of Appearance by Dennis Joseph Whelan, III on behalf of Harrison T. Slaughter, Jr (Whelan, Dennis) [Transferred from vaed on 5/15/2014.] (Entered: 02/28/2014) |
| 02/28/2014 | 109 | Motion to appear Pro Hac Vice by Kenton Voges Sands and Certification of Local Counsel Dennis J. Whelan, III Filing fee $ 75, receipt number 0422-3870100. by Harrison T. Slaughter, Jr. (Whelan, Dennis) [Transferred from vaed on 5/15/2014.] (Entered: 02/28/2014) |
| 02/28/2014 | 110 | CERTIFICATE of Service re 109 Motion to appear Pro Hac Vice by Kenton Voges Sands and Certification of Local Counsel Dennis J. Whelan, III Filing fee $ 75, receipt number 0422-3870100. by Dennis Joseph Whelan, III on behalf of Harrison T. Slaughter, Jr (Whelan, Dennis) [Transferred from vaed on 5/15/2014.] (Entered: 02/28/2014) |
| 03/04/2014 | 111 | *SEE CORRECTED VERSION DOC. #113* Rebuttal Brief re 62 Joint MOTION to Dismiss for Failure to State a Claim filed by Balch & Bingham, LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Attachments: # 1 Exhibit 1)(Lacy, David) Modified on 3/4/2014 by Clerk's Office(kyou, ). [Transferred from vaed on 5/15/2014.] (Entered: 03/04/2014) |
| 03/04/2014 | 112 | *SEE CORRECTED VERSION DOC. #114*Rebuttal Brief re 66 Joint MOTION to Dismiss for Lack of Jurisdiction *(Personal) and For Improper Venue, Or, Alternatively,* MOTION to Transfer Case filed by Balch & Bingham, LLP, John |

| | | |
|---|---|---|
| | | Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Lacy, David) Modified on 3/4/2014 by Clerk's Office(kyou, ). [Transferred from vaed on 5/15/2014.] (Entered: 03/04/2014) |
| 03/04/2014 | 113 | *CORRECTED* Rebuttal Brief re 62 Joint MOTION to Dismiss for Failure to State a Claim filed by Balch & Bingham, LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Attachments: # 1 Exhibit 1)(Smith, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 03/04/2014) |
| 03/04/2014 | 114 | *CORRECTED* Rebuttal Brief re 66 Joint MOTION to Dismiss for Lack of Jurisdiction *(Personal) and For Improper Venue, Or, Alternatively,* MOTION to Transfer Case filed by Balch & Bingham, LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Smith, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 03/04/2014) |
| 03/04/2014 | 115 | REPLY to Response to Motion re 68 MOTION to Dismiss for Lack of Jurisdiction *, Improper Venue, and Failure to State a Claim on which Relief can be Granted, or, alternatively, to Transfer* filed by Robert O'Malley. (Turner, Patricia) [Transferred from vaed on 5/15/2014.] (Entered: 03/04/2014) |
| 03/04/2014 | 118 | MOTION for Leave to File their Motions to Dismiss without Oral Argument by Scott M. Goldberg, Jodi Donaldson Jaiman, Jay Stollenwerk, Shane Williams. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/04/2014 | 119 | MOTION for Leave to Appear Telephonically by Scott M. Goldberg, Jodi Donaldson Jaiman, Jay Stollenwerk, Shane Williams. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/04/2014 | 120 | Memorandum in Support re 119 MOTION for Leave to Appear Telephonically, 118 MOTION for Leave to File their Motions to Dismiss without Oral Argument filed by Scott M. Goldberg, Jodi Donaldson Jaiman, Jay Stollenwerk, Shane Williams. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/05/2014 | 116 | RESPONSE in Support re 100 MOTION to Strike 83 Reply to Response to Motion, 84 Reply to Response to Motion, 82 Reply to Response to Motion, 81 NOTICE, *of Broad and Cassel, Todd Norman, Roy Kobert, & Nicollete Vilmos* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 03/05/2014) |
| 03/05/2014 | 117 | MEMORANDUM ORDER denying 96 Motion for Entry of Default. Signed by District Judge James R. Spencer on 3/5/14. (kyou, )(copy mailed to Pro Se parties) [Transferred from vaed on 5/15/2014.] (Entered: 03/05/2014) |
| 03/06/2014 | 121 | Notice of Hearing Date *of May 7, 2014* re 38 MOTION to Dismiss for Lack of Jurisdiction (Hicks, Robert) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/06/2014 | 122 | Notice of Hearing Date *of May 7, 2014,* re 68 MOTION to Dismiss for Lack of Jurisdiction *, Improper Venue, and Failure to State a Claim on which Relief can be Granted, or, alternatively, to Transfer* (Turner, Patricia) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |

| 03/06/2014 | 123 | Notice of Hearing Date *of May 7, 2014 @ 10:00 a.m. on Def. Slaughter's MTD per FRCP 12(b)(2), 12(b)(3) and 12(b)(6) 12* re 50 MOTION to Dismiss (Whelan, Dennis) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| --- | --- | --- |
| 03/06/2014 | 124 | Notice of Hearing Date *of May 7, 2014 @ 10:00 a.m. on Maher Defendants'* re 41 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)2* MOTION to Dismiss *for Improper Venue pursuant to Fed. R. Civ. P. 12(b)3* MOTION to Dismiss for Failure to State a Claim *per FRCP 12(b)6 or, alternatively* MOTION to Change Venue (Whelan, Dennis) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/06/2014 | 125 | Notice of Hearing Date *of May 7, 2014 at 10:00 a.m.* re 66 Joint MOTION to Dismiss for Lack of Jurisdiction *(Personal) and For Improper Venue, Or, Alternatively,* MOTION to Transfer Case , 62 Joint MOTION to Dismiss for Failure to State a Claim (Lacy, David) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/06/2014 | 126 | So Ordered re 109 Motion to appear Pro Hac Vice by Kenton Voges Sands and Certification of Local Counsel Dennis J. Whelan, III Filing fee $ 75, receipt number 0422-3870100. filed by Harrison T. Slaughter, Jr.. Signed by District Judge James R. Spencer on 3/6/14. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/06/2014 | 127 | MOTION for Reconsideration *RE: Renewed Motion for Entry of Default [ECF No. 96]* by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/06/2014 | 128 | Memorandum in Support re 127 MOTION for Reconsideration *RE: Renewed Motion for Entry of Default [ECF No. 96]* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit Edie Curry Affidavit and Accompanying Exhs. A, B & C)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/06/2014 | 129 | Notice of Hearing Date set for May 7, 2014 re 64 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to FRCP 12(b)(1)*, 29 MOTION to Change Venue *to the Middle District of Florida*, 25 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Federal Rule of Civil Procedure 12(b)(2)*, 27 MOTION to Dismiss for Failure to State a Claim *Pursuant to Federal Rule of Civil Procedure 12(b)(6)* (Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/06/2014 | 130 | Notice of Hearing Date *of May 7, 2014 at 10:00 a.m.* re 55 MOTION to Dismiss for Lack of Jurisdiction *(Personal) and Improper Venue, or, Alternatively,* MOTION to Transfer Case , 57 MOTION to Dismiss for Failure to State a Claim (Lacy, Michael) [Transferred from vaed on 5/15/2014.] (Entered: 03/06/2014) |
| 03/07/2014 | | Set Deadlines as to Motion Hearing set for 5/7/2014 at 10:00 AM in Richmond Courtroom 7000 before District Judge James R. Spencer. (khan, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/07/2014) |
| 03/07/2014 | 131 | MOTION for Leave to File *Notice of Supplemental Authority* by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Attachments: # 1 Exhibit A, # 2 Exhibit A-1)(Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 03/07/2014) |

