IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

-------------------------

No. 14-14745-C

-------------------------

PALAXAR GROUP LLC,
a Virginia Limited Liability
Company,
PALAXAR HOLDINGS LLC,
a Virginia Limited Liability
Company,

                          Plaintiffs-Appellees,

versus

SHANE WILLIAMS, et al.,

                          Defendants,

FRANK L. AMODEO,

                          Interested Party-Appellant.

-------------------------

Appeal from the United States District Court
for the Middle District of Florida

-------------------------

Before: HULL, and ROSENBAUM, Circuit Judges.

BY THE COURT:

    Because we cannot determine whether the parties were in fact diverse, we *sua sponte* REMAND this case to the district court for the limited purpose of determining whether it had diversity jurisdiction. *See Fitzgerald v. Seaboard Sys. R.R., Inc.*, 760 F.2d 1249, 1251 (11th Cir. 1985); *Am. Motorists Ins. Co. v. Am. Emp'rs. Ins. Co.*, 600 F.2d 15, 16 (5th Cir. 1979); *see also* 28 U.S.C. § 1332(c)(1); *Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663

F.3d 1304, 1305 (11th Cir. 2011); *Molinos Valle Del Cibao, C. por A. v. Lama*, 633 F.3d 1330, 1342 n.12 (11th Cir. 2011); *Underwriters at Lloyd's, London v. Osting-Schwinn*, 613 F.3d 1079, 1086 (11th Cir. 2010); *Am. Motorists Ins. Co.*, 600 F.2d at 16 n.1; *Vill. Fair Shopping Ctr. Co. v. Sam Broadhead Tr.*, 588 F.2d 431, 433 n.1 (5th Cir. 1979).

If the district court determines that complete diversity did not exist, it should vacate its order and dismiss the case for lack of subject matter jurisdiction, providing this Court with a copy of the judgment. Should the court determine that the parties were completely diverse, it should enter an order to that effect and return the record, as supplemented, to this Court for further proceedings.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 03, 2015

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number:  14-14745-C
Case Style:  Palaxar Group LLC, et al v. Frank Amadeo
District Court Docket No:  6:14-cv-00758-JA-GJK

LIMITED REMAND

Enclosed is a copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of remand proceedings in your court.

Upon completion of remand proceedings, please promptly send a copy of the ORDER ON REMAND to this court.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

CLK-3 DC Letter with Ltd Remand order