FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2015 SEP 11 AM 11:47

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Palaxar Group, LLC,
    plaintiffs, et al

versus

Case # 6:14-cv-00758-JA-GJK

Share Williams,
    defendants, et al.

versus

Frank Louis Amodeo,
    interested party.
_____/

## MOTION FOR MISCELLANEOUS RELIEF AND RESPONSE TO BALCH'S MOTION TO ANSWER THE SHOW CAUSE ORDER

A short while ago, I received an electronic summary of Balch and Bingham's motion to allow them to respond to this court's show cause order (which neither I nor my guardian has received yet). I bring several points to the court's attention, which are relevant to this request.

First, I point out that I gave notice and opportunity to every person in this action of my pending appeals, including Balch and Bingham. They elected not to participate or respond, thus they have waived or abandoned the right to object now.

Further, each of them had an opportunity to respond to the Eleventh Circuit's supplemental jurisdictional questions; including the question specifically asking if Frank L. Amodeo should be allowed to intervene. Not only Balch but every party defaulted on those opportunities at least twice, therefore all the defendants have waived the right to object to my intervention or participate in the current inquiry. [Note: although a subject-matter jurisdiction challenge cannot be waived, the existence of valid subject-matter jurisdiction can be waived or defaulted (authorities and evidence to follow in separate memorandum and appendix)].

Second, the defendants are obviously afraid of something. They seem concerned that Ms. Curry will use the nullification of this court's judgment to permit her to renew the action elsewhere. I cannot imagine what their concerns are, but if there is something I do not know, and the court must be unaware of, then I think we better find it out now rather than later. Balch misses the point this court never had the authority to make its decree. If Ms. Curry is crazy even to renew this abomination, them it will have to be slain in another forum.

Third, I also spoke with my guardian this morning who (presenciently it seems) wants to arrange for my deposition in order to preserve my statements and memories while I am in the comparatively stable environment here at Coleman Low. I told him that was "great by me" and I did not think my Bureau of Prison doctors would object. In the light of the developments in this case and Alabama and couple of others that are coming, it seems my deposition is required, thus I am requesting this court issue the appropriate order.

Also, I think--- in the interests of justice--- this court should appoint counsel to assist my guardian and I in this action. My guardian is a retired police officer, he believes he lacks the legal skills to act on my behalf in this complex of an action (frankly, so do most of the attorneys) but with my help (and the State of Florida permits me to help) and even an average counsel, then the process might be fair.

Finally, I request permission to respond to the plaintiff's response to the show cause order, and if this court grants the defendants permission to reply to the plaintiffs response, then I would like the opportunity to reply to their response.

Ultimately, though this court's decision is a foregone conclusion, as I set forth in my memorandum to the Eleventh Circuit's second question, not only are Palaxar's pleadings deficient but also there is an actual lack of diversity between the parties. Thus, nothing the parties can do today (including consent) will create subject-matter jurisdiction when none existed in the first instance.

Therefore, this court should dismiss the action nunc pro tunc to the commencement of the action because this courts and its coordinate courts lack subject-matter jurisdiction; alternatively, the court should appoint me counsel and schedule my deposition [here at C or an evidentiary hearing]. Furthermore, the court should not entertain any belated objections by the defendants, but if it does, then I request permission to respond and conduct discovery.

Respectfully submitted this 10th day of September, 2015 by Frank L. Amodeo with express authority of my guardian.

_/s/ Frank L. Amodeo_
Frank L. Amodeo

### Certificate of Service

The parties to this motion appear to be registered or represented by counsel who is registered with the CM/ECF docketing system: thus, it is requested that notice of the filing and service of this motion occur through that system's electronic medium.

_/s/ Frank L. Amodeo_
Frank L. Amodeo