IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC and
PALAXAR HOLDINGS, LLC,

Plaintiffs,

v.                                             Case No.: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY STOLLENWERK,
JODI DONALDSON JAIMAN,
HARRISON T. SLAUGHTER, JR.,
MICHAEL C. MAHER,
SCOTT MARSHALL GOLDBERG,
MATTHEW SCOTT MOKWA,
AARON CARTER BATES,
ALLEN MCLEAN ESTES,
JOHN RUSSELL CAMPBELL,
ERIC LANGLEY, LINDSAY REESE,
SCOTT SHUKER, ELIZABETH GREEN,
ROY KOBERT, TODD NORMAN,
NICOLETTE VILMOS,
ROBERT O'MALLEY,
ROBERT W. CUTHILL, JR.,
BALCH & BINGHAM LLP,
BROAD AND CASSEL, P.A.,
LATHAM SHUKER EDEN & BEAUDINE
LLP,
THE MAHER LAW FIRM, PA,
NEXIA STRATEGY CORPORATION, and
AQMI STRATEGY CORPORATION,

Defendants.

**PLAINTIFFS' NOTICE OF JUNE 9, 2015 ORDER APPOINTING GUARDIAN OF INCAPACITATED ADULT AND NON-PARTY FRANK AMODEO AND PLAINTIFFS' MOTION TO STRIKE**

COMES NOW Plaintiffs Palaxar Holdings, LLC and Palaxar Group, LLC (hereinafter collectively "Palaxar"), by counsel, gives notice of the filing of the attached Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida Probate Division.

*Summary*

As of June 9, 2015 Mr. Amodeo has a court appointed guardian: Mr. Charles Rahn. (Exhibit 1.) Upon information and belief, Mr. Rahn is not a licensed attorney, nor admitted to practice before this or any Court (Exhibit 2) and may not enter an appearance to represent Mr. Amodeo nor corporations AQMI and Nexia as neither he nor his ward have standing by prior orders of this Court [ECF 251, 284]. All pleadings filed by Mr. Amodeo [ECF 291, 292, 293. 298] should be stricken as they are in violation of both this Court's Orders and those of Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida Probate Division.

## I. PROCEDURAL HISTORY

1. On March 19, 2014, as to AQMI and Nexia, the Court entered an *Order of Default* [ECF 138], and *Entry of Default* [ECF 139] for failure to respond to the properly served Complaint.

2. The time for any party with standing to appeal that order has expired. FED. R. APP. P. 4(A)(1)(a).

3. On April 25, 2014, Mr. Amodeo, a non-party, filed a *Motion to Appoint a Guardian Ad Litem or Prochiem Ami to Represent Frank L. Amodeo as Successor-in-Interest to AQMI Strategy Corporation* [ECF 144, 221, 222, 223]. Palaxar timely filed its *Motion to Strike and Memorandum of Law* [ECF 145-147, 227] which this Court granted [ECF 241], striking ECF 144, 221, 222, and 223.

4. Mr. Amodeo filed objections [ECF 242] and asked this Court to appoint a guardian ad litem [ECF 248] which this Court denied and directed the Clerk to strike Mr. Amodeo's additional filings [ECF 245, 246 & 250].

## II. DISCUSSION

5. *Local Rule* 2.02 and *Local Rule* 2.03(e) prohibit Mr. Amodeo's, by and through his

guardian, representation of AQMI and Nexia: and Mr. Amodeo is a non-party and neither are attorneys licensed to practice and thus not properly admitted to this or any Court.[1] AQMI and Nexia, are defunct and in default.  AQMI and Nexia may only appear before the Court through counsel.  *Local Rule* 2.03(e) (corporations may appear & be heard only through counsel); see *Timson v. Sampson*, 518 F.3d 870, 873 (11th Cir. 2008) (*pro se* is for self and not representation of others); see also *Southwest Express Co., v. Interstate Commerce Commission*, 670 F.2d 53, 55 (5th Cir. 1982) (long standing, consistent court interpretation of §1654, corporations and similar business associations must be represented by licensed counsel).[2]

WHEREFORE, for the reasons set forth in this *Motion and Memorandum of Law*, Palaxar respectfully requests that the Court take strike Mr. Amodeo's Motions.

PALAXAR GROUP, LLC
PALAXAR HOLDINGS, LLC
_____/S/_____
Richard J. Knapp, Esq. VSB No. 15834
RICHARD J. KNAPP, P.C.
2800 Patterson Avenue, Suite 101
Richmond, VA 23221
804-377-8848 - Phone
804-377-8851 - Fax
Richard@RKnappesq.com

Darren Marshall Hart, Esq. VSB No. 36794
HART & ASSOC., P.C.
9025 Forrest Hill Avenue, 1st Floor
Richmond, VA 23221
804-673-9339 - Phone
804-673-9969 - Fax
Info@Richmond-Law.com

---

[1] On July 30, 2012, The United States District Court Middle District of Florida made Mr. Amodeo aware of these rules.  See Case No: 8:10-cv-1975 [ECF 38], and ECF 227-1.

[2] While *Southwest Express* is not binding authority, the Eleventh Circuit adopted the holding and reasoning of that case in *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985).

                                                 Jonathan D. Kaney, III, Esq. FSB No. 23426
                                                 Kaney & Olivari, PL
                                                 55 Seton Trail
                                                 Ormond Beach, FL 32176
                                                 386/675-0691-0691
                                                 386/672-7003 (fax)
                                                 jake@kaneyolivari.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on September 15, 2014, I electronically filed the foregoing *Notice and Motion to Strike* with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel who are subscribed to the CM/ECF system and I will provide notice, via first class mail to Mr. Amodeo's Guardian at:

Mr. Charles Rahn
4589 Southfield Avenue
Orlando, Florida 32812

                                                 _____/S/_____
                                                 Richard J. Knapp, Esq.
                                                 Counsel for Palaxar Group, L.L.C. &
                                                         Palaxar Holdings, L.L.C.