**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PALAXAR GROUP, LLC and PALAXAR
HOLDINGS, LLC,

      Plaintiffs,

v.                           Case No: 6:14-cv-758-Orl-28GJK

SHANE WILLIAMS, JAY STOLLENWERK, JODI DONALDSON JAIMAN, HARRISON T. SLAUGHTER, JR., MICHAEL C. MAHER, SCOTT M. GOLDBERG, MATTHEW SCOTT MOKWA, AARON CARTER BATES, ALLEN MCLEAN ESTES, JOHN RUSSELL CAMPBELL, ERIC LANGLEY, LINDSAY REESE, SCOTT SHUKER, ELIZABETH GREEN, ROY KOBERT, TODD NORMAN, NICOLETTE VILMOS, ROBERT O'MALLEY, ROBERT W. CUTHILL, JR., BALCH & BINGHAM LLP, BROAD AND CASSEL, P.A., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, MAHER LAW FIRM, PA, NEXIA STRATEGY CORPORATION, and AQMI STRATEGY CORPORATION,

      Defendants.

## ORDER

Charles Rahn, the guardian for movant Frank Amodeo, has filed a Reply (Doc. 313)[1] *pro se*. This Reply must be stricken because, as noted in a prior Order (Doc. 312), Mr. Rahn may not make *pro se* filings on behalf of his ward.

---

[1] This Reply appears to be substantially similar to a previous Reply (Doc. 311) filed by Mr. Rahn and stricken by the Court, (see Doc. 312).

Accordingly, it is **ORDERED** that the most recent Reply (Doc. 313) filed *pro se* by the guardian, Charles Rahn, is **STRICKEN**. The Clerk need not delete it from the electronic record.

**DONE** and **ORDERED** in Orlando, Florida, on September 29, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Charles Rahn