IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PALAXAR GROUP, LLC, et al.,

        Plaintiffs,           Case No.: 6:14-cv-758-Orl-28GJK

vs.

SHANE WILLIAMS, et al.,

        Defendants.

### MAHER DEFENDANTS' NOTICE OF JOINDER IN BROAD DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER

**COMES NOW** Defendants Matthew S. Mokwa ("Mokwa"), Aaron C. Bates ("Bates"), Michael C. Maher ("Maher") and The Maher Law Firm, P.A. ("Maher Law Firm") (collectively the "Maher Defendants"), by and through undersigned counsel, and in opposition to Plaintiff's Amended Motion to Reconsider (Doc. 322) hereby file this Notice of Joinder adopting and incorporating by reference the arguments raised by co-defendants Broad and Cassell, et al. in the Broad Defendants' Memorandum of Law in Response to Plaintiff's Motion to Reconsider Order Determining Federal Question Jurisdiction (Doc. 323).

Respectfully submitted this 31st day of December, 2015,

        */s/ Stephen G. Charpentier*
        Stephen G. Charpentier
        THE CHARPENTIER LAW FIRM, P.A.
        FL Bar. No. 328006
        2285 W. Eau Gallie Blvd.
        Melbourne, FL 32935
        Phone: (321) 308-8020
        Facsimile: (321) 631-5446
        steve@brevardlawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

*/s/ Stephen G. Charpentier*_____<br>
Stephen G. Charpentier