# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 26, 2016

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number:  15-15642-C
Case Style:  Palaxar Group LLC, et al v. Frank Amodeo
District Court Docket No:  6:14-cv-00758-JA-GJK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-15642-C

PALAXAR GROUP LLC,
a Virginia Limited Liability Company,
PALAXAR HOLDINGS LLC,
a Virginia Limited Liability Company,

                    Plaintiffs-Counter
                    Defendants-Appellees,

versus

SHANE WILLIAMS,
JAY STOLLENWERK,
JODI DONALDSON JAIMAN,
HARRISON T. SLAUGHTER, JR.,
MICHAEL C. MAHER, et al.,

                      Defendants,

AQMI STRATEGY CORPORATION

                    Defendant-Counter
                    Claimant,

FRANK L. AMODEO,
only to be heard through state
appointed guardian,

                    Interested Party-Appellant.

Appeal from the United States District Court
for the Middle District of Florida

Before: TJOFLAT, MARCUS AND MARTIN, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, as duplicative of Frank L. Amodeo's pending appeal in Case No. 14-14745. All outstanding motions are DENIED as moot.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.