| | | |
|---|---|---|
| 03/07/2014 | 132 | Memorandum in Support re 131 MOTION for Leave to File *Notice of Supplemental Authority* filed by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Attachments: # 1 Exhibit A, # 2 Exhibit A-1)(Owen, John) [Transferred from vaed on 5/15/2014.] (Entered: 03/07/2014) |
| 03/11/2014 | 133 | NOTICE of Compliance with Rule 7(E) by Scott M. Goldberg, Jodi Donaldson Jaiman, Jay Stollenwerk, Shane Williams (Attachments: # 1 Exhibit A)(kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/11/2014) |
| 03/14/2014 | 134 | NOTICE by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit)(Grant, G.) [Transferred from vaed on 5/15/2014.] (Entered: 03/14/2014) |
| 03/17/2014 | 135 | Memorandum in Opposition re 118 MOTION for Leave to File, 119 MOTION for Leave to Appear Telephonically *of Scott Golberg, Matt Mokwa, Jodi Jaiman & Jay Stollenwerk* filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Attachments: # 1 Exhibit Scott Golberg Forida Bar, # 2 Exhibit Jodi Jaiman Deposition April 13, 2011, # 3 Exhibit Jodi Jaiman Affidavit January 2008, # 4 Exhibit Preliminary Injuction Hrg January 2008, # 5 Exhibit Tom Broadhead Affidavit, # 6 Exhibit Matt Mokwa Deposition)(Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 03/17/2014) |
| 03/19/2014 | 136 | MEMORANDUM OPINION. Signed by District Judge James R. Spencer on 03/19/14. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/19/2014) |
| 03/19/2014 | 137 | ORDER granting 79 Motion for Extension of Time to File Reply ; denying 100 Motion to Strike. Signed by District Judge James R. Spencer on 3/19/14. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/19/2014) |
| 03/19/2014 | 138 | ORDER granting 127 Motion to Reconsider Request for Entry of Default; The Clerk is DIRECTED to enter default as to Defendants Nexia and AQMI. Signed by District Judge James R. Spencer on 3/19/14. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/19/2014) |
| 03/19/2014 | 139 | Clerk's ENTRY OF DEFAULT against Aqmi Strategy Corporation, Nexia Strategy Corporation per Order entered March 19, 2014 (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/19/2014) |
| 03/25/2014 | 140 | RESPONSE in Support re 119 MOTION for Leave to Appear Telephonically, and 118 MOTION for Leave to File their Motions to Dismiss without Oral Argument filed by Scott M. Goldberg, Jodi Donaldson Jaiman, Jay Stollenwerk, Shane Williams. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 03/25/2014) |
| 04/18/2014 | 141 | ORDER granting 131 Motion for Leave to File Notice of Supplemental Authority; Dfts Broad and Cassel, Todd Norman, Roy Kobert, and Nicolette Vilmos may file the proposed Notice of Supplemental Authority within 7 days. Signed by District Judge James R. Spencer on 4/18/14. (wtuc) [Transferred from vaed on 5/15/2014.] (Entered: 04/18/2014) |
| 04/22/2014 | 142 | NOTICE by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos *of Supplemental Authority* (Attachments: # 1 Exhibit 1)(Palmer, Julie) [Transferred from vaed on 5/15/2014.] (Entered: 04/22/2014) |

Case 6:14-cv-00758-JA-GJK   Document 290   Filed 04/08/15   Page 34 of 49 PageID 4897

| | | |
|---|---|---|
| 04/24/2014 | 143 | ORDER granting 118 Motion for Oral Argument to the extent that Pro Se Defendants may rely on their filed memoranda to support their respective motions to dismiss (see Order for further details); denying 119 Motion to Appear Telephonically. Signed by District Judge James R. Spencer on 04/24/14. (kyou, )(copies mailed to Pro Se parties) [Transferred from vaed on 5/15/2014.] (Entered: 04/24/2014) |
| 04/25/2014 | 144 | ***STRICKEN*** MOTION to Appoint Guardian ad Litem or Prochiem Ami ad Litem by Frank L. Amodeo. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(kyou, ) [Transferred from vaed on 5/15/2014.] Modified on 8/13/2014 (JET). STRICKEN PER ORDER 241 . (Entered: 04/28/2014) |
| 04/28/2014 | | Set Motion Hearing set for 5/7/2014 at 10:00 AM in Richmond Courtroom 7000 before District Judge James R. Spencer. (khan, ) [Transferred from vaed on 5/15/2014.] (Entered: 04/28/2014) |
| 04/29/2014 | 145 | MOTION to Strike 144 MOTION to Appoint Guardian ad Litem or Prochiem Ami ad Litem by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 04/29/2014) |
| 04/29/2014 | 146 | Memorandum in Support re 145 MOTION to Strike 144 MOTION to Appoint Guardian ad Litem or Prochiem Ami ad Litem of Frank Amadeo filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 04/29/2014) |
| 04/29/2014 | 147 | Memorandum in Opposition re 144 MOTION to Appoint Guardian ad Litem or Prochiem Ami ad Litem of Frank Amadeo filed by Palaxar Group, LLC, Palaxar Holdings, LLC.. (Hart, Darren) [Transferred from vaed on 5/15/2014.] (Entered: 04/29/2014) |
| 05/07/2014 | 148 | Minute Entry for proceedings held before District Judge James R. Spencer:Motion Hearing held on 5/7/2014 re 66 Joint MOTION to Dismiss for Lack of Jurisdiction(Personal) and For Improper Venue, Or, Alternatively, MOTION to Transfer Case filed by Eric Langley, Balch & Bingham, LLP, Lindsay Reese, John Russell Campbell, Allen McLean Estes, 55 MOTION to Dismiss for Lack of Jurisdiction(Personal) and Improper Venue, or, Alternatively, MOTION to Transfer Case filed by Scott Shuker, Latham, Shuker, Eden & Beaudine, LLP, Elizabeth Green, 57 MOTION to Dismiss for Failure to State a Claim filed by Scott Shuker, Latham, Shuker, Eden & Beaudine, LLP, Elizabeth Green, 62 Joint MOTION to Dismiss for Failure to State a Claim filed by Eric Langley, Balch & Bingham, LLP, Lindsay Reese, John Russell Campbell, Allen McLean Estes, 38 MOTION to Dismiss for Lack of Jurisdiction filed by Robert W. Cuthill, Jr., 64 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to FRCP 12(b)(1)* filed by Broad and Cassel, P.A., Todd Norman, Roy Kobert, Nicolette Vilmos, 47 MOTION to Dismiss MOTION to Transfer Case filed by Shane Williams, 44 MOTION to Dismiss MOTION to Transfer Case filed by Jay Stollenwerk, 50 MOTION to Dismiss filed by Harrison T. Slaughter, Jr., 29 MOTION to Change Venue to the Middle District of Florida filed by Broad and Cassel, P.A., Todd Norman, Roy Kobert, Nicolette Vilmos, 60 MOTION to Change Venue filed by Jodi Donaldson Jaiman, 68 MOTION to Dismiss for Lack of Jurisdiction, Improper Venue, and Failure to State a Claim on which Relief can be Granted, or, alternatively, to Transfer filed by Robert O'Malley, 41 MOTION to |

| | | |
|---|---|---|
| | | *Dismiss for Lack of Jurisdiction pursuant to Fed. R. Civ. P. 12(b) MOTION to Dismiss for Improper Venue pursuant to Fed. R. Civ. P. 12(b)3 MOTION to Dismiss for Failure to State a Claim per FRCP 12(b)6 or, alternatively MOTION to Change Venue filed by Maher Law Firm, PA, Matthew Scott Mokwa, Michael C. Maher, Aaron Carter Bates, 59 MOTION to Dismiss filed by Jodi Donaldson Jaiman, 49 MOTION to Dismiss MOTION to Transfer Case filed by Scott M. Goldberg, 25 MOTION to Dismiss for Lack of Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2) filed by Broad and Cassel, P.A., Todd Norman, Roy Kobert, Nicolette Vilmos, 27 MOTION to Dismiss for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Broad and Cassel, P.A., Todd Norman, Roy Kobert, Nicolette Vilmos. Arguments heard. Matters taken under advisement. (Court Reporter Jeff Kull, OCR.)(khan, ) [Transferred from vaed on 5/15/2014.] (Entered: 05/07/2014)* |
| 05/14/2014 | 149 | MEMORANDUM OPINION. Signed by District Judge James R. Spencer on 05/13/14. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 05/14/2014) |
| 05/14/2014 | 150 | ORDER DENYING 25 Motion to Dismiss; GRANTING 29 Motion to Change Venue to the Middle District of Florida; the Court TRANSFERS this action to the Middle District of Florida; it is also ORDERED that motions: 41 Motion to Dismiss; 44 Motion to Dismiss/Transfer Case; 47 Motion to Dismiss/Transfer Case; 49 Motion to Dismiss/Transfer Venue; 50 Motion to Dismiss; 55 Motion to Dismiss/ to Transfer Case; 59 Motion to Dismiss; 60 Motion to Change Venue; 66 Motion to Dismiss/Transfer Case; 68 Motion to Dismiss/Transfer Case are hereby GRANTED IN PART to the extent that they seek transfer pursuant to 28 U.S.C. § 1404(a) and are hereby DENIED IN PART as moot to the extent that they seek dismissal for lack of personal jurisdiction and/or improper venue; To the extent that they seek dismissal of this action the Court defers disposition of 41 Motion to Dismiss; 49 Motion to Dismiss/Transfer Venue; 50 Motion to Dismiss; 68 Motion to Dismiss/Transfer Case to the transferee court; Seven (7) additional motions on which the Court makes no ruling remain pending in this action (ECF Nos. 27, 38, 57, 62, 64,144,145)SEE ORDER FOR FURTHER DETAILS. Signed by District Judge James R. Spencer on 05/13/14. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 05/14/2014) |
| 05/14/2014 | | Case transferred to District of Middle District of Florida. (kyou, ) [Transferred from vaed on 5/15/2014.] (Entered: 05/14/2014) |
| 05/15/2014 | 151 | Case transferred in from District of Virginia Eastern; Case Number 3:13-cv-00641. File received electronically (Entered: 05/15/2014) |
| 05/15/2014 | 152 | NOTICE to counsel, Darren Marshall Hart, Richard John Knapp, Dennis Joseph Whelan, III, Michael W. Smith, David Brandan Lacy, Michael Edward Lacy, Massie Payne Cooper, John Ryan Owen, Julie Smith Palmer, Patricia Bugg Turner, Robert M. Tyler, Robert T. Hicks of Local Rule 2.02 (signed by deputy clerk). (IGC) (Entered: 05/15/2014) |
| 05/16/2014 | 153 | ORDER transferring case to Magistrate Judge Gregory J. Kelly. Signed by Magistrate Judge Karla R. Spaulding on 5/15/2014. (LAK) (Entered: 05/16/2014) |
| 05/16/2014 | 154 | Case Reassigned to Magistrate Judge Gregory J. Kelly. New case number: 6:14-cv-758-ORL-31GJK. Magistrate Judge Karla R. Spaulding no longer assigned to the case. |

| | | |
|---|---|---|
| | | (IGC) (Entered: 05/16/2014) |
| 05/20/2014 | 155 | ORDER that this case be transferred to the Honorable John Antoon, with his permission, for consideration with 6:07-cv-1788, pursuant to Local Rule 1.04. Signed by Judge Gregory A. Presnell on 5/20/2014. (TKW) (Entered: 05/20/2014) |
| 05/20/2014 | 156 | Case Reassigned to Judge John Antoon II. New case number: 6:14-cv-758-Orl-28GJK. Judge Gregory A. Presnell no longer assigned to the case. (IGC) (Entered: 05/20/2014) |
| 05/23/2014 | 157 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due within 14 days from the date of this order. Signed by Judge John Antoon II on 5/23/2014. CTP(DJD) (Entered: 05/23/2014) |
| 05/23/2014 | 158 | INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due within 14 days from the date of this order. Signed by Judge John Antoon II on 5/23/2014. CTP(DJD) (Entered: 05/23/2014) |
| 05/27/2014 | 159 | Unopposed MOTION to Substitute Attorney *Robert M. Tyler and Patricia Bugg Turner* by Robert O'Malley. (Ruttinger, Patrick) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 05/27/2014) |
| 05/27/2014 | | Mail returned as Undeliverable re: 153 Order, 151 Case transferred in - district transfer. Mail resent to Frank L. Amodeo after correcting inmate number. (EJS) (Entered: 05/28/2014) |
| 05/28/2014 | 160 | Unopposed MOTION for Dennis J. Whelan, III to withdraw as attorney by Harrison T. Slaughter, Jr. (Sands, Kenton) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 05/28/2014) |
| 05/28/2014 | 161 | NOTICE of Appearance by Geremy Walden Gregory on behalf of Balch & Bingham LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese (Gregory, Geremy) (Entered: 05/28/2014) |
| 05/28/2014 | 162 | NOTICE of pendency of related cases *Broad Defendants' Notice of Pendency of Other Actions* per Local Rule 1.04(d) by Broad and Cassel, P.A.. Related case(s): yes (Mitrani, Isaac) (Entered: 05/28/2014) |
| 05/28/2014 | 163 | NOTICE of Appearance by William B. Wilson on behalf of Robert W. Cuthill, Jr (Wilson, William) (Entered: 05/28/2014) |
| 05/28/2014 | 164 | NOTICE of Appearance by Min K. Cho on behalf of Robert W. Cuthill, Jr (Cho, Min) (Entered: 05/28/2014) |
| 05/28/2014 | 165 | NOTICE of Appearance by Stephen G. Charpentier on behalf of Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa (Charpentier, Stephen) (Entered: 05/28/2014) |
| 05/28/2014 | 166 | ORDER for Darren Hart, David Lacy, Dennis Whelan, John Owen, Julie Palmer, Massie Cooper, Michael Lacy, Michael Smith, Patricia Turner, Richard Knapp, Robert Tyler, Robert Hicks to comply with the administrative procedures regarding electronic filing within 14 days from the date of this order. Signed by Judge John Antoon II on |

| | | |
|---|---|---|
| | | 5/28/2014. CTP(DJD) (Entered: 05/28/2014) |
| 05/29/2014 | 167 | MOTION for Michael W. Smith and David B. Lacy to appear pro hac vice by Balch & Bingham LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Gregory, Geremy) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 05/29/2014) |
| 05/29/2014 | | Mail returned as Undeliverable re: 155 Order. Mail resent to Frank L. Amodeo after correcting inmate number. (EJS) (Entered: 05/29/2014) |
| 05/29/2014 | 168 | MOTION for to withdraw as attorney *John Owen's and Julie Palmer's Unopposed Motion to Withdraw as Counsel for the Broad Defendants* by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Cohen, Loren) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 05/29/2014) |
| 05/30/2014 | 169 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Order by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Mitrani, Isaac) Modified on 5/30/2014 (MAL). (Entered: 05/30/2014) |
| 05/30/2014 | 170 | ENDORSED ORDER granting 160 Motion to Withdraw as Attorney. Signed by Magistrate Judge Gregory J. Kelly on 5/30/2014. (PAB) (Entered: 05/30/2014) |
| 05/30/2014 | 171 | MOTION for Dennis J. Whelan, III to appear pro hac vice by Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa. (Charpentier, Stephen) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 05/30/2014) |
| 05/30/2014 | 172 | ENDORSED ORDER granting 159 Motion to Substitute Attorney. Signed by Magistrate Judge Gregory J. Kelly on 5/30/2014. (PAB) (Entered: 05/30/2014) |
| 05/30/2014 | 173 | Written designation and consent to act by Stephen G. Charpentier on behalf of Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa. Local Counsel: Stephen G. Charpentier. Non-Resident Counsel: Dennis J. Whelan, III. (Charpentier, Stephen) (Entered: 05/30/2014) |
| 05/30/2014 | 174 | ORDER granting 167 motion to appear pro hac vice. Signed by Magistrate Judge Gregory J. Kelly on 5/30/2014. (PAB) (Entered: 05/30/2014) |
| 05/30/2014 | 175 | ENDORSED ORDER granting 168 Motion to Withdraw as Attorney. Signed by Magistrate Judge Gregory J. Kelly on 5/30/2014. (PAB) (Entered: 05/30/2014) |
| 05/30/2014 | 176 | ORDER granting 171 motion to appear pro hac vice. Signed by Magistrate Judge Gregory J. Kelly on 5/30/2014. (PAB) (Entered: 05/30/2014) |
| 05/30/2014 | 177 | NOTICE of Appearance by Dennis Parker Waggoner on behalf of Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker (Waggoner, Dennis) (Entered: 05/30/2014) |
| 05/30/2014 | 178 | MOTION to Stay Requirements of Initial Rule 26 Disclosures and Discovery Pending Rulings on the Pending Rule 12 Motions to Dismiss for Lack of Subject Matter Jurisdiction and Motions to Dismiss for Failure to State a Claim and Supporting Memorandum of Law by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Mitrani, Isaac) Motions referred to Magistrate Judge Gregory J. Kelly. Modified on 6/2/2014 (LMM). (Entered: 05/30/2014) |

| | | |
|---|---|---|
| 05/30/2014 | 179 | Unopposed MOTION for Robert T. Hicks to withdraw as attorney by Robert W. Cuthill, Jr. (Cho, Min) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 05/30/2014) |
| 06/02/2014 | 180 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Michael W. Smith, appearing on behalf of Balch & Bingham LLP (Filing fee $10 receipt number ORL34414.) Related document: 167 MOTION for Michael W. Smith and David B. Lacy to appear pro hac vice. (EJS) (EJS). (Entered: 06/02/2014) |
| 06/02/2014 | 181 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney David B. Lacy, appearing on behalf of Balch & Bingham LLP (Filing fee $10 receipt number ORL34415.) Related document: 167 MOTION for Michael W. Smith and David B. Lacy to appear pro hac vice. (EJS) (EJS). (Entered: 06/02/2014) |
| 06/02/2014 | 182 | NOTICE of Appearance by Dennis Parker Waggoner on behalf of Elizabeth Green (Waggoner, Dennis) (Entered: 06/02/2014) |
| 06/02/2014 | 183 | NOTICE of Appearance by Cory Brian Kravit on behalf of Palaxar Group, LLC, Palaxar Holdings, LLC (Kravit, Cory) (Entered: 06/02/2014) |
| 06/02/2014 | 186 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Dennis J. Whelan, III, appearing on behalf of Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa (Filing fee $10 receipt number ORL34483.) Related document: 171 MOTION for Dennis J. Whelan, III to appear pro hac vice. (EJS) (Entered: 06/03/2014) |
| 06/03/2014 | 184 | ENDORSED ORDER granting 179 Motion to Withdraw as Attorney. Signed by Magistrate Judge Gregory J. Kelly on 6/3/2014. (PAB) (Entered: 06/03/2014) |
| 06/03/2014 | 185 | ORDER granting 178 Defendants' unopposed motion to stay Rule 26 disclosures and discovery pending rulings on the pending motions to dismiss. Rule 26 disclosures and general discovery hare STAYED pending the Court's resolution of the motions to dismiss as indicated herein. Rule 26 disclosures and general discovery shall commence upon the Court's disposition of the motions to dismiss. Signed by Magistrate Judge Gregory J. Kelly on 6/3/2014. (PAB) (Entered: 06/03/2014) |
| 06/03/2014 | 187 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Darren Marshall Hart, appearing on behalf of Palaxar Group, LLC, Palaxar Holdings, LLC (Filing fee $10 receipt number ORL034478.) (EJS) (Entered: 06/03/2014) |
| 06/03/2014 | 188 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Richard J. Knapp, appearing on behalf of Palaxar Group, LLC, Palaxar Holdings, LLC (Filing fee $10 receipt number ORL03447.) (EJS) (Entered: 06/03/2014) |
| 06/04/2014 | 189 | NOTICE to counsel, Cory B. Kravit, of Local Rule 2.01 (signed by deputy clerk). (LMM) (Entered: 06/04/2014) |
| 06/04/2014 | 190 | Unopposed MOTION to Withdraw as Counsel by Elizabeth Green, Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker. (Criser, Mark) (Entered: 06/04/2014) |

| 06/04/2014 | 191 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Interested persons order by Robert W. Cuthill, Jr. (Cho, Min) (Entered: 06/04/2014) |
| 06/04/2014 | 192 | NOTICE of pendency of related cases re 157 Related case order and track 2 notice per Local Rule 1.04(d) by Robert W. Cuthill, Jr. Related case(s): y (Cho, Min) (Entered: 06/04/2014) |
| 06/05/2014 | 193 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Interested persons order by Broad and Cassel, P.A., Roy Kobert, Todd Norman, Nicolette Vilmos. (Cohen, Loren) Modified on 6/6/2014 (LMM). (Entered: 06/05/2014) |
| 06/05/2014 | 194 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Interested persons order by Harrison T. Slaughter, Jr. (Sands, Kenton) (Entered: 06/05/2014) |
| 06/05/2014 | 195 | NOTICE of pendency of related cases re: 157 Related Case Order per Local Rule 1.04(d) by Harrison T. Slaughter, Jr. Related case(s): Yes (Sands, Kenton) Modified on 6/6/2014 (LMM). (Entered: 06/05/2014) |
| 06/05/2014 | 196 | NOTICE of pendency of related cases re: 157 Related Case Order per Local Rule 1.04(d) by Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa. Related case(s): yes (Charpentier, Stephen) Modified on 6/6/2014 (LMM). (Entered: 06/05/2014) |
| 06/05/2014 | 197 | CERTIFICATE of interested persons and corporate disclosure statement re: 158 Interested Persons Order by Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa identifying Corporate Parent Maher Law Firm, PA for Aaron Carter Bates, Maher Law Firm, PA, Matthew Scott Mokwa, Michael C. Maher. (Charpentier, Stephen) Modified on 6/6/2014 (LMM). (Entered: 06/05/2014) |
| 06/05/2014 | 198 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Interested persons order by Balch & Bingham LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. (Gregory, Geremy) (Entered: 06/05/2014) |
| 06/05/2014 | 199 | NOTICE of pendency of related cases re 157 Related case order and track 2 notice per Local Rule 1.04(d) by Balch & Bingham LLP, John Russell Campbell, Allen McLean Estes, Eric Langley, Lindsay Reese. Related case(s): yes (Gregory, Geremy) (Entered: 06/05/2014) |
| 06/06/2014 | 200 | NOTICE of pendency of related cases re 157 Related case order and track 2 notice per Local Rule 1.04(d) by Jodi Donaldson Jaiman. Related case(s): Yes (EJS) (Entered: 06/06/2014) |
| 06/06/2014 | 201 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Interested persons order by Jodi Donaldson Jaiman. (Address updated) (EJS) (Entered: 06/06/2014) |
| 06/06/2014 | 202 | NOTICE of pendency of related cases re 157 Related Case Order by Scott M. Goldberg. Related case(s): Yes (Goldberg, Scott) Modified on 6/9/2014 (LMM). (Entered: 06/06/2014) |

| 06/06/2014 | 203 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Interested persons order by Scott M. Goldberg. (Goldberg, Scott) (Entered: 06/06/2014) |
| 06/06/2014 | 204 | NOTICE of pendency of related cases re 157 Related case order and track 2 notice per Local Rule 1.04(d) by Elizabeth Green, Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker. Related case(s): Yes (Criser, Mark) (Entered: 06/06/2014) |
| 06/06/2014 | 205 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Interested persons order by Elizabeth Green, Latham, Shuker, Eden & Beaudine, LLP, Scott Shuker. (Criser, Mark) (Entered: 06/06/2014) |
| 06/06/2014 | 206 | NOTICE of Appearance by Jonathan D. Kaney, III on behalf of Palaxar Group, LLC (Kaney, Jonathan) (Entered: 06/06/2014) |
| 06/06/2014 | 207 | NOTICE of service by Palaxar Group, LLC (Kaney, Jonathan) Modified on 6/9/2014 (LMM). (Entered: 06/06/2014) |
| 06/06/2014 | 208 | NOTICE of pendency of related cases re: 157 Related Case Order per Local Rule 1.04(d) by Palaxar Group, LLC. Related case(s): Yes (Kaney, Jonathan) Modified on 6/9/2014 (LMM). (Entered: 06/06/2014) |
| 06/06/2014 | 209 | MOTION for Richard J. Knapp and Darren Marshall Hart to appear pro hac vice by All Plaintiffs. (Kaney, Jonathan) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 06/06/2014) |
| 06/06/2014 | 210 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Interested Persons Order by Palaxar Group, LLC. (Kaney, Jonathan) Modified on 6/9/2014 (LMM). (Entered: 06/06/2014) |
| 06/06/2014 | 211 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Interested persons order by Robert O'Malley. (Bredahl, Christina) (Entered: 06/06/2014) |
| 06/06/2014 | 212 | NOTICE of pendency of related cases re 157 Related case order and track 2 notice per Local Rule 1.04(d) by Robert O'Malley. Related case(s): y (Bredahl, Christina) (Entered: 06/06/2014) |
| 06/09/2014 | 213 | ENDORSED ORDER granting 190 Unopposed Motion for Leave to Withdraw as Counsel for the Latham Defendants. Signed by Magistrate Judge Gregory J. Kelly on 6/9/2014. (PAB) (Entered: 06/09/2014) |
| 06/09/2014 | 214 | ENDORSED ORDER denying without prejudice for failure to comply with Local Rule 3.01(g) 209 motion to appear pro hac vice. Signed by Magistrate Judge Gregory J. Kelly on 6/9/2014. (PAB) (Entered: 06/09/2014) |
| 06/09/2014 | | Mail returned as Undeliverable re: 157 Related case order and track 2 notice. Mail resent to Scott M. Goldberg. (EJS) (Entered: 06/09/2014) |
| 06/09/2014 | 215 | NOTICE of pendency of related cases re 157 Related case order and track 2 notice per Local Rule 1.04(d) by Shane Williams. Related case(s): Yes (EJS) (Entered: 06/09/2014) |

| 06/09/2014 | 216 | CERTIFICATE of interested persons and corporate disclosure statement re 158 Interested persons order by Shane Williams. (EJS) (Entered: 06/09/2014) |
| 06/09/2014 | 217 | NOTICE of pendency of related cases re 157 Related case order and track 2 notice per Local Rule 1.04(d) by Jay Stollenwerk. Related case(s): Yes (EJS) (Entered: 06/09/2014) |
| 06/13/2014 | 218 | MOTION for Richard J. Knapp and Darren Marshall Hart to appear pro hac vice by All Plaintiffs. (Kaney, Jonathan) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 06/13/2014) |
| 06/16/2014 | | Mail returned as Undeliverable; Unable to Forward re: 184 Order on Motion to Withdraw as Attorney, 185 Order on motion to stay discovery. Mail not resent to Dennis Joseph Whelan, III. (EJS) (Entered: 06/16/2014) |
| 06/18/2014 | 219 | ORDER granting 218 motion to appear pro hac vice. Signed by Magistrate Judge Gregory J. Kelly on 6/18/2014. (PAB) (Entered: 06/18/2014) |
| 06/27/2014 | 220 | MOTION for Cory B. Kravit to withdraw as attorney by Palaxar Group, LLC, Palaxar Holdings, LLC. (Kravit, Cory) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 06/27/2014) |
| 06/27/2014 | 221 | ***STRICKEN*** NOTICE of Appearance as Pro Se Representative of Aqmi Strategy Corporation by Frank L. Amodeo, Aqmi Strategy Corporation. (EJS) Modified on 8/13/2014 (JET). STRICKEN PER ORDER 241 . (Entered: 06/30/2014) |
| 06/27/2014 | 222 | ***STRICKEN*** MOTION to Appoint Guardian ad Litem by Frank L. Amodeo. (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Appendix 3)(EJS) Motions referred to Magistrate Judge Gregory J. Kelly. Modified on 8/13/2014 (JET). STRICKEN PER ORDER 241 . (Entered: 06/30/2014) |
| 06/30/2014 | 223 | ***STRICKEN*** NOTICE of Appearance as Pro Se Representative of Nexia Strategy Corporation by Frank L. Amodeo, Nexia Strategy Corporation. (EJS) Modified on 8/13/2014 (JET). STRICKEN PER ORDER 241 . (Entered: 06/30/2014) |
| 06/30/2014 | 224 | ENDORSED ORDER granting 220 Motion to Withdraw as Attorney. Signed by Magistrate Judge Gregory J. Kelly on 6/30/2014. (PAB) (Entered: 06/30/2014) |
| 07/02/2014 | | Mail returned as Undeliverable on address 533 Tuten Trail, Orlando, FL 32822 re: 157 Related Case Order, 158 Interested Persons Order 184 Order on Motion to Withdraw as Attorney, 185 Order on motion to stay discovery. Mail resent to Jodi Donaldson Jaiman at1334 Royal St. George Dr. Orlando, FL 32828. (IGC) (Entered: 07/02/2014) |
| 07/02/2014 | 225 | Case Reassigned to Judge Carlos E. Mendoza. New case number: 6:14-cv-758-Orl-41GJK. Judge John Antoon II no longer assigned to the case. (LAM) (Entered: 07/02/2014) |
| 07/03/2014 | 226 | MOTION for Leave to Amend Motions to Dismiss re: 44 Motion to Dismiss 47 Motion to Dismiss 60 Motion to Dismiss by Jodi Donaldson Jaiman, Jay Stollenwerk, Shane Williams. (EJS) Modified on 7/9/2014 (LMM). (Entered: 07/03/2014) |
| 07/08/2014 | 227 | MOTION to Strike 221 Notice of appearance, 223 Notice of appearance, 222 MOTION to Appoint Guardian ad Litem by All Plaintiffs. (Attachments: # 1 Exhibit |

|            |     | Order USDC MDFL Tampa Division July 30,2012)(Hart, Darren) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 07/08/2014) |
|------------|-----|----|
| 07/08/2014 | 228 | RESPONSE in Opposition re 226 MOTION to Amend/Correct filed by Palaxar Group, LLC, Palaxar Holdings, LLC. (Attachments: # 1 Exhibit E-mail Jodi Jaiman July 2, 2014)(Hart, Darren) (Entered: 07/08/2014) |
| 07/14/2014 |     | Mail returned as Undeliverable re: 170 Order on Motion to Withdraw as Attorney, 175 Order on Motion to Withdraw as Attorney, 174 Order on motion to appear pro hac vice, 172 Order on Motion to Substitute Attorney. Mail resent to Jodi Donaldson Jaiman. (JET) (Entered: 07/14/2014) |
| 07/18/2014 | 229 | Joint MOTION to transfer case by Balch & Bingham LLP, Aaron Carter Bates, John Russell Campbell, Allen McLean Estes, Elizabeth Green, Eric Langley, Latham, Shuker, Eden & Beaudine, LLP, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa, Lindsay Reese, Scott Shuker, Harrison T. Slaughter, Jr. (Criser, Mark) (Entered: 07/18/2014) |
| 07/18/2014 | 230 | JOINDER in motion by Robert W. Cuthill, Jr re 229 Joint MOTION to transfer case filed by Eric Langley, Scott Shuker, Matthew Scott Mokwa, Maher Law Firm, PA, Harrison T. Slaughter, Jr., Michael C. Maher, Lindsay Reese, Elizabeth Green, Latham, Shuker, Eden & Beaudine, LLP, John Russell Campbell, Balch & Bingham LLP, Aaron Carter Bates, Allen McLean Estes . (Wilson, William) (Entered: 07/18/2014) |
| 07/19/2014 | 231 | NOTICE of Appearance by Shannon Alexis Ligon on behalf of Jodi Donaldson Jaiman, Jay Stollenwerk, Shane Williams (Ligon, Shannon) (Entered: 07/19/2014) |
| 07/21/2014 | 232 | MEMORANDUM in opposition re 229 Motion to transfer case, 230 Joinder in motion filed by Palaxar Group, LLC, Palaxar Holdings, LLC. (Hart, Darren) (Entered: 07/21/2014) |
| 07/22/2014 | 233 | JOINDER in Motion re 229 Joint MOTION to transfer case by Jodi Donaldson Jaiman, Jay Stollenwerk, Shane Williams (Ligon, Shannon) Modified on 7/23/2014 (LMM). (Entered: 07/22/2014) |
| 07/22/2014 | 234 | ORDER granting 229 Joint Motion to transfer case. This case is transferred to the Honorable John Antoon II. Signed by Judge Carlos E. Mendoza on 7/22/2014. (DJD) (Entered: 07/22/2014) |
| 07/22/2014 | 235 | RESPONSE in Opposition re 228 Motion to Strike (Doc. 228) filed by Jodi Donaldson Jaiman, Jay Stollenwerk, Shane Williams. (Attachments: # 1 Exhibit A)(Ligon, Shannon) Modified on 7/23/2014 (LMM). (Entered: 07/22/2014) |
| 07/23/2014 | 236 | Case Reassigned to Judge John Antoon II. New case number: 6:14-CV-758-ORL-28-GJK. Judge Carlos E. Mendoza no longer assigned to the case. (LMM) (Entered: 07/23/2014) |
| 07/24/2014 | 237 | ORDER granting in part and denying in part 226 Pro Se Defendants' Motion for Leave to Amend or Alternatively to Adopt Argument and Authorities; denying 228 Motion to Strike. Signed by Judge John Antoon II on 7/24/2014. (EK) (Entered: 07/24/2014) |

| 07/25/2014 | 238 | NOTICE of Intent to Respond to Palaxar's motion to strike Aqmi's and other pro se motions, and Amodeo's request for a date certain to respond by Frank L. Amodeo (IGC) Modified on 7/25/2014 (MAL). (Entered: 07/25/2014) |
| 08/05/2014 | 239 | NOTICE of Filing by Aaron Carter Bates, Michael C. Maher, Maher Law Firm, PA, Matthew Scott Mokwa (Attachments: # 1 Exhibit Hearing Transcript)(Charpentier, Stephen) Modified on 8/6/2014 (MAL). (Entered: 08/05/2014) |
| 08/08/2014 | 240 | ***STRICKEN*** ANSWER and affirmative defenses to 1 Complaint with Jury Demand, COUNTERCLAIM against Palaxar Group, LLC, Palaxar Holdings, LLC by Aqmi Strategy Corporation.(EJS) Modified on 8/13/2014 (JET). STRICKEN PER ORDER 241 . (Entered: 08/08/2014) |
| 08/12/2014 | 241 | ORDER granting Plaintiffs' First and Second Motions to Strike (Doc. Nos. 145-46, 227). The Clerk is directed to STRIKE Mr. Amodeo's First and Second Motions to Appoint Guardian (Doc. Nos. 144, 222), and Mr. Amodeo's notices of appearance on behalf of Nexia and AQMI (Doc. Nos. 221 and 223). The Clerk is further directed to STRIKE Mr. Amodeo's answer and affirmative defenses (Doc. No. 240). The Clerk shall promptly provide Mr. Amodeo a copy of this order by Regular U.S. Mail at the address for his place of incarceration as provided on the docket. Signed by Magistrate Judge Gregory J. Kelly on 8/12/2014. (PAB) (Entered: 08/12/2014) |
| 08/27/2014 | 242 | MOTION for miscellaneous relief, specifically to review 241 Magistrate Order by Frank L. Amodeo. (IGC) (Entered: 08/27/2014) |
| 08/27/2014 | 243 | STRICKEN, ENDORSED ORDER, DOCUMENT NO. 244 - ANSWER and affirmative defenses to 1 Complaint with Jury Demand by Nexia Strategy Corporation.(IGC) Notified Magistrate lawclerk of pro se filing answer on behalf of corporation.(IGC). Modified on 8/28/2014 (IGC). (Entered: 08/28/2014) |
| 08/28/2014 | 244 | ENDORSED ORDER to strike re: 243 Answer to Complaint filed by Nexia Strategy Corporation. See Doc. No. 241; Local Rule 2.03(e). Signed by Magistrate Judge Gregory J. Kelly on 8/28/2014. (PAB) (Entered: 08/28/2014) |
| 08/29/2014 | 245 | STRICKEN RE 251 ORDER - APPENDIX re 242 MOTION for miscellaneous relief, specifically to review Magistrate Order by Frank L. Amodeo (IGC) Modified on 9/18/2014 (IGC). (Entered: 08/29/2014) |
| 08/29/2014 | 246 | STRICKEN RE 251 ORDER - MOTION to Reconsider and Alter 241 Order by Frank L. Amodeo. (JET) Modified on 9/18/2014 (IGC). (Entered: 08/29/2014) |
| 09/02/2014 | 247 | RESPONSE in Opposition re 246 MOTION to Reconsider and Alter 241 Order, 242 MOTION for miscellaneous relief, specifically to review Magistrate Order filed by Palaxar Group, LLC, Palaxar Holdings, LLC. (Knapp, Richard) (Entered: 09/02/2014) |
| 09/11/2014 | 248 | MOTION to Intervene, MOTION to Appoint Guardian Ad Litem by Frank L. Amodeo. (IGC) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 09/11/2014) |
| 09/15/2014 | 249 | MOTION for Recusal of Magistrate Judge by Frank L. Amodeo. (IGC) (Entered: 09/16/2014) |

| 09/15/2014 | 250 | STRICKEN RE 251 ORDER - MEMORANDUM in support re 248 Motion to interveneMotion to Appoint Guardian/Attorney ad Litem filed by Frank L. Amodeo. (IGC) Modified on 9/18/2014 (IGC). (Entered: 09/16/2014) |
|---|---|---|
| 09/18/2014 | 251 | ORDER overruling 242 Objections to 241 magistrate judge order; denying 248 Motion to Intervene and for appointment of Guardian Ad Litem; striking 245 Appendix, 246 Motion for Reconsideration, and 250 Memorandum; and directing the Clerk to provide movant Frank Amodeo with a copy of this Order. Signed by Judge John Antoon II on 9/18/2014. (Attachments: # 1 Exhibit Eleventh Circuit Order, # 2 Exhibit Final Order of Forfeiture, # 3 Exhibit Preliminary Order of Forfeiture) (EK) (Entered: 09/18/2014) |
| 09/22/2014 | 252 | ORDER denying as moot 249 motion for recusal. See Doc. No. 251 at 3. Signed by Magistrate Judge Gregory J. Kelly on 9/22/2014. (PAB) (Entered: 09/22/2014) |
| 09/25/2014 | 253 | ORDER that Plaintiffs shall show cause no later than noon on Monday, September 29, 2014, why name of one Defendant should not be corrected on the docket. Signed by Judge John Antoon II on 9/25/2014. (EK) (Entered: 09/25/2014) |
| 09/26/2014 | 254 | RESPONSE TO ORDER TO SHOW CAUSE re 253 Order filed by Palaxar Group, LLC, Palaxar Holdings, LLC. (Attachments: # 1 Exhibit 1 - State of Florida Div of Corp Broad and Cassel, P.A., # 2 Exhibit 2 - USDC SDFL 12/20/2011 ECF 33 Broad and Cassel & Broad and Cassel, P.A.)(Hart, Darren) Modified on 9/29/2014 (MAL). (Attorney to refile with signature). (Entered: 09/26/2014) |
| 09/29/2014 | 255 | RESPONSE TO ORDER TO SHOW CAUSE re 253 Order filed by Palaxar Group, LLC, Palaxar Holdings, LLC. (Hart, Darren) Modified on 9/29/2014 (MAL). (REFILED AS TO SIGNATURE ONLY RE 254 Response). (Entered: 09/29/2014) |
| 09/29/2014 | 256 | NOTICE of Intent to Seek Reconsideration and then Appeal by Frank L. Amodeo (IGC) (Entered: 09/29/2014) |
| 09/29/2014 | 257 | MEMORANDUM in support re 242 Motion for Miscellaneous Relief, 248 Motion to intervene, Motion to Appoint Guardian/Attorney ad Litem, 246 MOTION to Reconsider and Alter filed by Frank L. Amodeo. (IGC) (Entered: 09/29/2014) |
| 09/30/2014 | 258 | ORDER granting in part and finding as moot in part 38 Motion to Dismiss; granting 64 Motion to Dismiss for Lack of Jurisdiction; finding as moot 27 Motion to Dismiss for Failure to State a Claim; granting 41 Motion to Dismiss; granting 49 Motion to Dismiss; granting 50 Motion to Dismiss; granting 57 Motion to Dismiss; granting 62 Motion to Dismiss; and granting 68 Motion to Dismiss. Signed by Judge John Antoon II on 9/30/2014. (EK) (Entered: 09/30/2014) |
| 10/02/2014 | 259 | AMENDED ORDER amending 258 ORDER granting in part and finding as moot in part 38 Motion to Dismiss; granting 64 Motion to Dismiss for Lack of Jurisdiction; finding as moot 27 Motion to Dismiss for Failure to State a Claim; granting 41 Motion to Dismiss; granting 49 Motion to Dismiss; granting 50 Motion to Dismiss; granting 57 Motion to Dismiss; granting 62 Motion to Dismiss; and granting 68 Motion to Dismiss. Signed by Judge John Antoon II on 10/2/2014. (EK) (Entered: 10/02/2014) |

| 10/06/2014 | 260 | ORDER directing Plaintiffs to advise the Court by October 17, 2014, whether they intend to proceed against defaulted Defendants Nexia Strategy Corporation and AQMI Strategy Corporation. Signed by Judge John Antoon II on 10/6/2014. (EK) (Entered: 10/06/2014) |
|---|---|---|
| 10/16/2014 | 261 | NOTICE by Palaxar Group, LLC, Palaxar Holdings, LLC re 260 Order (Knapp, Richard) E-mailed attorney to refile with signature. Modified on 10/17/2014 (IGC). (Entered: 10/16/2014) |
| 10/17/2014 | 262 | AMENDED document by Palaxar Group, LLC, Palaxar Holdings, LLC. Amendment to 260 Order, 261 Notice (Other) Amended Notice of Intent. (Knapp, Richard) E-mailed attorney to refile with signature. (IGC). (Entered: 10/17/2014) |
| 10/17/2014 | 263 | NOTICE OF INTERLOCUTORY APPEAL as to 251 Order on Motion for Miscellaneous ReliefOrder on Motion for ReconsiderationOrder on Motion to InterveneOrder on Motion to Appoint Guardian/Attorney ad Litem by Frank L. Amodeo. Filing fee not paid. (IGC) (Entered: 10/17/2014) |
| 10/17/2014 | 264 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 263 Notice of Interlocutory Appeal. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (IGC) (Entered: 10/17/2014) |
| 10/22/2014 | 265 | SECOND AMENDED NOTICE by Palaxar Group, LLC, Palaxar Holdings, LLC re 260 Order, 261 Notice (Other), 262 Amended document (Hart, Darren) Modified on 10/22/2014 (IGC). (Entered: 10/22/2014) |
| 10/30/2014 | 266 | NOTICE OF APPEAL as to 259 Amended Order, 258 Order on Motion to Dismiss for Failure to State a ClaimOrder on motion to dismiss/lack of jurisdiction by Palaxar Group, LLC, Palaxar Holdings, LLC. Filing fee not paid. (Knapp, Richard) Modified on 10/31/2014 (JET). REFILED AS NOTICE OF INTERLOCUTORY APPEAL AT 267 . (Entered: 10/30/2014) |
| 10/30/2014 | 267 | NOTICE OF INTERLOCUTORY APPEAL as to 259 Amended Order, 258 Order on Motion to Dismiss for Failure to State a ClaimOrder on motion to dismiss/lack of jurisdiction by Palaxar Group, LLC, Palaxar Holdings, LLC. Filing fee not paid. ORIGINALLY FILED AS NOTICE OF APPEAL AT 266 . REFILED AS INTERLOCUTORY APPEAL AS CASE IS STILL PENDING. (JET) (Entered: 10/31/2014) |
| 10/31/2014 | 268 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 267 Notice of Interlocutory Appeal. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (JET) (Entered: 10/31/2014) |
| 11/06/2014 | 269 | CERTIFICATE of service by Robert W. Cuthill, Jr . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Cho, Min) Modified on 11/7/2014 (IGC). (Entered: 11/06/2014) |

| 11/12/2014 | | USCA appeal fees received $ 505 receipt number ORL-38745 re 267 Notice of Interlocutory Appeal filed by Palaxar Holdings, LLC, Palaxar Group, LLC (MAL) (Entered: 11/12/2014) |
| --- | --- | --- |
| 11/14/2014 | 270 | TRANSCRIPT information form filed by Frank L. Amodeo re 267 Notice of Interlocutory Appeal. USCA number: 14-14745. (MAL) (Entered: 11/14/2014) |
| 11/18/2014 | 271 | TRANSCRIPT information form filed by Palaxar Group, LLC re 267 Notice of Interlocutory Appeal. USCA number: 14-14969. (Kaney, Jonathan) (Entered: 11/18/2014) |
| 11/26/2014 | 272 | TRANSCRIPT information form filed by Frank L. Amodeo re 267 Notice of Interlocutory Appeal. USCA number: 14-14745. (MAL) (Entered: 11/26/2014) |
| 11/28/2014 | 273 | MOTION for leave to appeal in forma pauperis/affidavit of indigency by Frank L. Amodeo. (MAL) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 12/01/2014) |
| 12/29/2014 | 274 | NOTICE of pending motion for appointment of guardian ad litem in criminal case 6:08-cr-176, and NOTICE of lack of guardian's impact on appellate proceedings filed by Frank Amodeo. (JET) Modified on 12/29/2014 (JET). (Entered: 12/29/2014) |
| 12/31/2014 | 275 | NOTICE of Filing Bankruptcy Court Orders Granting Motions For Clarification of Records, and Amending Final Decree, Including Authorization to Destroy Records and Overruling Objections to Final Decree by Robert W. Cuthill, Jr (Cho, Min) Modified on 12/31/2014 (IGC). (Entered: 12/31/2014) |
| 01/08/2015 | 276 | NOTICE of Absence and Unavailability by Frank L. Amodeo (IGC) (Entered: 01/08/2015) |
| 01/23/2015 | 277 | REPORT AND RECOMMENDATIONS re 273 MOTION for leave to appeal in forma pauperis/affidavit of indigency filed by Frank L. Amodeo. Signed by Magistrate Judge Gregory J. Kelly on 1/23/2015. (PAB) (Entered: 01/23/2015) |
| 02/09/2015 | 278 | MOTION for Extension of Time to File Objection as to 277 REPORT AND RECOMMENDATIONS re 273 MOTION for leave to appeal in forma pauperis/affidavit of indigency filed by Frank L. Amodeo. by Frank L. Amodeo. (IGC) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 02/09/2015) |
| 02/10/2015 | 279 | ORDER granting in part and denying in part 278 Motion for Extension of Time to File Objections re 277 REPORT AND RECOMMENDATIONS re 273 MOTION for leave to appeal in forma pauperis/affidavit of indigency filed by Frank L. Amodeo. Objections due by 3/9/2015. Otherwise, the motion is DENIED. Signed by Magistrate Judge Gregory J. Kelly on 2/10/2015. (PAB) (Entered: 02/10/2015) |
| 02/12/2015 | 280 | ORDER of USCA as to 267 Notice of Interlocutory Appeal filed by Palaxar Holdings, LLC, Palaxar Group, LLC. EOD: 2/12/15; USCA number: 14-14969. Issued as the mandate. DISMISSED FOR LACK OF JURISDICTION. (LAK) Modified on 2/18/2015 to correct text(LAK). (Entered: 02/18/2015) |
| 03/02/2015 | 281 | NOTICE of Filing in Appeals Court Related to this Case by Frank L. Amodeo (Attachments: # 1 Exhibit Second Original Letter to Eleventh Circuit)(IGC) (Entered: |

| | | |
|---|---|---|
| | | 03/02/2015) |
| 03/05/2015 | 282 | OBJECTION to 277 Report and Recommendations by Frank L. Amodeo. (IGC) (Entered: 03/05/2015) |
| 03/05/2015 | 283 | MEMORANDUM in support re 282 Objection to 277 Report and Recommendations filed by Frank L. Amodeo. (IGC) (Entered: 03/05/2015) |
| 03/06/2015 | 284 | ORDER adopting 277 Report and Recommendation; denying 273 Motion for leave to appeal in forma pauperis/affidavit of indigency. Signed by Judge John Antoon II on 3/6/2015. (EK) (Entered: 03/06/2015) |
| 03/13/2015 | 285 | NOTICE of filing Addendas identified in the re 282 Objection to Report and Recommendations (Attachments: # 1 Addenda 1, # 2 Addenda 2, # 3 Addenda 3)(MAL) (Entered: 03/13/2015) |
| 03/20/2015 | | Mail returned as Undeliverable re: 284 Order on motion for leave to appeal in forma pauperis/affidavit of indigencyOrder on Report and Recommendations. Mail resent to Frank Amodeo. (Envelope stamped with blue ink by the post office blocked out the defendants register number) (IGC) Mail Returned again on 3/30/15 and Resent on 3/30/15 - inmate number is 48883-019 (Entered: 03/20/2015) |
| 03/25/2015 | 286 | NOTICE of Filing Letter with the Eleventh Circuit Clerk of Court by Frank L. Amodeo (IGC) (Entered: 03/25/2015) |
| 03/26/2015 | 287 | NOTICE of Filing subject-matter jurisdiction memorandum - response filed in the 11th Circuit by Frank L. Amodeo (IGC) (Entered: 03/26/2015) |
| 04/08/2015 | 288 | NOTICE OF APPEAL as to 284 Order on motion for leave to appeal in forma pauperis/affidavit of indigencyOrder on Report and Recommendations by Frank L. Amodeo. Filing fee not paid. (Attachments: # 1 Exhibit)(IGC) (Entered: 04/08/2015) |
| 04/08/2015 | 289 | NOTICE OF INTERLOCUTORY APPEAL as to 284 Order on motion for leave to appeal in forma pauperis/affidavit of indigencyOrder on Report and Recommendations by Frank L. Amodeo. Filing fee not paid. (Attachments: # 1 Exhibit)(IGC) (Entered: 04/08/2015) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/08/2015 13:45:54 | | |
| **PACER Login:** | ux2690:2951238:3956495 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:14-cv-00758-JA-GJK |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and PALAXAR
HOLDINGS, LLC,

                    **Plaintiffs,**

v.                                                  **Case No: 6:14-cv-758-Orl-28GJK**

SHANE WILLIAMS, JAY
STOLLENWERK, JODI DONALDSON
JAIMAN, HARRISON T. SLAUGHTER,
JR., MICHAEL C. MAHER, SCOTT M.
GOLDBERG, MATTHEW SCOTT
MOKWA, AARON CARTER BATES,
ALLEN MCLEAN ESTES, JOHN
RUSSELL CAMPBELL, ERIC
LANGLEY, LINDSAY REESE, SCOTT
SHUKER, ELIZABETH GREEN, ROY
KOBERT, TODD NORMAN,
NICOLETTE VILMOS, ROBERT
O'MALLEY, ROBERT W. CUTHILL, JR.,
BALCH & BINGHAM LLP, BROAD AND
CASSEL, P.A., LATHAM, SHUKER,
EDEN & BEAUDINE, LLP, MAHER LAW
FIRM, PA, NEXIA STRATEGY
CORPORATION and AQMI STRATEGY
CORPORATION,

                    **Defendants.**

---

## ORDER

This case is before the Court on the Motion for Permission to Appeal In Forma
Pauperis (Doc. 273) filed by non-party movant Frank L. Amodeo.  The assigned United
States Magistrate Judge has submitted a Report (Doc. 277) recommending that the motion
be denied.

After review of the record in this matter, including consideration of the Objection (Doc. 282) and Memorandum (Doc. 283) filed by Mr. Amodeo, the Objection is overruled. The Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation (Doc. 277) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Motion for Permission to Appeal In Forma Pauperis (Doc. 273) is **DENIED**.

3.     This Court certifies that the appeal in this case is not taken in good faith. If Mr. Amodeo wishes to pursue his appeal, he must pay the appellate filing fee.

**DONE** and **ORDERED** in Orlando, Florida, on March 6, 2015.

                                           JOHN ANTOON II
                                  United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Frank L. Amodeo
Clerk, U.S. Court of Appeals for the Eleventh Circuit